AO 440 (Rev. 06/12)  Summons in a Civil Action                                                          *Copy*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| LOGOS I. FARROW, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) Civil Action No. 8:25-cv-2477-KKM-SPF |
| v. | ) |
| CAPITAL ONE SERVICES, LLC; et. al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPITAL ONE SERVICES, LLC
c/o Registered Agent Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/9/25                                              _____
                                                         EMMANUEL PHILANTROPE
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action                                                    *Copy*

# UNITED STATES DISTRICT COURT
## for the

LOGOS I. FARROW,                              )
                                              )
                                              )
                                              )
                                              )
_____              )
            *Plaintiff(s)*                    )
               v.                             )    Civil Action No. 8: 25-cv-2417-KKM-SPF
CITI BANK, NA; et. al.                        )
                                              )
                                              )
                                              )
_____              )
            *Defendant(s)*                    )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITI Bank, NA
c/o Registered Agent CT Corporation System
1200 South Pine Island Road
Plantation, FL, 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/9/25

EMMANUEL PHILANTROPE
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

*Copy*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| LOGOS I. FARROW, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8: 25-cv-2417-KKM-SPF |
| DISCOVER FINANCIAL SERVICES, LLC.; et. al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISCOVER FINANCIAL SERVICES, LLC.
c/o Registered Agent CT Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/9/25

EMMANUEL PHILANTROPE

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

*Copy*

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| LOGOS I. FARROW, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 8:25-cv-2417-KKM-SP |
| DOVENMUEHLE MORTGAGE, INC.; et. al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOVENMUEHLE MORTGAGE, INC.
c/o Registered Agent CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Logos I. Farrow, Pro Se
    7542 Avocet Drive
    Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

*CLERK OF COURT*

Date: 9/9/25

          **EMMANUEL PHILANTROPE**
          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

*copy*

# UNITED STATES DISTRICT COURT
### for the

LOGOS I. FARROW,

)
)
)
)
)
)

_____
*Plaintiff(s)*

J.P. Morgan

v.

~~JPM~~ CHASE BANK, NA.; et. al.

)
)
)
)
)
)
)
)
)
)

Civil Action No. 8:25-cv-2417-KKM-SP

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JPM CHASE BANK, NA.
c/o Registered Agent CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/9/25

EMMANUEL PHILANTROPE

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

*copy*

# UNITED STATES DISTRICT COURT
## for the

LOGOS I. FARROW,

)
)
)
)
)
)

*Plaintiff(s)*

v.

SANTANDER CONSUMER USA, INC.; et. al.

)
)
)
)
)
)
)
)
)

Civil Action No. 8:25-cv-2417-KKM-SPF

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SANTANDER CONSUMER USA, INC.
c/o Registered Agent CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/9/25

EMMANUEL PHILANTROPE

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| LOGOS I. FARROW, | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 8:25-cv-2417-KKM-SPF |
| EQUIFAX INFORMATION SERVICES, LLC; et. al. | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ EQUIFAX INFORMATION SERVICES, LLC.
c/o Registered Agent CT Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 9/9/25

EMMANUEL PHILANTROPE

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| LOGOS I. FARROW, <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> TRANS UNION, LLC; et. al. <br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 8:25-cv-2417-KKM-SPF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION, LLC.
c/o Registered Agent CT Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/9/25

EMMANUEL PHILANTROPE

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

*Copy*

# UNITED STATES DISTRICT COURT
## for the

LOGOS I. FARROW,

)
)
)
)
_Plaintiff(s)_                                      )
v.                                                 )   Civil Action No. 8:25-cv-2417-KKM-SPF
EXPERIAN INFORMATION SOLUTIONS; et. al.            )
)
)
)
_Defendant(s)_                                     )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS
c/o Registered Agent CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Logos I. Farrow, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/9/25

EMMANUEL PHILANTROPE
_Signature of Clerk or Deputy Clerk_