## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT of FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW, | |
| Plaintiff, | |
| v. | |
| CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, | Case No. <u>**8:25-cv-02417-KKM-SPF**</u> |
| Defendants. | |

## <u>NOTICE OF SERVICE OF PROCESS</u>

Plaintiff, Logos I. Farrow, pursuant to *Federal Rule of Civil Procedure 4(l)* and the Local Rules of the United States District Court for the Middle District of Florida, hereby gives notice that service of the Summons in a Civil Action,

1

Verified Complaint and Demand for Jury Trial was properly effected upon all four

Defendants through their registered agent, Corporation Service Company (Exhibits

A through D) and CT Corporation System (Exhibits E through I), as follows:

**Exhibit A – Capital One Services, LLC**

On September 12, 2025, at approximately 8:42 A.M., professional process

server James Kady, whose business address is 391 Prince Street, Tallahassee,

Florida 32304, personally served the Summons in a Civil Action, Verified

Complaint and Demand for Jury Trial upon Capital One Services, LLC by

delivering the documents to Dennis Ratliff, Customer Service Associate, at 1201

Hays Street, Tallahassee, Florida 32301. Mr. Ratliff identified himself as an

individual authorized to accept service on behalf of the registered agent. The

executed Proof of Service, including confirmation of direct delivery, is attached

hereto as Exhibit A. The service fee was $75.00, and Tracking Number

is 0186057309.

**Exhibit B – Discover Financial Services, LLC**

On September 12, 2025, at approximately 8:42 A.M., professional process

server James Kady personally served the Summons in a Civil Action, Verified

Complaint and Demand for Jury Trial upon Discover Financial Services, LLC by

delivering the documents to Dennis Ratliff, Customer Service Associate, at 1201

2

Hays Street, Tallahassee, Florida 32301. Mr. Ratliff confirmed his authority to accept service on behalf of the registered agent. The executed Proof of Service is attached as Exhibit B, which reflects a $75.00 service fee and Tracking Number 0186057062.

## Exhibit C – Equifax Information Services, LLC

On September 12, 2025, at approximately 8:42 A.M., professional process server James Kady personally served the Summons in a Civil Action and Verified Complaint and Demand for Jury Trial upon Equifax Information Services, LLC by delivering the documents to Dennis Ratliff, Customer Service Associate, at 1201 Hays Street, Tallahassee, Florida 32301. Mr. Ratliff acknowledged that he was authorized to accept service on behalf of the registered agent. The executed Proof of Service, documenting a $75.00 service fee and Tracking Number 0186057578, is attached hereto as Exhibit C.

## Exhibit D – Trans Union LLC

On September 12, 2025, at approximately 8:42 A.M., professional process server James Kady personally served the Summons in a Civil Action and Verified Complaint and Demand for Jury Trial upon Trans Union LLC by delivering the documents to Dennis Ratliff, Customer Service Associate, at 1201 Hays Street, Tallahassee, Florida 32301. Mr. Ratliff confirmed that he was authorized to accept

service on behalf of the registered agent. The executed Proof of Service, which reflects a $75.00 service fee and Tracking Number 0186057845, is attached hereto as Exhibit D.

**Exhibit E – Citi Bank, N.A.**

On September 15, 2025, at approximately 1:17 P.M., professional process server Daniel Cohen, whose business address is 316 W 2nd St., 3rd Floor, Los Angeles, California 90012, personally served the Summons in a Civil Action and Verified Complaint and Demand for Jury Trial upon Citi Bank, N.A. by delivering the documents to Donna Moch, Manager and designated point of contact authorized to accept service, at 1200 S. Pine Island Road, Plantation, Florida 33324. Ms. Moch identified herself and confirmed her authority to accept service. The executed Proof of Service, which reflects a service fee of $75.00 and USPS Tracking Number 0186375348, is attached hereto as Exhibit E.

**Exhibit F – Dovenmuehle Mortgage, Inc.**

On September 15, 2025, at approximately 1:17 P.M., professional process server Daniel Cohen personally served the Summons in a Civil Action and Verified Complaint and Demand for Jury Trial upon Dovenmuehle Mortgage, Inc. by delivering the documents to Donna Moch, Manager and designated point of contact authorized to accept service, at 1200 S. Pine Island Road, Plantation,

4

Florida 33324. Ms. Moch confirmed her authority to accept service. The executed Proof of Service, reflecting a service fee of $75.00 and Tracking Number 0186375505, is attached hereto as Exhibit F.

## Exhibit G – Experian Information Solutions, Inc.

On September 15, 2025, at approximately 1:17 P.M., professional process server Daniel Cohen personally served the Summons in a Civil Action and Verified Complaint and Demand for Jury Trial upon Experian Information Solutions, Inc. by delivering the documents to Donna Moch, Manager and designated point of contact authorized to accept service, at 1200 S. Pine Island Road, Plantation, Florida 33324. Ms. Moch confirmed her authority to accept service. The executed Proof of Service, reflecting a service fee of $75.00 and Tracking Number 0186375508, is attached hereto as Exhibit G.

## Exhibit H – JP Morgan Chase Bank, N.A.

On September 15, 2025, at approximately 1:17 P.M., professional process server Daniel Cohen personally served the Summons in a Civil Action and Verified Complaint and Demand for Jury Trial upon JP Morgan Chase Bank, N.A. by delivering the documents to Donna Moch, Manager and designated point of contact authorized to accept service, at 1200 S. Pine Island Road, Plantation, Florida 33324. Ms. Moch confirmed her authority to accept service. The executed

Proof of Service, reflecting a service fee of $75.00 and Tracking Number 0186375506, is attached hereto as Exhibit H.

**Exhibit I – Santander Consumer USA, Inc.**

On September 15, 2025, at approximately 1:17 P.M., professional process server Daniel Cohen personally served the Summons in a Civil Action and Verified Complaint and Demand for Jury Trial upon Santander Consumer USA, Inc. by delivering the documents to Donna Moch, Manager and designated point of contact authorized to accept service, at 1200 S. Pine Island Road, Plantation, Florida 33324. Ms. Moch confirmed her authority to accept service. The executed Proof of Service, reflecting a service fee of $75.00 and Tracking Number 0186375507, is attached hereto as Exhibit I.

True and correct copies of the executed AO 440 Proof of Service forms for each Defendant are attached and incorporated herein by reference as Exhibits A through I.

Dated: September 16th, 2025,            Respectfully submitted,

/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

## CERTIFICATE OF SERVICE

I hereby certify on this 16th day of September 2025, I caused to be placed in the United States Mail, first-class postage prepaid, the original *Notice of Service of Process,* addressed to:

**Clerk of the Court**
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL 33602

I certify that the foregoing was mailed in compliance with the applicable Federal Rules of Civil Procedure and Local Rules of the Middle District of Florida Tampa Division.

/s/ *Logos I. Farrow*