

PM
LUTZ FL 33549
SEP 16, 2025

33602

**$11.00**

RDC 03      0 Lb 0.70 Oz      S2322W501482-10



# UNITED STATES
## POSTAL SERVICE®

# PRIORITY®
# MAIL

**FROM:**

L. Farrow
7542 Avocet Drive
Wesley Chapel, Florida

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

**TO:**

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N Florida Ave.
Tampa, FL 33600



S.COM/PICKUP

EXPECTED DELIVERY DAY: 09/18/25

USPS TRACKING® #

9505 5156 2491 5259 1322 10

# TRACK



PAPER
POUCH

how2recycle.info

PS00001000014

**EP14F October 2023**
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



# UNITED STATES
# POSTAL SERVICE ®



# PRIORITY ®
# MAIL

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.