AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   *Exhibit D*

Civil Action No.   8:25-cv-02417-KKM-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   TRANS UNION LLC. c/o Registered Agent Corporation Service Company
was recieved by me on  9/12/2025:

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Dennis Ratliff Customer Service Associate**, who is designated by law to accept service of process on behalf of **TRANS UNION LLC. c/o Registered Agent Corporation Service Company at 1201 Hays St, Tallahassee, FL 32301** on **09/12/2025 at 8:42 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   09/15/2025

_____
Server's signature

**James Kady**
Printed name and title

391 Prince St
Tallahassee, FL 32304

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT AND DEMAND FOR TRIAL BY JURY; CIVIL COVER SHEET,  to Dennis Ratliff Customer Service Associate who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.