AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)    Exhibit G

Civil Action No.    8:25-cv-02417-KKM-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   EXPERIAN INFORMATION SOLUTIONS c/o Registered Agent CT Corporation System
was recieved by me on

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Donna Moch Mgr Is The Point Of Contact For This Administration**, who is designated by law to accept service of process on behalf of **EXPERIAN INFORMATION SOLUTIONS c/o Registered Agent CT Corporation System at 1200 S Pine Island Rd, Plantation, FL 33324 on 09/15/2025 at 1:17 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  09/15/2025

*Server's signature*

**Daniel Cohen**
Printed name and title

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT AND DEMAND FOR TRIAL BY JURY; CIVIL COVER SHEET,  to Donna Moch Mgr Is The Point Of Contact For This Administration. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs.