UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOGOS I. FARROW,

    Plaintiff,

v.

CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER. FINANCIAL SERVICES; DOVEMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA, INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,

    Defendant.
_____/

Case No.: 8:25-CV-2417-KKM-SPF

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    **A.**     **Logos I. Farrow, Plaintiff *pro se***
    **B.**     **Capital One, N.A. Successor by Merger to Discover Bank,**

      **improperly named in the Complaint as Discover Financial Services ("Discover"), Defendant**
      **C.    Jacqueline Simms-Petredis, Burr & Forman LLP, Counsel for Defendant Discover**
      **D.    Equifax Information Services LLC, Defendant**
      **E.    Paige Vacante, Seyfarth Shaw LLP, Counsel for Defendant Equifax**
      **F.    Citibank, N.A., Defendant**
      **G.    Dovenmuehler Mortgage, Inc., Defendant**
      **H.    JPMorgan Chase Bank, N.A., Defendant**
      **I.    Santander Consumer USA Inc., Defendant**
      **J.    Experian Information Solutions, Inc., Defendant**
      **K.    Trans Union LLC, Defendant**

2.)    the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

    None known at this time.

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None known at this time.

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

    None known at this time.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge

assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Date: October 1, 2025

                                      */s/ Jacqueline Simms-Petredis*
                                      **Jacqueline Simms-Petredis, Esq.**
                                      (FL Bar #906751)

**BURR & FORMAN LLP**
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
Primary Email: jsimms-petredis@burr.com
Secondary Email: dmorales@burr.com
*Counsel for Discover*