# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT of FLORIDA
### TAMPA DIVISION

LOGOS I. FARROW,

      Plaintiff,

v.

CAPITAL ONE SERVICES, LLC;
CITIBANK, N.A.; DISCOVER
FINANCIAL SERVICES;
DOVENMUEHLE MORTGAGE,
INC; JPMORGAN CHASE BANK,
N.A.; SANTANDER CONSUMER
USA INC.; EQUIFAX
INFORMATION SERVICES, LLC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANS
UNION LLC,

      Defendants.

Case No. **8:25-cv-02417-KKM-SPF**

OCT 2 2025 PM2:37
FILED - USDC - FLMD - TPA

---

## PLAINTIFF'S MOTION TO FILE ELECTRONICALLY

COMES NOW Plaintiff, Logos I. Farrow, appearing pro se, and respectfully moves this Court, pursuant to *Federal Rule of Civil Procedure 5(d)(3)(B)* and *Local Rule 1.05(d)* of the United States District Court for the Middle District of Florida, for an order permitting Plaintiff to file documents electronically through the Court's Case Management/Electronic Case Filing system ("CM/ECF") in the above-styled case, and in support states as follows:

1

1. *Rule 5(d)(3)(B) of the Federal Rules of Civil Procedure* provides that a person not represented by an attorney may be allowed to file electronically only if authorized by court order or local rule.

2. *Local Rule 1.05(d), M.D. Fla.*, requires compliance with the Court's CM/ECF Administrative Procedures, and absent authorization by Court order, pro se litigants may not use CM/ECF.

3. Plaintiff is proceeding without counsel and requests leave to file electronically in order to promote efficiency, reduce delay, and ensure timely service and docket access.

4. Plaintiff has reviewed the Court's CM/ECF Administrative Procedures (effective August 1, 2025), including requirements for PDF formatting, redaction, electronic signatures, and technical filing standards, and affirms willingness to comply fully with those procedures, the Local Rules, and the Federal Rules of Civil Procedure.

5. Plaintiff has obtained a PACER account and is prepared to complete CM/ECF registration promptly upon entry of the Court's order granting this motion.

6. Granting this motion will conserve judicial resources, reduce costs for all parties, and ensure prompt and reliable service of documents.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file electronically in CM/ECF for the duration of this case, pursuant to *Federal Rule of Civil Procedure 5(d)(3)(B) and Local Rule 1.05(d)*, and for such other relief as the Court deems just and proper.

Dated: October 2, 2025

Respectfully submitted,

*/s/ Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

## Certification

I HEREBY CERTIFY that on this 2nd day of October 2025, I filed the foregoing *Motion to File Electronically* with the Clerk of Court using the CM/ECF system, which will send electronic notification of the same to all counsel of record who are registered CM/ECF users, including:

*Distribution:*

**Jacqueline Simms-Petredis**
Burr & Forman, LLP
201 N Franklin St Ste 3200
Tampa, FL 33602
813-221-2626
Fax: 813-357-3534
Email: jsimms-petredis@burr.co
*Attorney for Discover Financial Services*

**Kameron Neil Fleming**
Holland & Knight LLP
50 N. Laura Street
Suite 3900
Jacksonville, FL 32202
240-320-6712
Email: Kameron.Fleming@hklaw.com
*Attorney for Santander Consumer USA Inc.*

**Paige Vacante**
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
312-460-5121
Email: pvacante@seyfarth.com
*Attorney for Equifax Information Services, LLC.*

3

**Andrew Charles Wilson**
Adams and Reese LLP
2001 Siesta Drive
Suite 302
Sarasota, FL 34239
941-316-7600
Email: andrew.wilson@arlaw.com
*Attorney for CITI Bank, NA.*

*/s/ Logos I. Farrow*
Logos I. Farrow