# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

LOGOS I. FARROW,

       Plaintiff,

  v.

CAPITAL ONE SERVICES, LLC;
CITIBANK, N.A.; DISCOVER
FINANCIAL SERVICES;
DOVENMUEHLE MORTGAGE,
INC; JPMORGAN CHASE BANK,
N.A.; SANTANDER CONSUMER
USA INC.; EQUIFAX
INFORMATION SERVICES, LLC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANS
UNION LLC,

       Defendants.

Case No. **8:25-cv-02417-KKM-SPF**

## ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY

Plaintiff's Motion for Leave to File Electronically is **GRANTED**. Plaintiff, Logos I.

Farrow, is authorized to register for electronic filing in this case through CM/ECF, and upon

1

completion of registration, shall be permitted to file and receive notices of filings electronically

in accordance with the Court's CM/ECF Administrative Procedures and Local Rules.

**DONE and ORDERED** in Tampa, Florida, on this ___ day of _____, 2025.

_____
Hon. Kathryn Kimball Mizelle
United States District Judge