UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>      Defendants. | Case No. **8:25-cv-02417-KKM-SPF**<br><br>OCT 2 2025 PM 2:38<br>FILED - USDC - FLMD - TPA |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO COMPEL ARBITRATION**

      Plaintiff, LOGOS I. FARROW, respectfully moves this Court, pursuant to *Federal Rule of Civil Procedure 12(f)*, to strike *Defendant Santander Consumer USA Inc.'s Motion to Compel Arbitration* [Doc. #22], and in support thereof states as follows:

**I. INTRODUCTION**

1

Defendant's Motion to Compel Arbitration is procedurally defective and **must be stricken** in whole due to multiple violations of the *Federal Rules of Civil Procedure* and the *Local Rules of the United States District Court for the Middle District of Florida.* (*emphasis added*)

## II. GROUNDS FOR MOTION TO STRIKE

1. **Certification Under Rule 11**

Attorney Kameron Neil Fleming filed *Defendant's Motion to Compel Arbitration* under the signature and certification of *Federal Rule of Civil Procedure 11*, certifying that the filing complies with the law and the rules of this Honorable Court. However, as shown below, the motion fails to comply with several mandatory procedural rules governing practice before this Court. (*emphasis added*)

2. **Failure to Designate Lead Counsel in Violation of Local Rule 2.02(a)**

Defendant failed to designate "lead counsel" in its first filing as **required** by *Local Rule 2.02(a)*, which **mandates** that only one "lead counsel" be designated in the initial filing and remain so unless changed. This is a mandatory and non-trivial procedural requirement.

3. **Failure to File Required Disclosure Statement**

Defendant did not file the mandatory disclosure statement as required by:

- **Federal Rule of Civil Procedure 7.1**
- **Local Rule 3.03**

Both rules **require** filing a corporate disclosure statement at the time of a party's first appearance. The absence of this filing prejudices the court and opposing party's ability to evaluate potential conflicts of interest.

4. **Improper and Incomplete Certification of Service under Rule 5**

2

The certificate of service attached to the *Motion to Compel Arbitration* states that "*counsel of record*" would be served electronically. However, Plaintiff is a pro se party and **must** be directly served under *Federal Rule of Civil Procedure 5(b)(2)*. The failure to do so constitutes a violation of Rule 5 and denies Plaintiff due notice.

Dated: October 2, 2025                                Respectfully submitted,

/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

### Certification

I HEREBY CERTIFY that on this 2nd day of October 2025, I filed the foregoing *Motion to Strike Defendant's Motion to Compel Arbitration* with the Clerk of Court using the CM/ECF system, which will send electronic notification of the same to all counsel of record who are registered CM/ECF users, including:

***Distribution:***

**Jacqueline Simms-Petredis**
Burr & Forman, LLP
201 N Franklin St Ste 3200
Tampa, FL 33602
813-221-2626
Fax: 813-357-3534
Email: jsimms-petredis@burr.co
*Attorney for Discover Financial Services*

**Kameron Neil Fleming**
Holland & Knight LLP
50 N. Laura Street
Suite 3900
Jacksonville, FL 32202
240-320-6712
Email: Kameron.Fleming@hklaw.com

*Attorney for Santander Consumer USA Inc.*

**Paige Vacante**
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
312-460-5121
Email: pvacante@seyfarth.com
*Attorney for Equifax Information Services, LLC.*

**Andrew Charles Wilson**
Adams and Reese LLP
2001 Siesta Drive
Suite 302
Sarasota, FL 34239
941-316-7600
Email: andrew.wilson@arlaw.com
*Attorney for CITI Bank, NA.*

*/s/ Logos I. Farrow*
Logos I. Farrow