UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOGOS I. FARROW,

    Plaintiff,

v.                                Case No. 8:25-cv-02417-KKM-SPF

CAPITAL ONE SERVICES, LLC;
CITIBANK, N.A.; DISCOVER
FINANCIAL SERVICES;
DOVENMUEHLE MORTGAGE,
INC.; JPMORGAN CHASE BANK,
N.A.; SANTANDER CONSUMER
USA INC.; EQUIFAX INFORMATION
SERVICES, LLC;EXPERIAN
INFORMATION SOLUTIONS, INC.;
and TRANS UNION LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT SANTANDER CONSUMER USA INC.

Defendant Santander Consumer USA Inc. ("Santander"), by and through the undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, Santander, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

*/s/ Kameron Fleming*
Robert Carter Burgess, Esq. **(lead counsel)**
Florida Bar No. 058298
carter.burgess@hklaw.com
    kathleen.griffith@hklaw.com
Kameron Neil Fleming, Esq.
Florida Bar 1035926
kameron.fleming@hklaw.com
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 353-2000 (telephone)
(904) 358-1872 (facsimile)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 3, 2025, a copy of the foregoing was filed with the Florida Courts E-Filing Portal, which will serve a copy of it on all counsel of record. The undersigned also certifies that a copy of the foregoing was mailed to the following party and address via first class mail postage prepaid.

Logos I. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

　　　　　　　　　　　　　　　　　*/s/    Kameron Fleming*
　　　　　　　　　　　　　　　　　　　Attorney