## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOGOS I. FARROW,

       Plaintiff,

v.

CAPITAL ONE SERVICES, LLC,
CITIBANK, N.A., DISCOVER
FINANCIAL SERVICES,
DOVENMUEHLE MORTGAGE,
INC., JPMORGAN CHASE BANK
N.A., SANTANDER CONSUMER
USA INC., EXPERIAN
INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, and TRANS
UNION, LLC,

       Defendants.

Case No. 8:25-cv-02417-KKM-SPF

_____/

## DEFENDANT TRANS UNION LLC'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through

its counsel of record and hereby files its Answer and Defenses to Plaintiff Logos I.

Farrow's Complaint ("Complaint").  The paragraph numbers below correspond to

the paragraphs contained in the Complaint to the extent possible:

## PRELIMINARY STATEMENT

1.    Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted

against it.

8283197.1

2.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

3.     Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

4.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## **JURISDICTION AND VENUE**

5.     Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.

6.     Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.

7.     Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

8.     Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

8283197.1

## **PARTIES**

9.      Trans Union admits that Plaintiff is a natural person and is a consumer as defined by U.S.C. § 1681a(c).  Trans Union lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the balance of the allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

10.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

11.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

12.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

13.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

8283197.1

14.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

15.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

16.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

17.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

18.    Trans Union admits that it is a Delaware limited liability company with its principal place of business in Chicago, Illinois.

19.    Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.   Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

20.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

8283197.1

## GENERAL ALLEGATIONS

21.    Trans Union reasserts its answers and responses set forth herein.

22.    Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.   Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

23.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

24.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

25.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

26.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

27.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

28.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

29.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

30.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## FACTUAL ALLEGATIONS

31.    Trans Union reasserts its answers and responses set forth herein.

32.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the remaining statements

contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

33.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

34.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

35.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

36.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

37.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

38.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

39.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

40.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

41.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

42.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

43.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

44.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

45.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

46.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

47.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

48.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

49.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

50.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

51.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

52.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

53.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

54.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

55.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

56.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

57.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

58.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

59.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

60.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

61.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

62.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

63.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

64.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

65.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

66.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

67.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

68.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

69.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

70.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

71.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

72.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

73.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

74.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

75.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

76.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

77.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

78.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

79.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

80.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

81.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

82.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

83.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

84.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

85.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

86.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

87.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

88.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

89.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

90.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

91.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

92.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

93.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

94.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

95.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

96.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

97.     Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the document(s) cited speaks for itself. Trans Union denies that the remaining statements contained in this

8283197.1

paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

98.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the document(s) cited speaks for itself. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

99.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the document(s) cited speaks for itself. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

100.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the document(s) cited speaks for itself. Trans Union denies that the remaining statements contained in this

paragraph require a response from Trans Union as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

101.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the document(s) cited speaks for itself. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

102.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the document(s) cited speaks for itself. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

## COUNT I - CAPITAL ONE SERVICES, LLC

103.   Trans Union reasserts its answers and responses set forth herein.

104.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

105.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

106.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

107.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

108.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

109.   Trans Union reasserts its answers and responses set forth herein.

110.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that

22

the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

111.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

112.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

113.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

114.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

115.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

116.   Trans Union reasserts its answers and responses set forth herein.

117.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate

interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

118.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

119.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

120.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

121.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

122.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## **COUNT 2 – CITIBANK, N.A.**

123.   Trans Union reasserts its answers and responses set forth herein.

124.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

125.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

126.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

127.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

128.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

129.    Trans Union reasserts its answers and responses set forth herein.

130.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

131.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

132.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

133.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

134.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

135.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

136.    Trans Union reasserts its answers and responses set forth herein.

137.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

138.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

139.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

140.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

141.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

142.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT 3 – DISCOVER FINANCIAL SERVICES

143.    Trans Union reasserts its answers and responses set forth herein.

144.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

145.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

8283197.1

146.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

147.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

148.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

149.   Trans Union reasserts its answers and responses set forth herein.

150.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

151.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

152.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

153.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

154.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

155.   Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

156.   Trans Union reasserts its answers and responses set forth herein.

157.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

158.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

159.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

160.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

161.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

162.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT 4 – DOVENMUEHLE MORTGAGE, INC.

163.   Trans Union reasserts its answers and responses set forth herein.

164.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

165.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

166.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

167.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

168.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

169.   Trans Union reasserts its answers and responses set forth herein.

170.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

171.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

172.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

173.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

174.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

175.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

176.   Trans Union reasserts its answers and responses set forth herein.

177.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

178.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

179.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

180.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

181.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

182.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT 5 – JPMORGAN CHASE BANK, N.A.

183.   Trans Union reasserts its answers and responses set forth herein.

184.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

185.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

186.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

187.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

188.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

189.   Trans Union reasserts its answers and responses set forth herein.

190.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

191.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

192.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

193.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

194.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

195.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

196.   Trans Union reasserts its answers and responses set forth herein.

197.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

198.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

199.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

200.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

201.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

202.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT 6 – SANTANDER CONSUMER USA INC.

