IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| LOGOS I. FARROW, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 8:25-CV-02417-KKM-SPF |
| | ) |
| DOVENMUEHLE | ) |
| MORTGAGE, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S EXHIBIT 1**

### DECLARATION OF ANNA SWARTZ

**COUNTY OF COOK** )
)
**STATE OF ILLINOIS** )

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. My name is Anna Swartz, and I am employed by Dovenmuehle Mortgage, Inc. ("Dovenmuehle") as a Vice President in the Research Department. I am authorized to make this declaration on behalf of Dovenmuehle.

2. I am over the age of eighteen (18) years and am competent to testify to the matters contained herein. I have personal knowledge of the facts contained herein. My personal knowledge is based upon my experience as Vice President in the Research Department and my review

1

of the records maintained in the ordinary course of business at Dovenmuehle.

3. Dovenmuehle maintains its principal place of business in Lake Zurich, Illinois.

4. When Dovenmuehle receives a notice of dispute from a credit reporting agency, it conducts its investigation from its principal place of business in Lake Zurich, Illinois.

5. When Dovenmuehle investigated the disputes regarding Mr. Farrows's concerns, it conducted its investigations only in Lake Zurich, Illinois.

6. Dovenmuehle has not conducted any investigation in Florida pertaining to Mr. Farrow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2025.

*Anna Swartz*
Anna Swartz