UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**CLERK'S MINUTES - CIVIL**

| CASE NO. | 8:25-cv-2417-KKM-SPF | DATE: | October 7, 2025 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | INTERPRETER: | N/A |
| LOGOS FARROW<br><br>v.<br><br>CAPITOL ONE SERVICES, LLC.<br>CITIBANK, N.A.,<br>DISCOVER FINANCIAL SERVICES,<br>DOVENMUEHLE MORTGAGE, INC.<br>JPMORGAN CHASE BANK N.A.<br>EQUIFAX INFORMATION SERVICES, LLC.<br>EXPERIAN INFORMATION SOLUTIONS, INC. | | LANGUAGE: | N/A |
| | | **PLAINTIFF COUNSEL**<br>Logos Farrow, Pro Se | |
| | | **DEFENSE COUNSEL**<br>John Springer<br>Kayleigh Wright<br>Scott Feather<br>Brett Stroze<br>Paige Vacante<br>Gary Sonnenfeld | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Julia Bardak |
| **TIME:** 1:03 – 1:14 | **TOTAL:** 11 min | **COURTROOM:** | ZOOM |

**PROCEEDING**: Case Management Conference for IDEAL Program

- Court in session.
- Parties are present in the zoom hearing and identified for the record.
- The Court advises the parties of the IDEAL program.
- Court advises that any notice of appearances be entered.
- Court adjourned.