UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
TAMPA DIVISION

LOGOS I. FARROW,

    Plaintiff,

v.

CAPITAL ONE SERVICES, LLC;
CITIBANK, N.A.; DISCOVER
FINANCIAL SERVICES;
DOVENMUEHLE MORTGAGE,
INC; JPMORGAN CHASE BANK,
N.A.; SANTANDER CONSUMER
USA INC.; EQUIFAX
INFORMATION SERVICES, LLC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANS
UNION LLC,

    Defendants.

Case No. **8:25-cv-02417-KKM-SPF**

OCT 14 2025 AM 10:58
FILED - USDC - FLMD - TPA

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT
DOVENMUEHLE MORTGAGE, INC.'S MOTION TO DISMISS**

**INTRODUCTION**

    Plaintiff, Logos I. Farrow, respectfully moves this Honorable Court to deny Defendant

Dovenmuehle Mortgage, Inc.'s Motion to Dismiss. Defendant's motion mischaracterizes the

1

allegations, overlooks material facts, and fails under *Rules 12(b)(2)* and *12(b)(6)* of the *Federal Rules of Civil Procedure*.

Plaintiff's Verified Complaint and supporting Declaration of Facts set forth sufficient factual allegations to establish both (1) personal jurisdiction in this District and (2) plausible claims for relief under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

**ARGUMENT**

*I. The Court Has Personal Jurisdiction Over Defendant*

1. **Registered Business and Purposeful Availment**

    Dovenmuehle is registered to conduct business in Florida and maintains a registered agent—CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324. By voluntarily registering and servicing mortgages for Florida residents, including Plaintiff's loan secured by property at 7542 Avocet Drive, Wesley Chapel, FL, Defendant purposefully availed itself of this forum.

2. **Specific Jurisdiction Exists Because the Harm Occurred in Florida**

    Plaintiff's injuries, including the denial of a $65,650 auto loan in Wesley Chapel on August 6, 2025, arose directly from Defendant's inaccurate credit furnishing. This District therefore has specific jurisdiction under *Calder v. Jones*, 465 U.S. 783 (1984) and *Licciardello v. Lovelady*, 544 F.3d 1280 (11th Cir. 2008).

3. **Exercise of Jurisdiction Comports with Fair Play and Substantial Justice**

    Dovenmuehle regularly conducts business and reports credit data for Florida consumers. Defending this action in Florida is neither unreasonable nor unfair, especially given that Plaintiff and the subject property are both located in this District.

*II. Plaintiff States a Plausible Claim Under 15 U.S.C. § 1681s-2(b)*

1. **Notice and Trigger of Statutory Duties**

    Plaintiff's Declaration and Exhibits confirm that Dovenmuehle received multiple disputes regarding the accuracy of its credit reporting. USPS tracking numbers show delivery and signatures on June 12 and July 17, 2025 (refer to Plaintiff's Declaration of Facts). Dovenmuehle's own letters dated July 15, 16, 17, 18 and 22, 2025, acknowledge receipt and review of the account, establishing notice and trigger of its duties under § 1681s-2(b)(1)(A)–(D).

2. **Failure to Conduct a Reasonable Investigation**

    Instead of verifying the disputed information or providing substantiation, Dovenmuehle issued generic form letters and enclosed prior account statements and the note (7/22/25 letter). Such a response is insufficient as a matter of law. *Hinkle v. Midland Credit Mgmt., Inc.*, 827 F.3d 1295 (11th Cir. 2016).

3. **Continued Furnishing of Inaccurate Information**

    Dovenmuehle's July 22, 2025 letter admitted that "the loan was last reported on June 25, 2025," demonstrating ongoing reporting of disputed information in violation of § 1681s-2(b)(1)(C) and (D).

4. **Resulting Damages**

    Because of Defendant's failure to correct its inaccurate reporting, Plaintiff was denied credit and suffered economic and reputational harm within this District, entitling him to relief under §§ 1681n and 1681o.

