UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC;<br>CITIBANK, N.A.; DISCOVER<br>FINANCIAL SERVICES;<br>DOVENMUEHLE MORTGAGE,<br>INC; JPMORGAN CHASE BANK,<br>N.A.; SANTANDER CONSUMER<br>USA INC.; EQUIFAX<br>INFORMATION SERVICES, LLC.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; and TRANS<br>UNION LLC,<br><br>    Defendants. | OCT 14 2025 AM10:58<br>FILED - USDC - FLMD - TPA<br><br>Case No. **8:25-cv-02417-KKM-SPF** |

**[PROPOSED] ORDER DENYING DEFENDANT DOVENMUEHLE MORTGAGE, INC.'S MOTION TO DISMISS**

THIS CAUSE came before the Court upon **Defendant Dovenmuehle Mortgage, Inc.'s Motion to Dismiss** and **Plaintiff's Response in Opposition** thereto.

1

After reviewing the Motion, the Response, the Plaintiff's **Declaration of Facts**, and being otherwise fully advised in the premises, the Court finds that Plaintiff has adequately alleged personal jurisdiction and stated plausible claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant Dovenmuehle Mortgage, Inc.'s Motion to Dismiss is **DENIED** in its entirety;

2. Defendant shall file its **Answer** to the Complaint within fourteen (14) days from the date of this Order; and

3. The case shall proceed in the ordinary course consistent with the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida.

**DONE AND ORDERED** in Chambers in Tampa, Florida, this ___ day of _____, 2025.

_____

**Hon. Kathryn Kimball Mizelle**

United States District Judge

Copies furnished to:

- Plaintiff, *pro se*
- Counsel of Record