UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>    Defendants. | Case No. **8:25-cv-02417-KKM-SPF** |

**DECLARATION OF LOGOS I. FARROW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DOVENMUEHLE MORTGAGE, INC.'S MOTION TO DISMISS**

*(Pursuant to 28 U.S.C. § 1746)*

I, Logos I. Farrow, declare as follows:

1

1. I am the Plaintiff in this action. I make this declaration of my own personal knowledge in support of my Opposition to Defendant Dovenmuehle Mortgage, Inc.'s Motion to Dismiss. If called as a witness, I could and would testify competently to the matters set forth herein.

**Background**

2. Dovenmuehle Mortgage, Inc. ("Dovenmuehle") is a foreign for-profit corporation organized under the laws of Delaware with its principal office at 1 Corporate Drive, Suite 360, Lake Zurich, Illinois 60047.

3. Dovenmuehle is registered to do business in the State of Florida and maintains a registered agent, CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324.

4. I am, and at all times relevant have been, a resident of Wesley Chapel, Florida. The mortgage account at issue concerns property located at 7542 Avocet Drive, Wesley Chapel, FL 33544.

**Chronological Statement of Facts**

5. June 6, 2025: I mailed my first formal dispute letter to Dovenmuehle pursuant to 15 U.S.C. § 1681s-2(b), identifying inaccuracies in my Dovenmuehle tradeline (Date Opened, Number of Months, Last Reported, Date Last Active, and Date of Last Payment).

6. June 12, 2025: USPS Certified Mail No. 9214 8901 4298 0419 8977 73 was delivered and signed for at Dovenmuehle's Illinois headquarters.

7. June 16, 2025: Dovenmuehle acknowledged receipt of my inquiry but did not address or correct the disputed information.

8. July 13, 2025: I sent a second dispute letter, again citing § 1681s-2(b) and demanding a reasonable reinvestigation and copies of all documentation relied upon in the reporting of the tradeline.

9. July 15 – 18, 2025: Dovenmuehle issued multiple form responses acknowledging receipt of my correspondence and stating only that my account was "being reviewed." No investigation results or supporting records were ever provided.

10. July 17, 2025: USPS Certified Mail No. 9202 8901 4298 0422 4107 80 was delivered and signed for at Dovenmuehle's address, confirming receipt of my second dispute.

11. July 22, 2025: Dovenmuehle responded to my Consumer Financial Protection Bureau complaint (#250714-22316566). In that response, Dovenmuehle:

   a. Stated that the loan "was last reported on June 25, 2025";

   b. Claimed that the tradeline "was reporting accurately"; and

   c. Enclosed copies of prior monthly statements, the promissory note, and mortgage,

   but failed to provide any verification procedure or documentation substantiating the accuracy of the disputed data.

12. August 6, 2025: I applied for a $65,650 auto loan with Lexus of Wesley Chapel and was denied credit due to inaccurate reporting that included the disputed Dovenmuehle tradeline.

13. August 11, 2025: I obtained a new three-bureau credit report confirming that the Dovenmuehle tradeline remained inaccurate and uncorrected.

14. August 15, 2025: I mailed a Notice of Intent to Sue under 15 U.S.C. §§ 1681n and 1681o, demanding deletion or correction of the inaccurate tradeline. The notice was sent by USPS Certified Mail No. 9214 8901 4298 0424 7888 82 and was delivered at Dovenmuehle's headquarters in Lake Zurich, Illinois.

**Summary**

15. Dovenmuehle acknowledged receipt of my disputes and notice of intent to sue yet failed to conduct a reasonable reinvestigation or provide the statutorily required verification.

16. Dovenmuehle continued furnishing inaccurate credit information to Equifax, Experian, and TransUnion after receiving notice, causing measurable harm, including the denial of credit within the State of Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of October 2025       Respectfully submitted,

/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

.