# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT of FLORIDA
## TAMPA DIVISION

LOGOS I. FARROW,

      Plaintiff,

  v.

CAPITAL ONE SERVICES, LLC;
CITIBANK, N.A.; DISCOVER
FINANCIAL SERVICES;
DOVENMUEHLE MORTGAGE,
INC; JPMORGAN CHASE BANK,
N.A.; SANTANDER CONSUMER
USA INC.; EQUIFAX
INFORMATION SERVICES, LLC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANS
UNION LLC,

      Defendants.

Case No. **8:25-cv-02417-KKM-SPF**

OCT 17 2025 AM 10:33
FILED - USDC - FLMD - TPA

---

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC.

Plaintiff, Logos I. Farrow, proceeding pro se, hereby gives notice to the Court

that he has reached a settlement in principle with Defendant TRANS UNION,

LLC **ONLY**. No other Defendant in this matter is a party to, or affected by, this

1

settlement.

The parties are in the process of finalizing a written settlement agreement, and pursuant to Local Rule 3.09(a), Plaintiff anticipates filing a Stipulation of Dismissal with Prejudice as to Defendant TRANS UNION, LLC within sixty (60) days of this Notice.

Dated October 17, 2025

Respectfully submitted,

/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

## Certificate of Service

I HEREBY CERTIFY that on this 17th day of October, 2025, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record who are registered CM/ECF users.

*Distribution:*

**Sean Michael Moloney**
Quilling Selander Lownds Winslett Moser
Consumer Financial Litigation & Compliance
6900 N. Dallas Pkwy
Suite 800
Plano, TX 75022
214-560-5442
Email: smoloney@qslwm.com
*Attorney for Trans Union LLC*

2

**Timothy Dylan Reeves**
McGlinchey Stafford
333 Commerce Street
Suite 1425
Nashville, TN 37201
615-762-9050
Fax: 615-296-4716
Email: dreeves@mcglinchey.com
*Attorney for Dovenmuehle Mortgage, Inc.*

**Kayleigh Wright**
McGlinchey Stafford
10375 Centurion Parkway N
Suite 420
Jacksonville, FL 32256
786-417-9856
Email: kwright@mcglinchey.com
*Attorney for Dovenmuehle Mortgage, Inc.*

**Jacqueline Simms-Petredis**
Burr & Forman, LLP
201 N Franklin St Ste 3200
Tampa, FL 33602
813-221-2626
Fax: 813-357-3534
Email: jsimms-petredis@burr.co
*Attorney for Discover Financial Services*

**Brett Stroze**
Burr & Forman LLP / Orlando
200 S. Orange Ave.
Suite 800
Orlando, FL 32801
407-540-6611
Email: bstroze@burr.com
*Attorney for Discover Financial Services and Capital One Services, LLC*

**Paige Vacante**
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
312-460-5121
Email: pvacante@seyfarth.com
*Attorney for Equifax Information Services, LLC.*

3

**Andrew Charles Wilson**
Adams and Reese LLP
2001 Siesta Drive
Suite 302
Sarasota, FL 34239
941-316-7600
Email: andrew.wilson@arlaw.com
*Attorney for CITI Bank, NA.*

**John Emery Springer**
Adams & Reese, LLP
100 N. Tampa Street
Suite 4000
Tampa, FL 33602
727-501-4471
Fax: 813-402-2887
Email: john.springer@arlaw.com
*Attorney for Citibank, N.A.*

**Louis M. Ursini, III**
Adams and Reese LLP
100 North Tampa Street
Suite 4000
Tampa, FL 33602
813-402-2880
Email: louis.ursini@arlaw.com
*Attorney for Citibank, N.A*

**Rachel Blackmon Cash**
Burr & Forman LLP
Alabama
420 North 20th Street
Suite 3400
Birmingham, AL 35203
205-458-5483
Email: rcash@burr.com
*Attorney for Capital One Services, LLC*

**Scott D. Feather**
Carlton Fields, PA
4221 W Boy Scout Blvd, Ste. 1000
Tampa, FL 33607
(813) 223-7000
Fax: (813) 229-4133

4

Email: sfeather@carltonfields.com
*Attorney for JPM Chase Bank*

**Gary Sonnenfeld**
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33327
305-712-1572
Fax: 561-655-8719
Email: Gary.Sonnenfeld@troutman.com
*Attorney for Experian Information Services*

.