## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOGOS I. FARROW,

     Plaintiff,

v.

CAPITAL ONE SERVICES, LLC;
CITIBANK, N.A.; DISCOVER
FINANCIAL SERVICES;
DOVENMUEHLE MORTGAGE,
INC.; JPMORGAN CHASE
BANK, N.A.; SANTANDER
CONSUMER USA INC.;
EQUIFAX INFORMATION
SERVICES, LLC.; EXPERIAN
INFORMATION SOLUTIONS,
INC.; and TRANS UNION LLC,

     Defendants.

Case No.: 8:25-cv-2417-KKM-SPF

## DEFENDANT JPMORGAN CHASE BANK N.A.'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant JPMorgan Chase Bank, N.A. ("**JPMC**") files its Answer and Defenses to the Verified Complaint and Demand for Trial by Jury ("**Complaint**"), (Doc. 1), filed by Plaintiff Logos I. Farrow ("**Plaintiff**"), responding to the correspondingly numbered paragraphs of the Complaint as follows:

## PRELIMINARY STATEMENT[1]

---

[1] The headings set forth in JPMC's answer reference the corresponding headings in Plaintiff's Complaint and are not deemed an admission. To the extent those headings assert allegations against JPMC, they are denied.

1.      The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the allegations in this paragraph concern or purport to characterize provisions of the Fair Credit Reporting Act ("**FCRA**") and/or the bases for its enactment, which speak for themselves. To the extent the allegations in this paragraph misquote or mischaracterize those provisions (or bases), omit other relevant provisions (or bases), or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and any liability to Plaintiff.

2.      The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the allegations in this paragraph concern or purport to characterize provisions of the FCRA, which speak for themselves. To the extent the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and any liability to Plaintiff and that Plaintiff is entitled to any relief from JPMC.

3.      JPMC admits only that this purports to be an action seeking damages for violations of the FCRA. However, JPMC otherwise denies the allegations of this paragraph, denies that Plaintiff sustained any damages because of JPMC's actions or conduct, and denies that Plaintiff is entitled to any relief from JPMC.

4.     JPMC denies the allegations in this paragraph asserted against it, denies that Plaintiff sustained any damages because of JPMC's actions or conduct, and denies that Plaintiff is entitled to any relief from JPMC. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

## JURISDICTION AND VENUE

5.     The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, JPMC admits only that Plaintiff asserts FCRA claims and that the statutes referenced in this paragraph speak for themselves. JPMC denies any allegations that are contrary to the law and also denies that Plaintiff is entitled to any relief from JPMC.

6.     The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, JPMC admits only that Plaintiff asserts FCRA claims and that the statute referenced in this paragraph speaks for itself. JPMC denies any allegations that are contrary to the law and also denies that Plaintiff is entitled to any relief from JPMC.

7.     The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, JPMC denies any allegations that are contrary to the law and admits only that it is a national association and is chartered pursuant to the laws of the United States of America, with its main office in Ohio, that it issues credit cards to customers nationwide, including customers in Florida, and that it furnishes information regarding customer accounts to consumer

3

reporting agencies ("**CRAs**"). JPMC denies that Plaintiff sustained any damages because of JPMC's actions or conduct and denies that Plaintiff is entitled to any relief from JPMC. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

8.      The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them—except that JPMC admits it is a national association and is chartered pursuant to the laws of the United States of America, that it issues credit cards to customers nationwide, including customers in Florida, and that it furnishes information regarding customer accounts to CRAs.

## PARTIES

9.      JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies, them.

10.     JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies, them.

11.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

12.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

13.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

14.     JPMC denies the allegations of this paragraph, except that JPMC admits that it is a national association and is chartered pursuant to the laws of the United States of America, with its main office in Ohio (at 1111 Polaris Parkway, Columbus, Ohio 43240), and that its Florida registered agent is CT Corporation System, whose address is 1200 South Pine Island Rd, Plantation, Florida, 33324.