203.   Trans Union reasserts its answers and responses set forth herein.

204.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

205.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

206.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

207.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

208.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

209.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

210.   Trans Union reasserts its answers and responses set forth herein.

211.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

212.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

213.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

214.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

215.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

216.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

217.   Trans Union reasserts its answers and responses set forth herein.

218.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

219.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

220.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

221.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

222.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

223.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

### COUNT 7 – EQUIFAX INFORMATION SERVICES, LLC

224.   Trans Union reasserts its answers and responses set forth herein.

225.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

226.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

227.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

228.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

229.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

230.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

231.   Trans Union reasserts its answers and responses set forth herein.

232.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

233.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

234.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

235.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

236.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

237.   Trans Union reasserts its answers and responses set forth herein.

238.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

239.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

240.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

241.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

242.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

243.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

244.   Trans Union reasserts its answers and responses set forth herein

245.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

246.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

247.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

248.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

249.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

250.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

251.   Trans Union reasserts its answers and responses set forth herein.

252.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

253.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

254.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

255.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

256.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT 8 – EXPERIAN INFORMATION SOLUTIONS, INC.

257.   Trans Union reasserts its answers and responses set forth herein.

258.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

259.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

260.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

261.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

262.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

8283197.1

263.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

### COUNT 9 – TRANSUNION LLC

264.    Trans Union reasserts its answers and responses set forth herein.

265.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

266.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

267.    Trans Union denies the allegations of this paragraph.

268.    Trans Union denies the allegations of this paragraph.

269.    Trans Union denies the allegations of this paragraph.

270.    Trans Union denies the allegations of this paragraph.

271.    Trans Union reasserts its answers and responses set forth herein.

272.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

8283197.1

273.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

274.    Trans Union denies the allegations of this paragraph.

275.    Trans Union states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

276.    Trans Union denies the allegations of this paragraph.

277.    Trans Union denies the allegations of this paragraph.

278.    Trans Union reasserts its answers and responses set forth herein.

279.    Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

280.    Trans Union denies the allegations of this paragraph.

281.    Trans Union denies the allegations of this paragraph.

282.    Trans Union denies the allegations of this paragraph.

283.    Trans Union denies the allegations of this paragraph.

284.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or

misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

## JURY DEMAND

Trans Union admits that Plaintiff demands a jury and objects to the extent that any of the issues demanded are not so triable.

## PRAYER FOR RELIEF

Trans Union denies the allegations contained in the prayer paragraph of the Complaint, including all subparts.

## DENIAL OF ANY REMAINING ALLEGATIONS

Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## DEFENSES

1.      Without admitting it has a burden of proof on the issue, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2.      Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3.    Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4.    Trans Union at all times acted in compliance with the FCRA.

5.    Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

6.    Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

7.    To the extent Trans Union could be found liable, Plaintiff was comparatively or contributorily negligent.

8.    Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

9.    In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

10.    Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

11.    Plaintiff lacks standing to assert the claims alleged in this action against Trans Union.

12.     Trans Union affirmatively pleads that it is entitled to attorney's fees in the event that the court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under 1681n or 1681o of the FCRA in bad faith or for purposes of harassment or in violation of any other law, rule, or statute.

13.     Plaintiff failed to mitigate his damages.

14.     In the interest of justice, Trans Union may seek to transfer this matter pursuant to 28 U.S.C. § 1404, if this Court is not the most convenient venue for the parties and witnesses.

15.     Plaintiff's claim for declaratory relief is not authorized, provided for, or allowed under the FCRA.

16.     Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

8283197.1

Respectfully submitted,


/s/ Sean Moloney
Sean Moloney
Florida Bar No. 0638358
smoloney@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5442
Fax: (214) 871-2111
*Counsel for Trans Union LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Charles Wilson
andrew.wilson@arlaw.com
Adams and Reese LLP
2001 Siesta Drive, Suite 302
Sarasota, FL 34239
***Counsel for Defendant***
***Citibank, N.A.***

Jacqueline Simms-Petredis
jsimms-petredis@burr.com
Burr & Forman, LLP
201 N. Franklin St., Suite 3200
Tampa, FL 33602
***Counsel for Defendant***
***Discover Financial Services***

Scott D. Feather
sfeather@carltonfields.com
Carlton Fields, PA
4221 W Boy Scout Blvd, Suite 1000
Tampa, FL 33607
***Counsel for JPMorgan***
***Chase Bank N.A.***

Paige Vacante
pvacante@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
***Counsel for Defendant Equifax***
***Information Services, LLC***

Gary Sonnenfeld
gary.sonnenfeld@troutman.com
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 3301
***Counsel for Experian***
***Information Solutions, Inc.***

Rachel Blackmon Cash
rcash@burr.com
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
***Counsel for Capital One***
***Services, LLC***

Robert C. Burgess
carter.burgess@hklaw.com
Kameron Neil Fleming
Kameron.Fleming@hklaw.com
Holland & Knight LLP
50 N Laura Street, Suite 3900
Jacksonville, FL 32202
**Counsel for Defendant**
**Santander Consumer USA Inc.**

I hereby further certify that the above and foregoing was sent via United

States First Class Mail to the following:

Logos I. Farrow
SonnyF78@yahoo.com
7542 Avocet Drive
Wesley Chapel, Fl 33544
(813) 781-6308
**Pro Se Plaintiff**

*/s/ Sean Moloney*
**SEAN MOLONEY**