*III. Plaintiff's Pleadings Exceed Rule 8 Standards*

Plaintiff has alleged specific dates, communications, tracking numbers, and Defendant's own responses—far surpassing the "short and plain statement" standard of Fed. R. Civ. P. 8(a)(2). All factual allegations must be accepted as true and viewed in the light most favorable to Plaintiff. *Resnick v. AvMed, Inc.*, 693 F.3d 1317, 1321 (11th Cir. 2012).

*IV. Alternatively, Leave to Amend Should Be Granted*

Should the Court find any pleading deficiency, Plaintiff respectfully requests leave to amend pursuant to *Fed. R. Civ. P. 15(a)(2)*, which should be "freely given when justice so requires."

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order:

1. Denying Defendant Dovenmuehle Mortgage, Inc.'s Motion to Dismiss in its entirety; or, in the alternative,
2. Granting leave to amend to address any purported deficiencies.

Dated on this 14th day of October 2025

Respectfully submitted,

*/s/ Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

4

## Certification

I HEREBY CERTIFY that on this 14th day of October 2025, I filed the foregoing *Plaintiff's Motion in Opposition to Defendant Dovenmuehle Mortgage, Inc.'s Motion to Dismiss* with the Clerk of Court using the CM/ECF system, which will send electronic notification of the same to all counsel of record who are registered CM/ECF users, including:

*Distribution:*

**Timothy Dylan Reeves**
McGlinchey Stafford
333 Commerce Street
Suite 1425
Nashville, TN 37201
615-762-9050
Fax: 615-296-4716
Email: dreeves@mcglinchey.com
*Attorney for Dovenmuehle Mortgage, Inc.*

**Kayleigh Wright**
McGlinchey Stafford
10375 Centurion Parkway N
Suite 420
Jacksonville, FL 32256
786-417-9856
Email: kwright@mcglinchey.com
*Attorney for Dovenmuehle Mortgage, Inc.*

**Jacqueline Simms-Petredis**
Burr & Forman, LLP
201 N Franklin St Ste 3200
Tampa, FL 33602
813-221-2626
Fax: 813-357-3534
Email: jsimms-petredis@burr.co
*Attorney for Discover Financial Services*

**Brett Stroze**
Burr & Forman LLP / Orlando
200 S. Orange Ave.
Suite 800
Orlando, FL 32801
407-540-6611
Email: bstroze@burr.com
*Attorney for Discover Financial Services and Capital One Services, LLC*

5

**Paige Vacante**
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
312-460-5121
Email: pvacante@seyfarth.com
*Attorney for Equifax Information Services, LLC.*

**Andrew Charles Wilson**
Adams and Reese LLP
2001 Siesta Drive
Suite 302
Sarasota, FL 34239
941-316-7600
Email: andrew.wilson@arlaw.com
*Attorney for CITI Bank, NA.*

**John Emery Springer**
Adams & Reese, LLP
100 N. Tampa Street
Suite 4000
Tampa, FL 33602
727-501-4471
Fax: 813-402-2887
Email: john.springer@arlaw.com
*Attorney for Citibank, N.A.*

**Louis M. Ursini, III**
Adams and Reese LLP
100 North Tampa Street
Suite 4000
Tampa, FL 33602
813-402-2880
Email: louis.ursini@arlaw.com
*Attorney for Citibank, N.A*

**Rachel Blackmon Cash**
Burr & Forman LLP
Alabama
420 North 20th Street
Suite 3400
Birmingham, AL 35203
205-458-5483
Email: rcash@burr.com
*Attorney for Capital One Services, LLC*

6

**Scott D. Feather**
Carlton Fields, PA
4221 W Boy Scout Blvd, Ste. 1000
Tampa, FL 33607
(813) 223-7000
Fax: (813) 229-4133
Email: sfeather@carltonfields.com
*Attorney for JPM Chase Bank*

**Gary Sonnenfeld**
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33327
305-712-1572
Fax: 561-655-8719
Email: Gary.Sonnenfeld@troutman.com
*Attorney for Experian Information Services*

7