15.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

16.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

17.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

18.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

19.    The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the referenced statute speaks for itself, and JPMC admits only that it is a national association and that it furnishes information to CRAs. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

20.    JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies, them.

## GENERAL ALLEGATIONS

21.    JPMC re-alleges and incorporates by reference its responses to the allegations contained in paragraphs 1 through 20 above as though fully stated herein.

22.    JPMC denies the allegations in this paragraph asserted against it. Otherwise, JPMC is without knowledge or information at this time sufficient to form

a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

23.     The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the allegations in this paragraph concern or purport to characterize provisions of the FCRA, which speak for themselves. To the extent the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and denies that Plaintiff is entitled to any relief from JPMC. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

24.     JPMC denies the allegations in this paragraph asserted against it. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

25.     JPMC denies the allegations in this paragraph asserted against it. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

26.     The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the allegations in this

paragraph concern or purport to characterize provisions of the FCRA, which speak for themselves. To the extent the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and denies that Plaintiff is entitled to any relief from JPMC.

27.     The allegations in this paragraph assert legal conclusions and are directed at other parties, and thus, no response is required. To the extent a response is required, the allegations in this paragraph concern or purport to characterize provisions of the FCRA, which speak for themselves. To the extent the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations.

28.     JPMC denies the allegations in this paragraph asserted against it. Further, the allegations in this paragraph concern or purport to characterize provisions of the FCRA, which speak for themselves. And to the extent the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and denies that Plaintiff is entitled to any relief from JPMC. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

29.     JPMC denies the allegations in this paragraph asserted against it. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

30.     JPMC denies the allegations in this paragraph asserted against it and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

## FACTUAL ALLEGATIONS

31.     JPMC re-alleges and incorporates by reference its responses to the allegations contained in paragraphs 1 through 30 above as though fully stated herein.

### A. Plaintiff's Disputes and the USPS Certified Mail Process

32.     JPMC denies the allegations of this paragraph asserted against it, except that JPMC admits that it received letters regarding Plaintiff's JPMC credit card account (the "**Account**"). To the extent the allegations in this paragraph concern or characterize these written documents, those documents speak for themselves. JPMC denies any allegations in this paragraph that are inconsistent those documents and further denies that any action or inactions on JPMC's part were improper or violated the FCRA. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

33. JPMC denies the allegations of this paragraph asserted against it, except that JPMC admits that it received letters regarding Plaintiff's Account, which enclosed documents. To the extent the allegations in this paragraph concern or characterize these written documents, including any enclosures, those documents speak for themselves. JPMC denies any allegations in this paragraph that are inconsistent those documents and further denies that any action or inactions on JPMC's part were improper or violated the FCRA. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

34. JPMC denies the allegations in this paragraph asserted against it. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

35. JPMC denies the allegations in this paragraph asserted against it. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

**B. Adverse Action**

36. JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies them.

37. JPMC denies the allegations in this paragraph asserted against it and further denies that Plaintiff sustained any damages as a result of JPMC's actions or

conduct. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

38.    JPMC denies the allegations in this paragraph asserted against it and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

### C. [Alleged] Inaccuracy – Capital One Services LLC

39.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

40.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

41.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

42.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

43.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

44.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

45.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

**D. [Alleged] Inaccuracy – Citi Bank, NA**

46.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

47.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

48.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

49.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

50.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

51.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

52.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC

is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

**E.  [Alleged] Inaccuracy – Discover Financial Services**

53.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

54.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

55.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

56.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

57.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC

is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

58.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

59.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

**F.  [Alleged] Inaccuracy – Dovenmuehle Mortgage, Inc.**

60.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

61.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

62.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC

is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

63.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

64.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

65.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

66.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

**G. [Alleged] Inaccuracy – JPMorgan Chase Bank, NA**

67.    JPMC denies the allegations in this paragraph, except that JPMC admits *only* that on or about June 13, 2025, it received a letter from Plaintiff dated June 6, 2025, (the "**June 2025 Letter**"). To the extent the allegations in this paragraph concern

16

or characterize written documents, in particular the contents of the June 2025 Letter, those documents speak for themselves. JPMC denies any allegations in this paragraph that are inconsistent with those documents and further denies that any actions or inactions on JPMC's part were improper or violated the FCRA and that Plaintiff is entitled to any relief from JPMC.

68.    JPMC denies the allegations in this paragraph, except that JPMC admits *only* that it received the June 2025 Letter. To the extent the allegations in this paragraph concern or characterize written documents, in particular the contents of the June 2025 Letter, those documents speak for themselves. JPMC denies any allegations in this paragraph that are inconsistent with those documents and further denies that any actions or inactions on JPMC's part were improper or violated the FCRA and that Plaintiff is entitled to any relief from JPMC.

69.    JPMC denies the allegations in this paragraph, except that JPMC admits *only* that it responded to the June 2025 Letter. To the extent the allegations in this paragraph concern or characterize written documents, in particular the contents of JPMC's response to the June 2025 Letter or JPMC's furnishing of information to CRAs, those documents speak for themselves. JPMC denies any allegations in this paragraph that are inconsistent with those documents and further denies that any actions or inactions on JPMC's part were improper or violated the FCRA and that Plaintiff is entitled to any relief from JPMC.

70.    JPMC denies to the allegations in this paragraph to the extent Plaintiff alleges that JPMC failed to respond to any dispute regarding the Account and that

JPMC's furnished incorrect or erroneous information regarding the Account to CRAs. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

71. JPMC denies the allegations in this paragraph.

72. JPMC denies the allegations in this paragraph, except that JPMC admits *only* that on or about August 18, 2025, it received a letter from Plaintiff dated August 15, 2025 (the "**August 2025 Letter**"). To the extent the allegations in this paragraph concern or characterize written documents, in particular the contents of the August 2025 Letter, those documents speak for themselves. JPMC denies any allegations in this paragraph that are inconsistent with those documents and further denies that any actions or inactions on JPMC's part were improper or violated the FCRA and that Plaintiff is entitled to any relief from JPMC.

73. JPMC denies to the allegations in this paragraph to the extent Plaintiff alleges that JPMC's was furnishing incorrect or erroneous information regarding the Account that that any actions or inactions on JPMC's part were improper or violated the FCRA. Otherwise, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of the remainder of the allegations in this paragraph and, therefore, denies them.

74. JPMC denies the allegations in this paragraph and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct.

**H. [Alleged] Inaccuracy – Santander Consumer USA, Inc.**

75. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

76. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

77. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

78. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

79. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

80. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC

is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

81.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

82.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

**I.  [Alleged] Inaccuracy – Equifax Information Services, LLC.**

83.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

84.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

85.     The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC

is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

86.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

87.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

88.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

89.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

**J.  [Alleged] Inaccuracy – Experian Information Solutions, Inc.**

90.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC

is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

91. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

92. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

93. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

94. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

95. The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

96.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

### K. [Alleged] Inaccuracy – TransUnion

97.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

98.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

99.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

100.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

101.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

102.    The allegations of this paragraph are directed at another party and not JPMC, and, thus, no response is required. To the extent a response is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 1 – CAPITAL ONE SERVICES, LLC

103–122.    The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 2 – CITIBANK, N.A.

123–142.    The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 3 – DISCOVER FINANCIAL SERVICES

143–162.     The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 4 – DOVENMUEHLE MORTGAGE, INC.

163–182.     The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 5 JPMORGAN CHASE BANK, N.A.

## Cause of Action 1 – 15 U.S.C. § 1681s-2(b) – [Alleged] Failure to Conduct a Reasonable Investigation and Report Results to Consumer Reporting Agencies

183.     JPMC re-alleges and incorporates by reference its responses to the allegations contained in paragraphs 1 through 182 above as though fully stated herein.

184.     The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, JPMC admits that it furnishes information to CRAs and that it furnished information to CRAs regarding the Account. Further, the allegations in this paragraph concern or purport to characterize provision(s) of the FCRA, which speak for themselves. And to the extent

the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and that Plaintiff is entitled to any relief from JPMC.

185.    The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the allegations in this paragraph concern or purport to characterize provisions of the FCRA, which speak for themselves. And if the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and that Plaintiff is entitled to any relief from JPMC.

186.    JPMC denies the allegations in this paragraph.

187.    JPMC denies the allegations in this paragraph and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct.

188.    JPMC denies the allegations in this paragraph.

**Cause of Action 2 – 15 U.S.C. § 1681e(b) – [Alleged] Failure to Ensure Maximum Possible Accuracy of the Information Furnished**

189.    JPMC re-alleges and incorporates by reference its responses to the allegations contained in paragraphs 1 through 188 above as though fully stated herein.

190.    The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the allegations in this paragraph concern or purport to characterize provision(s) of the FCRA, which speak

for themselves. And if the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and that Plaintiff is entitled to any relief from JPMC.

191.    JPMC denies the allegations in this paragraph.

192.    JPMC denies the allegations in this paragraph.

193.    JPMC denies the allegations in this paragraph.

194.    JPMC denies the allegations in this paragraph and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct.

195.    JPMC denies the allegations in this paragraph.

**Cause of Action 3 – [Alleged] Negligent and Willful Noncompliance – 15 U.S.C.**

**§§ 1681n and 1681o – Actual, Statutory, and Punitive Damages**

196.    JPMC re-alleges and incorporates by reference its responses to the allegations contained in paragraphs 1 through 195 above as though fully stated herein.

197.    The allegations in this paragraph assert legal conclusions to which no response is required. To the extent a response is required, the allegations in this paragraph concern or purport to characterize provisions of the FCRA, which speak for themselves. And if the allegations in this paragraph misquote or mischaracterize those provisions, omit other relevant provisions, or allege or suggest that any action or inaction on JPMC's part was improper or violated the FCRA, JPMC denies these allegations and that Plaintiff is entitled to any relief from JPMC.

198.   JPMC denies the allegations in this paragraph, including sub-parts (a) and (b).

199.   JPMC denies the allegations in this paragraph.

200.   JPMC denies the allegations in this paragraph and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct.

201.   JPMC denies the allegations in this paragraph and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct.

202.   JPMC denies the allegations in this paragraph and further denies that Plaintiff sustained any damages as a result of JPMC's actions or conduct.

## COUNT 6 – SANTANDER CONSUMER USA, INC.

203–223.   The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 7 – EQUIFAX INFORMATION SERVICES, LLC

224–243.   The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 8 – EXPERIAN INFORMATION SOLUTIONS, INC.

244–263.    The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them.

## COUNT 9 – TRANSUNION LLC

264–284.    The allegations of these paragraphs are directed at another party and not JPMC, and, thus, no response is required. To the extent a response to these paragraphs is required, JPMC is without knowledge or information at this time sufficient to form a belief as to the truth of these allegations and, therefore, denies them

JPMC denies the allegations in the PRAYER FOR RELIEF paragraph, including sub-parts 1–7 following paragraph 284 of the Complaint (including, but not limited to, the allegations that Plaintiff is entitled to an award of punitive damages, pre-judgment interest, attorneys' fees, and to injunctive relief), and further denies any liability to Plaintiff, that Plaintiff is entitled to any relief from JPMC, and that Plaintiff sustained any damages as a result of JPMC's actions or conduct.

JPMC respectfully requests that it be awarded its attorneys' fees incurred in connection with defending this action.

ALL ALLEGATIONS NOT EXPRESSLY ADMITTED ABOVE ARE HEREBY DENIED.

## DEFENSES[2]

### First Defense

Plaintiff's FCRA claims fail and JPMC is not liable to Plaintiff because JPMC acted in good faith conformity with the applicable rules, regulations, standards, and interpretations of applicable law, including any all duties it had under the FCRA.

Further, Plaintiff does not allege the existence of any additional investigation that JPMC should have conducted that would have changed any of the reporting JPMC made to CRAs.

### Second Defense

Plaintiff's claims against JPMC are barred to the extent the information JPMC furnished and communicated regarding the JPMC Account was accurate and true.

### Third Defense

At all times relevant to the allegations in the Complaint, JPMC's actions and conduct, including its investigations of any dispute notices it received regarding Plaintiff's Account, were consistent with and in compliance with all laws, statutes, regulations, and standards applicable to JPMC.

JPMC maintains reasonable procedures and conducted reasonable investigations with respect to each purported notice received either directly from Plaintiff or from CRAs.

---

[2] By denominating the matters alleged below as "Defenses," JPMC is not intending to shift, and is not shifting, the burden of proof as to any matters for which Plaintiff already has such burden, nor is JPMC intending to limit, or limiting, the arguments it can make in opposition to Plaintiff's claims by virtue of its denials of the allegations of the Complaint.

## Fourth Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted against JPMC, in whole or in part, or Plaintiff's claims otherwise fail to the extent any alleged injury, damages, or loss of which Plaintiff complains were not proximately caused by the acts or omissions of JPMC and instead were caused by a third-party(ies) acting independently of JPMC—including multiple others whose actions Plaintiff has claimed damaged him in the Complaint—and/or resulted from other intervening or superseding causes unrelated to JPMC.

## Fifth Defense

To the extent Plaintiff suffered any injury, loss, or damages, Plaintiff caused or contributed to any purported damages through his own actions, inactions, and conduct. Plaintiff's claims should be barred by, or any such damages reduced by, Plaintiff's own negligence, mistakes, and/or conduct.

## Sixth Defense

Some or all of Plaintiff's claims may be barred, in whole or in part, due to Plaintiff's lack of standing. Plaintiff cannot recover against JPMC to the extent that Plaintiff has not alleged or cannot prove an injury-in-fact.

## Seventh Defense

Some or all of Plaintiff's purported damages are speculative in nature, not reasonably certain, discernable, or calculable, or are non-recoverable losses, if any.

## Eighth Defense

Plaintiff's claims are barred, in whole or in part, because none of the inaccuracies alleged by Plaintiff, even if true, were significant enough to have caused any legally cognizable harm.

## Ninth Defense

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff failed to mitigate his damages, including to the extent Plaintiff failed to promptly provide sufficient and clear information supporting the alleged inaccuracies with respect to the JPMC Account's reporting.

## Tenth Defense

If JPMC is found responsible in any manner for any injury or damages claimed by Plaintiff, JPMC is not the sole and proximate cause of those purported injury and damages. And they must be apportioned among the various causes and the non-JPMC persons or entities that contributed to or caused Plaintiff's purported injury or damages, in accordance with proof presented at trial.

## Eleventh Defense

Plaintiff's claims for punitive damages are barred, in whole or in part, to the extent (i) Plaintiff provides insufficient facts to support such and award, and (ii) any such award is barred or limited by statute, by the fact that JPMC did not act with any willfulness, fraud, malice, or reckless disregard with respect to Plaintiff, or would violate the holdings and standards set forth by the Supreme Court of the United States, including, without limitation, in *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996) and in *State Farm Mut Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003).

## **Twelfth Defense**

Plaintiff's claims for injunctive relief are barred, in whole or in part, because such a remedy is not available to private litigants, such as Plaintiff, under the FCRA.

Respectfully submitted,

*/s/ Scott D. Feather*
Scott D. Feather (FBN 68740) – Lead Counsel
**CARLTON FIELDS, P.A.**
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
Email: sfeather@carltonfields.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the authorized CM/ECF filers in this case. Additionally, I certify that I served a copy of this motion via mail and email on Plaintiff at: 7542 Avocet Drive, Wesley Chapel, FL 33544 (SonnyF78@yahoo.com).

*/s/ Scott D. Feather*
Attorney