**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOGOS I. FARROW,

    Plaintiff,

v.                                Case No. 8:25-cv-02417

CITIBANK, N.A., et al.

_____/

**<u>DECLARATION OF KELLY BOOTH</u>**

I, KELLY BOOTH, hereby declare as follows:

1.      I am an employee of Citibank, N.A., a national bank located in Sioux Falls, South Dakota.  Citibank issues credit card accounts to persons throughout the country, including the credit cards at issue in this action.

2.      I have worked with Citibank (or its affiliates) in different capacities for approximately 32 years.  In connection with my employment, I have personal knowledge of the general business practices of Citibank with respect to its credit card accounts.  My responsibilities include the preparation of declarations in connection with litigation involving Citibank, and I am authorized to provide this Declaration for Citibank.  I have access to the business records relating to the credit card accounts issued by Citibank including, in particular, the records of cardmember accounts and the applicable card agreements.

3.      The exhibits to this Declaration are all true and correct business records created and maintained by Citibank, or its predecessors and affiliates, in

the course of regularly conducted business activity, and as part of the regular practice of Citibank to create and maintain such records, and also were made at the time of the act, transaction, occurrence or event or within a reasonable time thereafter.  The statements set forth in this Declaration are true and correct to the best of my knowledge, information and belief.  The statements contained herein are based on my personal knowledge or review of Citibank's records, including records pertaining to the credit card accounts issued to Plaintiff Logos I. Farrow ("Plaintiff").  If called as a witness, I am competent to testify to the statements contained herein.  Portions of the exhibits have been redacted for privacy reasons.

4.    I understand that Plaintiff has filed a lawsuit regarding purported conduct by Citibank in connection with the Plaintiff's accounts.  Citibank's records reflect a Citi Double Cash credit card account currently ending in 5367 was issued to Plaintiff on or about April 15, 2021 (the "Citi Double Cash Account").  Citibank's records reflect a Costco credit card account currently ending in 0116 was issued to Plaintiff on or about September 24, 2021 (the "Costco Account" or collectively with the Citi Double Cash Account, the "Accounts").

5.    Based upon my review of the records pertaining to the Accounts, and as discussed below, I have determined that the Accounts are subject to substantially identical arbitration agreements contained in the written terms and conditions that are reflected in a Card Agreements, as amended from time to time.

6.    Attached as **Exhibit 1** is a copy of the letter that was mailed to the Plaintiff in April 2021 after Plaintiff opened the Citi Double Cash Account and a

copy of the Card Agreement mailed to the Plaintiff with the actual credit card. The Card Agreement contains an arbitration provision at section 11.

7.      As discussed and instructed in the Card Agreement for the Citi Double Cash Account, Plaintiff had the right to reject the arbitration provision as follows:

**Rules for rejecting this arbitration provision**

You may reject this arbitration provision by sending a written rejection notice to us at PO Box 6195; Sioux Falls, SD 57117-6195. Your rejection notice must be mailed within 45 days of Account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, Account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us. Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the Account.

8.      Citibank's records confirm that Plaintiff was provided with the Card Agreement for the Citi Double Cash Account but did not choose to reject the arbitration agreement.  I can determine this because it was Citibank's regular practice to include a note in the computerized account records of those card members who chose to opt out.  The records for the Citi Double Cash Account do not reflect any such note, and there is no indication in the Citi Double Cash Account records that Plaintiff ever notified Citibank to refuse to accept the terms of the Card Agreement.

9.      Attached as **Exhibit 2** is a copy of the letter that was mailed to the Plaintiff in September 2021 after Plaintiff opened the Costco Account and a copy of the Card Agreement mailed to the Plaintiff with the actual credit card.  The Card Agreement contains an arbitration provision at section 11.

10. As discussed and instructed in the Card Agreement for the Costco Account, Plaintiff had the right to reject the arbitration provision as follows:

**Rules for rejecting this arbitration provision**

You may reject this arbitration provision by sending a written rejection notice to us at PO Box 790085; St. Louis, MO 63179-0085. Your rejection notice must be mailed within 45 days of Account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, Account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us. Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the Account.

11. Citibank's records confirm that Plaintiff was provided with the Card Agreement for the Costco Account but did not choose to reject the arbitration agreement. I can determine this because it was Citibank's regular practice to include a note in the computerized account records of those card members who chose to opt out. The records for the Costco Account do not reflect any such note, and there is no indication in the Costco Account records that Plaintiff ever notified Citibank to refuse to accept the terms of the Card Agreement.

12. Attached hereto as **Exhibit 3** is a copy of the monthly periodic billing statement for the Citi Double Cash Account from the period ending May 17 2021, reflecting Plaintiff's use of the Citi Double Cash Account after receipt of the Agreement.

13. Attached hereto as **Exhibit 4** is a copy of the monthly periodic billing statement for the Costco Account from the period ending October 4, 2021, reflecting Plaintiff's use of the Costco Account after receipt of the Agreement.

I hereby declare that the foregoing is true and correct to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty of perjury.

Executed this 3rd day of November, 2025 at Jacksonville, Florida.


*Kelly Booth*
_____
Kelly Booth

# Exhibit "1"

**citi**

**Account approval notice**
April 15, 2021

PO Box 6500
Sioux Falls, SD 57117-6500

LOGOS I FARROW
500 KNIGHTS RUN AVE
UNIT 1015
TAMPA FL 33602-6010

## Welcome to your Citi® Double Cash Mastercard® membership

We're delighted to welcome you to your new Citi Double Cash account with a credit limit of $11,400, of which $3,500 can be used for cash advances.

## Watch for your card

Your new card will be arriving soon, it will be sent in a plain envelope with no Citi markings. If you don't receive it within 7 - 10 business days from the date of this letter, please call us at 1-855-473-4583 (TTY 1-800-325-2865 for hearing and speech impaired services only). To start enjoying the many benefits of your card, activate it as soon as it arrives.

## Make the most of your card

- Earn cash back twice on purchases with 1% when you buy and 1% as you pay.
- You can earn cash back whether you pay for your purchases in full or over time. To earn cash back pay at least the minimum due on time.

Don't forget to take a look at the Directory of Services we've included to learn more about your new account benefits.

## Personalize your PIN

Your cash advance PIN is 9684. Your PIN lets you get cash advances at ATMs and many financial institutions. To find a nearby ATM, use our ATM Locator at 1-800-248-4286, visit us at citicards.com or present your card to a bank teller.

You can reset your PIN to make it easier to remember. If you want to personalize your PIN:
1. Call us at 1-855-473-4583. Have your account number ready, along with your assigned PIN and the 4-digit replacement PIN you'd prefer to use.
2. Follow the simple instructions from our automated system.

## Thanks for the opportunity to serve you

We're working around the clock to create financial solutions and services that are simple and responsive. Feel free to contact us if you have suggestions or questions.

Please see the reverse side

| Need our help? | |
|---|---|
| Visit | citicards.com |
| Call | 1-855-473-4583 |
| TTY/TTD | 1-800-325-2865 |

**LOGOS I FARROW**
Account ending 5367

**Do you know about all the great tools available to manage your account?**
Just register your card at citicards.com to do everything from scheduling payments and adding authorized users to your account.

0.L0190001009.I2021041500170384.142.I.ZZ.SY.8000.SYSTEMB3900377271495765.

LOGOS I FARROW
Account ending 5367
Page 2 of 2

©2021 Citibank, N.A.
Citi, Citibank, Citi with Arc Design and Citi Mobile are registered service marks of Citigroup Inc.

LOGOS I FARROW
Account ending 5367
Page 1 of 2

## Facts about Interest and Fees

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **17.99%**<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | **0%** introductory APR for 18 months from date of first transfer when transfers are completed by 08/14/2021.<br><br>After that, your APR will be **17.99%**. This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **25.24%**<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Citi Flex Plan** | **17.99%**<br><br>This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | Up to **29.99%**, based on your creditworthiness. This APR will vary with the market based on the Prime Rate.<br><br>This APR may be applied to your account if you:<br>(1)   Make a late payment or<br>(2)   Make a payment that is returned.<br><br>**How Long Will the Penalty APR Apply?** If your APRs are increased for either of these reasons, the Penalty APR may apply indefinitely. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount plus your entire balance, excluding any Citi Flex Plan balances, by the due date each month.  If you do not pay your monthly Citi Flex Plan Payment plus your entire balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than 50 cents. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at **http://www.consumerfinance.gov/learnmore.** |



LOGOS I FARROW
Account ending 5367
Page 2 of 2

## Fees

| Annual Fee | None |
|---|---|
| **Transaction Fees** | |
| • Balance Transfer | Either **$5** or **3%** of the amount of each transfer, whichever is greater. |
| • Cash Advance | Either **$10** or **5%** of the amount of each cash advance, whichever is greater. |
| • Foreign Purchase Transaction | **3%** of each purchase transaction in US dollars. |
| **Penalty Fees** | |
| • Late Payment | Up to **$40**. |
| • Returned Payment | Up to **$40**. |

**How We Will Calculate Your Balance:** We use a method called "daily balance (including current transactions)." See enclosed Card Agreement for more details.

**Loss of Introductory APR:** We may end your introductory APR and apply the Penalty APR if you make a late payment.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in the enclosed Card Agreement.

**Note:** Balance Transfers and Flex Plans are made available at our discretion.

| Details About Your Interest Rates | APR as of 04/15/2021 | Daily Periodic Rate as of 04/15/2021 | For variable rates: U.S. Prime Rate Plus |
|---|---|---|---|
| Purchases (including balance transfers after the expiration of the introductory APR) | 17.99% (v) | 0.04929% | 14.74% |
| Introductory APR on Balance Transfers | 0% | 0.00000% | N/A |
| Cash Advances | 25.24% (v) | 0.06915% | 21.99% |
| Citi Flex Plan | 17.99% (v) | 0.04929% | 14.74% |
| Penalty | 29.99% (v) | 0.08216% | Up to 26.74% |
| (v) = Variable rate. Variable rate APRs will not exceed 29.99%. | | | |



# Card Agreement Guide

This Guide will help you easily identify sections of the Card Agreement and give you a brief overview of the contents of each section. This is not intended to be a complete summary of the Card Agreement's contents, and we encourage you to read your entire Card Agreement, including the arbitration provision, before you use your Account.

**1 DEFINITIONS**
Lists the meanings of particular phrases and terms used in the Card Agreement.

**2 YOUR ACCOUNT**
Describes some of your responsibilities for using your Account.

**3 ANNUAL PERCENTAGE RATES & INTEREST CHARGES**
Shows how we calculate interest rates and how that affects your Account balance.

**4 FEES & FOREIGN CURRENCY CONVERSION**
Describes the fees that can be applied to your Account, including annual membership fees, late fees, as well as foreign transaction fees for Purchases not in U.S. dollars.

**5 PAYMENTS**
Shows how your monthly Minimum Payment Due is calculated, tells you how we apply your payments to balances, and gives you certain instructions for making payments (and tells you the possible consequences of not following those instructions).

**6 AUTHORIZED USERS**
Describes an Authorized User's rights and your responsibility for that user. Also describes what information we can share about you and your Authorized User.

**7 DEFAULT, CLOSING OR SUSPENDING YOUR ACCOUNT**
Tells you when we may require immediate payment of your total Account balance, and explains when we may close or suspend your Account, and when you may close your Account.

**8 CREDIT REPORTING**
Describes what information we provide about you to credit reporting agencies, and how to dispute items on your report. This section also explains how we use information we get about you from those agencies.

**9 ACCOUNT INFORMATION, INFORMATION SHARING AND COMMUNICATIONS**
Explains that your personal information we use to manage your Account should always be up to date. Also notes that we share information about you and your Account. In addition, this section describes how we may contact you.

**10 TRANSACTIONS**
Provides important information about merchant credits, recurring Transactions and card refusals.

**11 ARBITRATION**
Explains that you cannot go to court, have a jury trial or initiate or participate in a class action if you have a dispute with us. Instead, this provision tells you that the dispute must be resolved by a professional arbitrator, not a judge or jury. This section also explains how arbitration works and some of the differences between resolving a dispute in arbitration and resolving one in court.

**12 AGREEMENT & BENEFIT CHANGES**
Explains that we can make changes to the Card Agreement and your card benefits and features.

**13 MISCELLANEOUS**
Explains subjects that aren't included in previous sections.

**14 YOUR BILLING RIGHTS**
Explains your billing rights, which include how to address possible statement mistakes and your rights if you're not satisfied with a Purchase.



# Card Agreement

This Card Agreement (**Agreement**) is your contract with us.

The *Facts about Interest and Fees* document (**Fact Sheet**) is part of this Agreement. The **Fact Sheet** shows important information about your Account, such as your annual percentage rates and certain fees. Any amendments to this Agreement also are part of this Agreement.

**Please read all parts of this Agreement, including the arbitration provision, and keep it for your records.**

*Note:* Throughout the Agreement are examples, helpful tips, and additional explanations that will make the Agreement easier to understand.

## 1

## DEFINITIONS

**Account** - Your Citi® Double Cash Account.

**Adjusted New Balance** - Your New Balance less any Citi Flex Plan balance.

**Annual Percentage Rate (APR)** - A rate, shown as a percentage, used to calculate interest on the balance on your Account.

**Authorized User** - Any person you allow to use your Account with a Card we provided with that person's name.

**Balance Transfer** - Use of a Balance Transfer offer, including use of a check that accesses your Account for any transaction, or the transfer of a balance from another credit account to your Account.

**Billing Period** - The period of time between each date when we create a statement for your Account. A Billing Period is usually 28-33 days. For each Billing Period, your statement will show any Transactions, other charges, payments and other credits posted during that Billing Period.

**Business Day** - Monday through Friday, excluding federal holidays.

**Card** - One or more cards or other devices (including an account number) used to access your Account to obtain credit.

**Card Networks** - Organizations, such as Mastercard, Visa and American Express, that facilitate the payment process between a cardmember, merchants and a card issuer.

**Cash Advance** - Use of your Card to get cash, including foreign currency, or for what we consider a cash-like transaction. Examples include using your Card for: ATM and teller withdrawals, wire transfers, money orders, traveler's checks, lottery tickets, gaming chips and other methods used for gambling, wagers and other betting transactions. A Citi Flex Loan is not a Cash Advance.

**Citi Flex Loan** - Funds provided to you by check or by direct deposit that you select to be charged to your Account and repaid under a Citi Flex Plan. Balance Transfers and Cash Advances are not Citi Flex Loans.

**Citi Flex Pay** - Eligible Transactions that you select to be paid under a Citi Flex Plan.

**Citi Flex Plan** - A feature on your Account to pay Citi Flex Loans or Citi Flex Pay amounts in fixed payments over a defined number of Billing Periods subject to a Citi Flex Plan APR.

**Consumer Reporting Agency** - An organization, such as Experian, Equifax and TransUnion, that compiles credit information for the purpose of generating consumer credit reports. It's also known as a "credit bureau" and a "credit reporting agency."

**Include and including** - These terms mean "include [or including] without limitation."

**Late Payment** - A payment is late if you don't pay at least an amount equal to the Minimum Payment Due minus any Overlimit Amount by the payment due date.

**New Balance** - The total amount you owe us at the end of each Billing Period. This amount is shown on each statement under the heading "New Balance". We explain how we calculate the New Balance below.

**Overlimit Amount** - The amount by which your Account balance exceeds your credit limit in any Billing Period.

**Purchase** - Use of your Card to buy goods and services. Balance Transfers and Cash Advances are not Purchases.

**Returned Payment** - A payment that isn't honored by your financial institution.

**Transaction** - A Balance Transfer, Cash Advance, Purchase or Citi Flex Plan, as applicable.

**we, us,** and **our** - Citibank, N.A.

**you** and **your** - The cardmember who opened the Account.

*You'll find definitions of other terms within this Agreement.*



## 2

## YOUR ACCOUNT

Your Account use is subject to this Agreement. You must pay us for all amounts due on your Account, including:

1. Transactions you make, even if you didn't present your Card or sign for the Transaction;

2. Transactions an Authorized User makes;

3. Transactions that other people make if you or an Authorized User let them use your Account; and

4. Any fees and interest charges on the Account.

**Binding Agreement.** This Agreement takes effect once you use your Card. Even if you don't use your Card, this Agreement will take effect unless you contact us to cancel your Account within 30 days after we sent you this Agreement.

**Credit Limit.** We assign a credit limit to your Account. Part of this credit limit may be available for Cash Advances, and there may be a limit on the amount of Cash Advances you can take in a given period. We may authorize Transactions that cause your balance to exceed your credit limit.

### ACCOUNT USE
**Consumer Purposes.** You aren't permitted to use your Account for business purposes. If you do use your Account for business purposes, this Agreement still applies, and you must pay us for those Transactions. You may also have to pay us for any damages and/or expenses resulting from that use. In addition, we may close your Account.

**Citi Flex Plan.** Your ability to create a Citi Flex Plan will depend on the amount of your available credit, creditworthiness, and other factors. We may limit the number of active Citi Flex Plans you can have and we may change this number at any time. There are two ways to create a Citi Flex Plan – Citi Flex Pay and Citi Flex Loan.

With **Citi Flex Pay**, you can pay for eligible Transactions under a Citi Flex Plan. An eligible Transaction for Citi Flex Pay must be a Purchase of at least a specified dollar amount and does not include a Purchase of cash or cash equivalent, a Purchase subject to Foreign Transaction Fees or any fee owed to us.  Other exclusions may apply.

With **Citi Flex Loan**, you can use your Account's credit line to access funds and pay such funds under a Citi Flex Plan. You can only create a Citi Flex Loan if you receive an offer.  The offer will tell you the terms, including the APR, that will apply to that Citi Flex Loan.

**Unlawful Transactions.** You aren't permitted to use your Account for unlawful Transactions. If you do use your Account for unlawful Transactions, this Agreement still applies and you must pay us for those Transactions. You also may have to pay the Card Network and/or us for any damages and expenses resulting from that use. In addition, we may close your Account.

**Mobile Phones or Other Devices.** Smart phones, tablets and other electronic devices can store your Card (such as through a mobile wallet). This means they can be used to make Purchases or other Transactions. Any such Transactions are covered by this Agreement. Apps that use your Card to make Transactions may have separate terms of use. We're not responsible if you violate those terms, or for any consequences resulting from any violation.

*Note: It's important to protect your devices the same way you protect your Card. Anyone who can access your Card using your device also can make charges to your Account using that device.*

## 3

## ANNUAL PERCENTAGE RATES & INTEREST CHARGES

The following sections explain how we calculate the interest you owe each Billing Period.

**APRs.** We use APRs to calculate interest charges on your Account. Different APRs may apply to different Transactions. See the listing of your APRs on the **Fact Sheet.**

**Variable APRs.** A variable APR is an APR that can change each Billing Period. We calculate each variable APR first by taking the U.S. Prime Rate from *The Wall Street Journal (WSJ)* two Business Days before the last day of each Billing Period. (If the *WSJ* doesn't publish the U.S. Prime Rate that day, then we'll use another publication.) Then we add to the U.S. Prime Rate a certain percentage amount, which we call the **Margin.** You can find the Margin we use for your Account in the Details About Your Interest Rate section of the **Fact Sheet.**

> **How is a variable APR calculated?**
>
> If the U.S. Prime Rate published in the WSJ two Business Days before the end of a Billing Period is **5%**; and
> If the Margin is **13.99%**; then
> Add the two together to calculate a variable APR:
>
> $$5\% + 13.99\% = 18.99\%$$

Your variable APRs will increase if the U.S. Prime Rate increases and decrease if the U.S. Prime Rate decreases. If a variable APR increases, then your interest charges and Minimum Payment Due may increase.

If the U.S. Prime Rate changes, we'll apply the new variable APR starting from the first day of the Billing Period when we take the U.S. Prime Rate from the *WSJ*. The new APR will apply to existing balances, as well as balances added to your Account after the change.



**Penalty APR.** If you have a Late or Returned Payment, we may apply a penalty APR to your Account. We determine your penalty APR based on your creditworthiness.

- **Penalty APR for new Transactions (less than 60 days late).** If you make a Late Payment and it's less than 60 days late or you have a Returned Payment, the penalty APR only will apply to new Transactions. We'll review your Account from time to time to determine if a penalty APR should be reduced.
- **Penalty APR for existing balances and new Transactions (60 or more days late).** If we haven't received your Minimum Payment Due within 60 days after its due date, we may apply the penalty APR to both the existing balances and new Transactions. If you make your next six consecutive Minimum Payments Due on time, we'll stop applying the penalty APR to existing balances and new Transactions. If you don't make your next six consecutive Minimum Payments Due on time, the penalty APR may continue to apply indefinitely to existing balances and new Transactions.

### Daily Balance

We calculate interest on your Account each Billing Period first by calculating your daily balances. The following explains how we do that.

Here's how and when Transactions, fees and credits are applied to the balances on your Account:

- We add the amount of a Purchase or Balance Transfer to the Purchase balance as of the post date on your statement.
- We add the amount of a Cash Advance to the Cash Advance balance as of the post date on your statement.
- We add a Balance Transfer fee to the Purchase balance as of the post date on your statement.
- We add the amount of any eligible Transaction under Citi Flex Pay or a Citi Flex Loan to a Citi Flex Plan balance as of the post date on your statement.  If you moved an amount from another balance within your Account to a Citi Flex Plan, we will credit the other balance in the amount you added to a Citi Flex Plan in order to avoid double counting that amount.
- We add a Cash Advance fee to the Cash Advance balance as of the post date on your statement. We'll add any other fees to the balance of our choice. If you're charged interest in a Billing Period, but the amount calculated is less than $0.50, we'll add additional interest to the balance(s) of our choice so that you'll be charged $0.50 in interest for that Billing Period.
- We subtract credits and payments as of the post date shown on your statement.
- Each balance may have a different APR. Certain categories of Transactions in a balance may have multiple APRs. For example, you may make a Purchase or Balance Transfer, or create a Citi Flex Plan, that's subject to a promotional APR. Your balances, and their corresponding APRs, are shown on your statement.

---

**Note**: The post date shown on your statement will usually be the date of the Transaction, but it may be later.

---

Here's how we calculate each of the daily Purchase, Cash Advance and Citi Flex Plan balances on your Account:

- We start with the daily balance from the end of the previous day.
- We add any new Transactions, fees and other charges, including interest accrued on the previous day's balance. This means that interest is compounded daily.
- We subtract any credits or payments credited as of that day.
- We make additional adjustments as appropriate, subject to applicable law (as an example, for a disputed charge).

This gives us the daily balance for that day.

---

Daily balance for purchases from the previous day
+ New purchases
+ Fees and interest accrued on the previous day's Purchase balance
- Payments, credits and adjustments posted that day
= **New daily balance for Purchases**

---

**Interest Calculation.** Each daily balance may have a different APR. Certain categories of Transactions in a daily balance may have multiple APRs. For example, you may make a Purchase or Balance Transfer that's subject to a promotional APR. If a daily balance on your Account is subject to an APR, we'll charge interest on that daily balance. We use the daily balance method (which includes new Transactions). If interest applies to a balance, it will start applying on the day a charge is added to that balance and continue until that balance is paid in full. We consider a credit balance as a balance of zero when calculating interest on that balance.

- We multiply each daily balance by its applicable daily periodic rates (each applicable APR divided by 365).
- We do this for each day in the Billing Period. This gives us the daily interest amounts.
- Then we total all the daily interest amounts for all the daily balances. This gives us the total interest for the Billing Period.

---

**Note**: Your balances, and their corresponding APRs, are shown on your statement.

---

**Calculating the New Balance.** To calculate the New Balance at the end of each Billing Period, we begin with the total Account balance at the start of that Billing Period. Then we add any Transactions that are new to the Account during that Billing Period. Then we subtract any credits applied or payments made during that Billing Period. Then we add any interest charges or fees incurred during that Billing Period and make any other adjustments, as applicable (for example, if you have disputed a charge).

**Grace Period on Purchases.** You won't pay any interest on Purchases if you pay the Adjusted New Balance, including any Balance Transfers, plus any Citi Flex Plan Payment Amount, in full by the payment due date shown on your statement each Billing Period. We call this a **grace period on purchases**. If you don't pay your Adjusted New Balance in full, plus any Citi Flex Plan Payment Amount, by the payment due date in a Billing Period, you'll pay interest on your Purchases from the date they're posted to your Account. You also won't have a grace period on Purchases again until you pay the Adjusted New Balance in full, plus any Citi Flex Plan Payment Amount, by the payment due date 2 Billing Periods in a row.

There's no grace period on Balance Transfers and Cash Advances. This means you'll pay interest on Balance Transfers and Cash Advances from the date these Transactions post to your Account.

*Important Information about Citi Flex Plans: We apply any amount you pay over your Minimum Payment Due first to the balance with the highest APR, then to the balance with the next highest APR, and so on, as described in Section 5, Application of Payments.  This means that, if the APR for a Citi Flex Plan balance is higher than an APR that applies to another balance on your Account, we will apply the amount you pay above the Minimum Payment Due to that Citi Flex Plan balance prior to that other balance.  This will cause you to pay off that Citi Flex Plan balance before the end of its repayment period and may result in an amount remaining due on your next billing statement for the other balance, increasing your Adjusted New Balance on your next billing statement.*



*You can see your balances and their corresponding APRs on your statement.*

*For example, in a sample Billing Period, an Account with no past due or Overlimit Amounts, has:*

*Citi Flex Plan: $5,000 with a repayment period of 24 months at 16.99% APR*

*Citi Flex Plan statement balance in sample Billing Period: $4,090*
*Citi Flex Plan interest charge in sample Billing Period: $56.92*
*Citi Flex Plan Payment Amount per Billing Period: $248*

*and*

*Purchase balance: $5,000*
*Minimum Payment Due for Purchases: $75*

*(Calculations are approximate and for illustrative purposes only.)*

*The New Balance for the Account: is **$9,090**. The Adjusted New Balance is the New Balance ($9,090) less the Citi Flex Plan Balance ($4,090): **$5,000**. Your Minimum Payment Due is **$323** ($75 + $248). To retain your grace period on purchases, you must pay the Adjusted New Balance ($5,000) plus your Citi Flex Plan Payment Amount ($248): **$5,248.***

*If your Purchase APR is equal to or higher than your Citi Flex Plan APR and you make a payment to retain your grace period on purchases ($5,248), your Purchase balance will be reduced to $0. This means that, to retain your grace period on purchases in the next Billing Period, you will be required to pay $248 (your Citi Flex Plan Payment Amount), assuming you do not make any new Transactions.*

**Grace Period for Citi Flex Plan balances.** When you create a Citi Flex Plan, you will be charged interest on the Citi Flex Plan balance from the start of the Billing Period following the Billing Period when you created the Citi Flex Plan. This means that you will not be charged interest on the Citi Flex Plan balance during the Billing Period in which you created the Citi Flex Plan.



## FEES & FOREIGN CURRENCY CONVERSION

| Fees | Amount | About the Fee |
|---|---|---|
| Late Fee | Up to $40 | We have the right to charge you a late fee if you don't pay at least an amount equal to the Minimum Payment Due minus any Overlimit Amount by the payment due date. The late fee is $29 and, if you make another Late Payment within the next 6 Billing Periods the late fee will be $40. The amount of your late fee will never be higher than your Minimum Payment Due. |
| Returned Payment Fee | Up to $40 | We have the right to charge you a Returned Payment fee of $29 if your bank doesn't honor your payment. If that happens, we'll resubmit the payment request. If your bank doesn't honor another payment within 6 consecutive Billing Periods, the Returned Payment fee will go up to $40. |
| Transaction Fee for Balance Transfers | Either $5 or 3% of the amount of each transfer, whichever is greater. | We charge you a fee for each Balance Transfer. |
| Transaction Fee for Cash Advances | Either $10 or 5% of the amount of each cash advance, whichever is greater. | We charge you a fee for each Cash Advance. |
| Transaction Fee for Purchases in Foreign Currency | 3% of the amount of the Transaction after conversion to U.S. dollars. | We charge you a fee for a Purchase made in a currency other than U.S. dollars, regardless of where the Transaction takes place or who the merchant is. |

### FOREIGN CURRENCY CONVERSION

**Foreign Currency Conversion - Purchases.** A Card Network converts the amount of a Purchase in a foreign currency into U.S. dollars. Each Card Network follows its own procedures for conversion. These procedures include how the Card Network chooses an exchange rate and when to do the conversion. For example, Visa chooses either a government-mandated exchange rate or chooses from a range of rates available on wholesale currency markets (and, in either case, the exchange rate that it chooses may be less favorable than the rate that Visa itself receives when it makes foreign currency transactions). Depending on the policies of each Card Network, the exchange rate chosen may be the one in effect on the day the Card Network does the conversion, or on the day before. The exchange rate that a Card Network uses to convert the Purchase to U.S. dollars may differ from the rate in effect on the date you made the Purchase or on the post date for that Purchase shown on your statement. The Card Network's procedures may change without notice.

If a third party, such as a merchant, converts the amount of a Purchase into U.S. dollars before sending the Purchase to a Card Network, the third party chooses the conversion rate instead of the Card Network.

**Foreign Currency Conversion - Cash Advances.** If you take a Cash Advance in a foreign currency at an ATM or branch of a financial institution, it may not be the Card Network in all instances that converts the Transaction into U.S. dollars. Instead, depending on where the Transaction takes place, another third party, such as a financial institution, ATM network, or ATM operator, may do the conversion. We do not control this. However, if you use your Card for a Cash Advance at a Citibank ATM or branch, then we or our affiliates may do the conversion.

The party that converts a Cash Advance to U.S. dollars will choose the exchange rate and when to do the conversion. The exchange rate in effect on the date the Cash Advance is converted to U.S. dollars may differ from the rate in effect on the date you took the Cash Advance or the post date for that Transaction shown on your statement. The exchange rate may also differ from any rate quoted to you when you made the Transaction.



## PAYMENTS

**Minimum Payment Due.** You may pay all or a part of your Account balance at any time. You must pay at least the Minimum Payment Due by the payment due date each Billing Period.

Your **"Minimum Payment Due"** equals:

- Any amount past due; plus
- Any Overlimit Amount; plus
- Any Citi Flex Plan Payment Amount; plus
- The greater of:
  1. The Adjusted New Balance, if it's less than $35;
  2. $35 if the Adjusted New Balance is at least $35;
  3. 1% of the Adjusted New Balance (rounded to the nearest dollar), plus any billed interest or minimum interest charge, plus any late fee; or
  4. 1.5% of the Adjusted New Balance (rounded to the nearest dollar).

The Minimum Payment Due is never more than the New Balance.

> **Note:** Your payment due date is typically the same day of the month, every month. You may request a change to your monthly due date.

### How is the Minimum Payment Due calculated?

*For example, in a sample Billing Period, an Account with no past due, Overlimit or Citi Flex Plan Payment amount has:*

*New Balance: $2,500*

*Interest: $18.54*

*Since the New Balance is more than $35, and there are no past due or Overlimit amounts, the Minimum Payment Due will be the greater of:*

*1% of the New Balance (1.0% x $2,500:* ***$25.00)*** *+ interest ($18.54):* ***$43.54*** *or*
*1.5% of the New Balance (1.5% x $2,500):* ***$37.50***

*Since 1% of the New Balance plus interest ($43.54) is greater than 1.5% of the New Balance ($37.50) the Minimum Payment Due is* ***$43.54.***

**Citi Flex Plan Payment Amount.** The Minimum Payment Due will include any amount due on a Citi Flex Plan balance each Billing Period (the **"Citi Flex Plan Payment Amount"**). You must pay the Citi Flex Plan Payment Amount each Billing Period, calculated as described below, for so long as any balance remains in the Citi Flex Plan. The Citi Flex Plan Payment Amount will never be more than the amount of the Citi Flex Plan balance.

We determine the Citi Flex Plan Payment Amount for each Citi Flex Plan that you will pay in each Billing Period as follows:

- The Citi Flex Plan balance as of the date you create the Citi Flex Plan, plus
- The estimated interest charges for the Citi Flex Plan calculated on the daily balance from the start of the next Billing Period following the Billing Period in which you created the Citi Flex Plan through the end of the Citi Flex Plan repayment period (assuming that you pay the Minimum Payment Due on your Account each month on the due date), the sum of which is divided by
- The number of months in the Citi Flex Plan repayment period.

- We then round the result up to the nearest dollar.

The formula we use for determining the amount described directly above is:

- The Citi Flex Plan balance, multiplied by
- $(IPAPR / 12) / (1-(1 + IPAPR / 12)^N)$, rounded up to the nearest dollar. "IPAPR" equals the specific Citi Flex Plan APR applicable to the Citi Flex Plan balance. "N" equals the number of months in the Citi Flex Plan repayment period.

The actual interest charged on your Plan will be calculated as described in Section 3. Your first Citi Flex Plan Payment Amount will be due in the Billing Period following the Billing Period in which you created the Citi Flex Plan. If you do not pay your Minimum Payment Due in full by the due date, you may owe additional interest on your Citi Flex Plan balance. This will not increase the Citi Flex Plan Payment Amount for subsequent Billing Periods, but you may be required to make additional payments after the end of the Citi Flex Plan repayment period to pay your Citi Flex Plan balance (including any additional interest) in full.

If you have not paid your Minimum Payment Due for any three Billing Periods during the Citi Flex Plan, and the Minimum Payment Due for those three Billing Periods remains outstanding at the end of your current Billing Period, we may cancel any existing Citi Flex Plan from your Account, then add the balance of any canceled Citi Flex Plan to the Purchase balance, retaining the Citi Flex Plan APR that was in effect at time of cancellation. We may also do this if:

- You file for bankruptcy or some other insolvency proceeding is filed by or against you.
- You don't honor the terms of this Agreement.
- You're declared incompetent or mentally incapacitated or in the event of your death.
- You enter into a hardship assistance program.

If any of the above events occur, we will calculate the Minimum Payment Due as part of the Adjusted New Balance as described in Section 5 and you will no longer pay a monthly Citi Flex Plan Payment Amount. Any canceled Citi Flex Plan balance amount that was added to a Purchase balance will not be added back to a Citi Flex Plan balance, even if you pay your outstanding Minimum Payment Due in full. You will not be eligible to create another Citi Flex Plan until you pay your outstanding Minimum Payment Due in full, and then only if we offer you the opportunity to create another Citi Flex Plan.

*Important Information about Citi Flex Plans and Promotional APRs:* *If your Citi Flex Plan APR is higher than any other APR, such as a promotional Balance Transfer APR, we will apply any payment you make above the Minimum Payment Due to that Citi Flex Plan balance prior to the lower APR balances.* ***This means that if you want to pay off a balance with a lower promotional APR before the promotional period expires, you must first pay off all your other balances with higher APRs, including your Citi Flex Plan balance, before you can pay off that promotional balance.***



*For example, in a sample Billing Period, an Account with no past due or Overlimit Amounts, has:*

*Citi Flex Plan: $5,000 with a repayment period of 24 months at 16.99% APR*

*Citi Flex Plan statement balance in sample Billing Period: $4,090*
*Citi Flex Plan interest charge in sample Billing Period: $56.92*
*Citi Flex Plan Payment Amount per Billing Period: $248*

*And*

*Balance Transfer amount: $3,500*
*Balance Transfer promotional APR: 0.00% (increases to standard Purchase APR of 19.99% after the promotion period ends in the next Billing Period)*
*Minimum Payment Due for Balance Transfer amount: $53*

*(Calculations are approximate and for illustrative purposes only.)*

*The New Balance for the Account: is $7,590. The Adjusted New Balance is the New Balance ($7,590) less the Citi Flex Plan Balance ($4,090): $3,500. Your Minimum Payment Due is $301 ($53 + $248).*

*You make a payment of $3,748, which includes the Minimum Payment Due ($301) and an additional amount over your Minimum Payment Due ($3,447). Because the Citi Flex Plan APR is higher than the Balance Transfer APR, the amount of your payment over the Minimum Payment Due will be applied to your Citi Flex Plan balance before the Balance Transfer amount, leaving a Balance Transfer amount of $3,447. In the next Billing Period when the Balance Transfer promotional period ends, you will owe interest on this Balance Transfer amount at a 19.99% APR.*

**Application of Payments.** We decide how to apply your payments, up to the Minimum Payment Due, to the balances on your Account. We may apply the Minimum Payment Due first to interest charges, then to the balance with the lowest APR and then to balances with higher APRs. If you pay more than the Minimum Payment Due, we'll apply the amount over the Minimum Payment Due first to the balance with the highest APR, then to the balance with the next highest APR, and so on, except as otherwise required by applicable law.

**Payment Instructions.** You must follow the instructions below when making a payment. If you do, we'll credit the payment to your Account as of the day we receive it.

1. You must pay in U.S. dollars.
2. You must use a check or electronic debit issued by a bank in the United States.
3. You must not send us a check dated after the date that we receive it.
4. You must not enclose more than one check per envelope.
5. You must not include any restrictive endorsements on the check.
6. You must follow the additional payment instructions shown on your statement.

If you don't pay in U.S. dollars and we accept your payment, we'll select the currency conversion rate, and you must pay our costs. If you don't follow our payment instructions, we may not accept your payment, or there may be a delay in crediting your Account. Either may result in late fees and additional interest charges to your Account. If you don't follow the instructions in this Agreement or on your statement, we may accept your payment without losing our rights.

We may reject a payment if it's more than the outstanding Account balance. We also may close your Account.



# AUTHORIZED USERS

**Account Use by Authorized Users.** You can ask us to add one or more Authorized Users to your Account. If we approve, use of your Account by an Authorized User is subject to the terms of this Agreement. You must:

- Obtain permission from each Authorized User before naming him or her as an Authorized User on your Account.
- Make a copy of this Agreement available to each Authorized User.
- Pay us for all charges incurred by each Authorized User.
- Notify us to remove an Authorized User from your Account.

If we remove an Authorized User, in some cases we may close your Account, open a new Account, and issue you a new Card.

You're responsible for:

- Any Transactions made by an Authorized User on your Account.
- Any Transaction made by an Authorized User even if the post date shown on your statement for that Transaction occurs after the date you ask us to remove the Authorized User from your Account.
- Any Transactions made by others if an Authorized User allows them to use your Account.
- Fees and charges resulting from any Transactions made by an Authorized User or others if an Authorized User allows them to use your Account.

**What can Authorized Users do?**
- Report lost or stolen Cards
- Change the billing address for your Account
- Make payments
- Obtain Account information, such as Transaction histories
- Initiate billing disputes
- Request statement copies
- Request refund checks

**Account Information Rights for Authorized Users.** You allow us to discuss your Account with an Authorized User. This includes giving him or her access to your Account information and history. You also agree that an Authorized User may use and receive information about the Account the same way you do. An Authorized User can't add other Authorized Users, adjust the credit limit or close the Account.

**Information about Authorized Users.** You agree to give us certain personal information about each Authorized User. You must let each one know that you'll give us that information and you must have his or her permission to do so. You must have permission from each one to allow us to share information about him or



her as allowed by applicable law. This includes information we may get from you, any Authorized User and others. It also includes information about their Transactions on the Account.

**Credit Reporting.** We report information about this Account to Consumer Reporting Agencies in the Authorized User's name that may appear on their credit report. This could include information about:

- Late Payments;
- Returned payments;
- Overlimit amounts; and
- Other violations of this Agreement.

You must let each Authorized User know that we report Account information in his or her name. Also, see **Credit Reporting** in Section 8.

# 7

## DEFAULT, CLOSING OR SUSPENDING YOUR ACCOUNT

**Default.** We may require immediate payment of your total Account balance, to the extent allowed by law, if any of the following occurs:

1. You don't pay at least the Minimum Payment Due by the due date.
2. You have a Returned Payment.
3. You file for bankruptcy or some other insolvency proceeding is filed by or against you.
4. You don't honor the terms of this Agreement.
5. You default under any other card agreement you have with us.
6. You're declared incompetent or mentally incapacitated, or in the event of your death.

**Closing or Suspending Your Account.** We may close or suspend your Account if any of the events listed above occur, or for any reason, or for no reason. We may do this at any time, without notifying you, as allowed by law. We may cancel your current Card and issue you a substitute Card at any time. You also may close your Account at any time by notifying us by telephone or in writing. If we close or suspend your Account, or if you close your Account, you must pay us all amounts you owe on the Account (including any amount due on a Citi Flex Plan balance), even if they post to your Account after it's closed or suspended.

**Closing Secured Accounts.** If your Account is a secured Account, you gave us a security interest in a deposit account. This secures repayment of your Account. If you withdraw your funds from the deposit account, we will close your Account. If you gave us a security interest in a deposit account, we may use the deposit amount to pay any amount you owe.

# 8

## CREDIT REPORTING

You allow us to get information about you. We get it from Consumer Reporting Agencies and other sources that provide consumer financial information. You allow us to use it for:

- Renewal of your Account;
- Credit line increases or decreases;
- Administration or review of your Account, collection and any other servicing;
- All other credit-related purposes connected with this Agreement;
- Offers for other cards, insurance products and other services; and
- Other uses permitted by law.

We report Account information in your name, as well as information about you to Consumer Reporting Agencies, on a monthly basis. The information we provide may appear on your credit reports. This can include information about:

- Late Payments;
- Returned payments;
- Overlimit amounts; and
- Other violations of this Agreement.

If you think we've given incorrect information to a Consumer Reporting Agency about you (or about an Authorized User), please write to us at the Customer Service address on your statement and we'll research it. We'll let you know if we agree or disagree with you. If we agree with you, we'll contact each Consumer Reporting Agency we reported to and request a correction.

# 9

## ACCOUNT INFORMATION, INFORMATION SHARING AND COMMUNICATIONS

**Changes to Account Information.** You provided certain personal information to us when you opened your Account. You agree to notify us if this information changes. If you don't, or if we ask you to verify your Account information and you cannot, we may suspend or close your Account.

**Information Sharing.** You agree to let us share information about you and your Account as allowed by law. This includes information we get from you and others. Our privacy notice, which is enclosed with your new Account materials, describes reasons Citi can share its customers' personal information.

### COMMUNICATIONS

**Contacting You.** You agree that we (and/or our service providers or anyone we authorize) may contact you at any phone number, email address, or mailing address you provide or we obtain in other ways. This includes communications to mobile, cellular/wireless, or similar devices. We may contact you by live operator, auto-dialer, recorded or artificial voice, text, or email.

You agree to pay any charges from your plan provider for communications we send to you, as well as communications you send to us.



**How We Capture and Use Voiceprints.** We may use voice recognition technology to verify your identity when you call. We may capture and store your voiceprint for this purpose.

**Call Monitoring.** We may monitor and record any calls between you and us.

**Notices.** We send any notices to your billing address or, if you've agreed, by email to the address you gave us. We consider a notice sent as soon as we mail it. We consider an electronic notice sent as soon as we email it, unless we receive notification that the email was undeliverable.

## 10

## TRANSACTIONS

**Merchant Refunds.** A merchant refund to your Account will post to your Account as a credit. We don't control when a merchant sends an Account credit. We'll choose how to apply the credit to your existing Account balances, including whether to apply a credit to a Citi Flex Plan or a different balance. If you believe a merchant credit has not been applied properly, please contact us. If a credit creates a credit balance on your Account, we'll mail you a check for the amount of the credit balance.

**Note: Merchant Surcharges.** Some merchants, including merchants outside of the U.S., may charge you a fee to use your Card for a Purchase. The fee will be either a percentage of the amount of your Purchase, or a flat fee, and will be added to the amount of your Purchase. Usually, a merchant will tell you about this fee before you use your Card, but not always. We don't control these fees, and can't prevent them.

**Recurring Authorized Transactions.** If you authorize a merchant or any other person to charge your Account for recurring Transactions, you must notify the merchant if:

- You want to discontinue these Transactions;
- Your Account is closed;
- Your Account number changes;
- Your Card expiration date changes.

You're responsible for reinstating any recurring authorized Transactions.

**Refusal of the Card.** We don't guarantee approval of Transactions. We are not liable for those that aren't approved, even if you have enough available credit on your Account. If we detect unusual or suspicious activity, we may suspend your credit privileges. We also may limit the number of Transactions approved in a single day.

## 11

## ARBITRATION

PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.

This section provides that disputes may be resolved by binding arbitration. Arbitration replaces the right to go to court, have a jury trial or initiate or participate in a class action. In arbitration, disputes are resolved by an arbitrator, not a judge or jury. Arbitration procedures are simpler and more limited than in court. This arbitration provision is governed by the Federal Arbitration Act (FAA), and shall be interpreted in the broadest way the law will allow.

### Covered claims

- **You or we may arbitrate** any claim, dispute or controversy between you and us arising out of or related to your Account, a previous related Account or our relationship (called "Claims").
- **If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.**

Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present, or future conduct; and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/ subsidiary company.

### Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.

- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.
- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single Account and/or related Accounts, or corporate affiliates are here considered as one person.

### How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.
- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim,



motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.

- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect Account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.

- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

### Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

### The final award

- Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

### Survival and Severability of Terms

This arbitration provision shall survive changes in this Agreement and termination of the Account or the relationship between you and us, including the bankruptcy of any party and any sale of your Account, or amounts owed on your Account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

### Rules for rejecting this arbitration provision

You may reject this arbitration provision by sending a written rejection notice to us at: PO Box 6195; Sioux Falls, SD 57117-6195. Your rejection notice must be mailed within 45 days of Account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, Account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us. Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the Account.

## 12
## AGREEMENT & BENEFIT CHANGES

**Changes to this Agreement. We may change this Agreement for any reason and at any time, subject to applicable law. This means that we can change rates, and fees that apply to your Account. It also means we can add, replace or remove provisions of this Agreement. If required by applicable law, we'll give you notice of the changes. If you have the right to reject a change, we'll** notify you and tell you how to reject. If we notify you of a change, we may do so on your statement or send you a separate written notice, either of which may be sent electronically if permitted by applicable law.

**Changing Benefits.** Any benefit, reward, service or feature offered may change or be discontinued at any time for any reason. Separate terms and conditions will describe any exceptions.

## 13
## MISCELLANEOUS

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party. You may not sell, assign or transfer your Account or any of your obligations under this Agreement.

**Governing Law.** Federal law and the law of South Dakota govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We won't lose our rights under this Agreement because we delay in enforcing them or fail to enforce them. If any provision of this Agreement is found to be unenforceable, all other provisions of the Agreement will remain in effect.

**Collection Costs.** To the extent allowed by law, you're liable to us for our legal costs if we refer collection of your Account to a lawyer who isn't our salaried employee. These costs may include reasonable attorney's fees, as well as costs and expenses of any legal action.

**Unforeseen Circumstances.** From time to time, our services might be unavailable due to circumstances beyond our control (such as fires, floods, natural disasters, system failures or other unpredictable events). When this happens, you might not be able to use your Card or obtain information about your Account. We're not responsible or liable if this happens.



**Lost or Stolen Cards, Account Numbers or Account Checks.** You must try to prevent the unauthorized use of your Account and any Card, including your Account number. You must call us if any Card is lost or stolen. Also, you must call us if you think someone has used or may use these items without permission.

**Headings.** The headings in this Agreement are included as a matter of convenience and do not define, limit or enlarge the scope of this Agreement or any of its provisions.

## 14

# YOUR BILLING RIGHTS

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act. Keep this document for future use.

### What to Do if You Find a Mistake on Your Statement

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### What Will Happen After We Receive Your Letter

When we receive your letter, we must do 2 things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We also will tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

### While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The transaction in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of 2 things will happen:

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

### Your Rights if You're Dissatisfied with Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

**To use this right, all of the following must be true:**

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with an Account check do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing inquiries and correspondence shown on the front of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**For Further Information:** Call the Customer Service number shown on the statement or on the back of your Card if you need more information.

© 2021 Citibank, NA

# Exhibit "2"

**Account approval notice**
September 24, 2021

PO Box 790046
St. Louis, MO 63179-0046

LOGOS FARROW
12534 ASTON DR
HUDSON FL 34669-8529

## Welcome to your Costco Anywhere Visa® account

We're delighted to welcome you to your new Costco Anywhere account with a credit limit of $6,800, of which $2,100 can be used for cash advances.

## Watch for your card

Your new card will be arriving soon, it will be sent in a plain envelope with no Citi markings. If you don't receive it within 7 - 10 business days from the date of this letter, please call us at 1-855-378-6467 (TTY 1-866-210-0617 for hearing and speech impaired services only). To start enjoying the many benefits of your card, activate it as soon as it arrives.

## Make the most of your card with cash back rewards

- Earn 4% cash back rewards on eligible gas worldwide, including gas at Costco for the first $7,000 per year and then 1% thereafter. Earn 3% cash back rewards on restaurant and eligible travel purchases worldwide.
- Earn 2% cash back on all other purchases from Costco and Costco.com, and 1% cash back on all other purchases.*

Don't forget to take a look at the Directory of Services and Guide to Protection Benefits we've included to learn more about your new account benefits.

## Personalize your PIN

Your cash advance PIN for your card ending in 0116 is 4758. Your PIN lets you get cash advances at ATMs and many financial institutions. To find a nearby ATM, use our ATM Locator at 1-800-248-4286, visit us at citicards.com or present your card to a bank teller.

You can reset your PIN to make it easier to remember. If you want to personalize your PIN:
1. Call us at 1-855-378-6467. Have your card number ready, along with your assigned PIN and the 4-digit replacement PIN you'd prefer to use.
2. Follow the simple instructions from our automated system.

## Thanks for the opportunity to serve you

| Need our help? | |
| --- | --- |
| Visit | citicards.com |
| Call | 1-855-378-6467 |
| TTY/TTD | 1-866-210-0617 |

**LOGOS FARROW**
Card ending 0116

**Do you know about all the great tools available to manage your account?**
Just register your card at citicards.com to do everything from scheduling payments and adding authorized users to your account.

Please see the reverse side

0.L0190001066.I2021092400096368.520.I.ZZ.SY.8000.SYSTEMB8754655347517554.

LOGOS FARROW
Card ending 0116
Page 2 of 2

We're working around the clock to create financial solutions and services that are simple and responsive.
Feel free to contact us if you have suggestions or questions.

©2021 Citibank, N.A.
Citi, Citibank, Citi with Arc Design and Citi Mobile are registered service marks of Citigroup Inc.
*Please refer to your Directory of Services for additional details.

LOGOS FARROW
Card ending 0116
Page 1 of 2

## Facts about Interest and Fees

| Interest Rates and Interest Charges | |
| --- | --- |
| **Annual Percentage Rate (APR) for Purchases** | **15.24%**<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Balance Transfers** | **15.24%** for transfers completed by 11/23/2021.<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **25.24%**<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Citi Flex Plan** | **15.24%**<br><br>This APR will vary with the market based on the Prime Rate. |
| **Penalty APR and When it Applies** | Up to **29.99%**, based on your creditworthiness. This APR will vary with the market based on the Prime Rate.<br><br>This APR may be applied to your account if you:<br>(1)  Make a late payment or<br>(2)  Make a payment that is returned.<br><br>**How Long Will the Penalty APR Apply?** If your APRs are increased for either of these reasons, the Penalty APR may apply indefinitely. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount plus your entire balance, excluding any Citi Flex Plan balances, by the due date each month.  If you do not pay your monthly Citi Flex Plan Payment plus your entire balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than 50 cents. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at **http://www.consumerfinance.gov/learnmore.** |

| Fees | |
| --- | --- |
| **Annual Fee** | **No annual fee for this credit card with your paid Costco Membership** |
| **Transaction Fees** | |
| •  Balance Transfer | Either **$5** or **3%** of the amount of each transfer, whichever is greater. |
| •  Cash Advance | Either **$10** or **5%** of the amount of each cash advance, whichever is greater. |
| •  Foreign Purchase Transaction | **None.** |
| **Penalty Fees** | |
| •  Late Payment | Up to **$40**. |
| •  Returned Payment | Up to **$40**. |



LOGOS FARROW
Card ending 0116
Page 2 of 2

**How We Will Calculate Your Balance:** We use a method called "daily balance (including new transactions)." See enclosed Card Agreement for more details.

**Loss of Introductory APR:** We may end your introductory APR and apply the Penalty APR if you make a late payment.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in the enclosed Card Agreement.

**Note:** Balance Transfers and Flex Plans are made available at our discretion.

| Details About Your Interest Rates | APR as of 09/24/2021 | Daily Periodic Rate as of 09/24/2021 | For variable rates: U.S. Prime Rate Plus |
|---|---|---|---|
| Purchases | 15.24% (v) | 0.04175% | 11.99% |
| Balance Transfers | 15.24% (v) | 0.04175% | 11.99% |
| Cash Advances | 25.24% (v) | 0.06915% | 21.99% |
| Citi Flex Plan | 15.24% (v) | 0.04175% | 11.99% |
| Penalty | 29.99% (v) | 0.08216% | Up to 26.74% |
| (v) = Variable rate. Variable rate APRs will not exceed 29.99%. | | | |



# Card Agreement Guide

This Guide will help you easily identify sections of the Card Agreement and give you a brief overview of the contents of each section. This is not intended to be a complete summary of the Card Agreement's contents, and we encourage you to read your entire Card Agreement, including the arbitration provision, before you use your Account.

**1 DEFINITIONS**
Lists the meanings of particular phrases and terms used in the Card Agreement.

**2 YOUR ACCOUNT**
Describes some of your responsibilities for using your Account.

**3 ANNUAL PERCENTAGE RATES & INTEREST CHARGES**
Shows how we calculate interest rates and how that affects your Account balance.

**4 FEES & FOREIGN CURRENCY CONVERSION**
Describes the fees that can be applied to your Account, including late fees, returned payment fees, as well as foreign transaction fees for Purchases not in U.S. dollars.

**5 PAYMENTS**
Shows how your monthly Minimum Payment Due is calculated, tells you how we apply your payments to balances, and gives you certain instructions for making payments (and tells you the possible consequences of not following those instructions).

**6 AUTHORIZED USERS**
Describes an Authorized User's rights and your responsibility for that user. Also describes what information we can share about you and your Authorized User.

**7 DEFAULT, CLOSING OR SUSPENDING YOUR ACCOUNT**
Tells you when we may require immediate payment of your total Account balance, and explains when we may close or suspend your Account, and when you may close your Account.

**8 CREDIT REPORTING**
Describes what information we provide about you to credit reporting agencies, and how to dispute items on your report. This section also explains how we use information we get about you from those agencies.

**9 ACCOUNT INFORMATION, INFORMATION SHARING AND COMMUNICATIONS**
Explains that your personal information we use to manage your Account should always be up to date. Also notes that we share information about you and your Account. In addition, this section describes how we may contact you.

**10 TRANSACTIONS**
Provides important information about merchant credits, recurring Transactions and card refusals.

**11 ARBITRATION**
Explains that you cannot go to court, have a jury trial or initiate or participate in a class action if you have a dispute with us. Instead, this provision tells you that the dispute must be resolved by a professional arbitrator, not a judge or jury. This section also explains how arbitration works and some of the differences between resolving a dispute in arbitration and resolving one in court.

**12 AGREEMENT & BENEFIT CHANGES**
Explains that we can make changes to the Card Agreement and your card benefits and features.

**13 MISCELLANEOUS**
Explains subjects that aren't included in previous sections.

**14 YOUR BILLING RIGHTS**
Explains your billing rights, which include how to address possible statement mistakes and your rights if you're not satisfied with a Purchase.



# Card Agreement

This Card Agreement (**Agreement**) is your contract with us.

The *Facts about Interest and Fees* document (**Fact Sheet**) is part of this Agreement. The **Fact Sheet** shows important information about your Account, such as your annual percentage rates and certain fees. Any amendments to this Agreement also are part of this Agreement.

**Please read all parts of this Agreement, including the arbitration provision, and keep it for your records.**

---

*Note: Throughout the Agreement are examples, helpful tips, and additional explanations that will make the Agreement easier to understand.*

---

## 1

## DEFINITIONS

**Account** - Your Costco Anywhere Visa® Card Account.

**Adjusted New Balance** - Your New Balance less any Citi Flex Plan balance.

**Annual Percentage Rate (APR)** - A rate, shown as a percentage, used to calculate interest on the balance on your Account.

**Authorized User** - Any person you allow to use your Account with a Card we provided with that person's name.

**Balance Transfer** - Use of a Balance Transfer offer, including use of a check that accesses your Account for any transaction, or the transfer of a balance from another credit account to your Account.

**Billing Period** - The period of time between each date when we create a statement for your Account. A Billing Period is usually 28-33 days. For each Billing Period, your statement will show any Transactions, other charges, payments and other credits posted during that Billing Period.

**Business Day** - Monday through Friday, excluding federal holidays.

**Card** - One or more cards or other devices (including an account number) used to access your Account to obtain credit.

**Card Networks** - Organizations, such as Mastercard, Visa and American Express, that facilitate the payment process between a cardmember, merchants and a card issuer.

**Cash Advance** - Use of your Card to get cash, including foreign currency, or for what we consider a cash-like transaction. Examples include using your Card for: ATM and teller withdrawals, wire transfers, money orders, traveler's checks, lottery tickets, gaming chips and other methods used for gambling, wagers and other betting transactions. A Citi Flex Loan is not a Cash Advance.

**Citi Flex Loan** - Funds provided to you by check or by direct deposit that you select to be charged to your Account and repaid under a Citi Flex Plan. Balance Transfers and Cash Advances are not Citi Flex Loans.

**Citi Flex Pay** - Eligible Transactions that you select to be paid under a Citi Flex Plan.

**Citi Flex Plan** - A feature on your Account to pay Citi Flex Loans or Citi Flex Pay amounts in fixed payments over a defined number of Billing Periods subject to a Citi Flex Plan APR.

**Consumer Reporting Agency** - An organization, such as Experian, Equifax and TransUnion, that compiles credit information for the purpose of generating consumer credit reports. It's also known as a "credit bureau" and a "credit reporting agency."

**Include and including** - These terms mean "include [or including] without limitation."

**Late Payment** - A payment is late if you don't pay at least an amount equal to the Minimum Payment Due minus any Overlimit Amount by the payment due date.

**New Balance** - The total amount you owe us at the end of each Billing Period. This amount is shown on each statement under the heading "New Balance". We explain how we calculate the New Balance below.

**Overlimit Amount** - The amount by which your Account balance exceeds your credit limit in any Billing Period.

**Purchase** - Use of your Card to buy goods and services. Balance Transfers and Cash Advances are not Purchases.

**Returned Payment** - A payment that isn't honored by your financial institution.

**Transaction** - A Balance Transfer, Cash Advance, Purchase or Citi Flex Plan, as applicable.

**we, us,** and **our** - Citibank, N.A.

**you** and **your** - The cardmember who opened the Account.

*You'll find definitions of other terms within this Agreement.*



## 2

## YOUR ACCOUNT

Your Account use is subject to this Agreement. You must pay us for all amounts due on your Account, including:

1. Transactions you make, even if you didn't present your Card or sign for the Transaction;

2. Transactions an Authorized User makes;

3. Transactions that other people make if you or an Authorized User let them use your Account; and

4. Any fees and interest charges on the Account.

**Binding Agreement.** This Agreement takes effect once you use your Card. Even if you don't use your Card, this Agreement will take effect unless you contact us to cancel your Account within 30 days after we sent you this Agreement.

**Credit Limit.** We assign a credit limit to your Account. Part of this credit limit may be available for Cash Advances, and there may be a limit on the amount of Cash Advances you can take in a given period. We may authorize Transactions that cause your balance to exceed your credit limit.

### ACCOUNT USE

**Consumer Purposes.** You aren't permitted to use your Account for business purposes. If you do use your Account for business purposes, this Agreement still applies, and you must pay us for those Transactions. You may also have to pay us for any damages and/or expenses resulting from that use. In addition, we may close your Account.

**Citi Flex Plan.** Your ability to create a Citi Flex Plan will depend on the amount of your available credit, creditworthiness, and other factors. We may limit the number of active Citi Flex Plans you can have and we may change this number at any time. There are two ways to create a Citi Flex Plan – Citi Flex Pay and Citi Flex Loan.

With **Citi Flex Pay**, you can pay for eligible Transactions under a Citi Flex Plan. An eligible Transaction for Citi Flex Pay must be a Purchase of at least a specified dollar amount and does not include a Purchase of cash or cash equivalent, a Purchase subject to Foreign Transaction Fees or any fee owed to us. Other exclusions may apply.

With **Citi Flex Loan**, you can use your Account's credit line to access funds and pay such funds under a Citi Flex Plan. You can only create a Citi Flex Loan if you receive an offer. The offer will tell you the terms, including the APR, that will apply to that Citi Flex Loan.

**Unlawful Transactions.** You aren't permitted to use your Account for unlawful Transactions. If you do use your Account for unlawful Transactions, this Agreement still applies and you must pay us for those Transactions. You also may have to pay the Card Network and/or us for any damages and expenses resulting from that use. In addition, we may close your Account.

**Mobile Phones or Other Devices.** Smart phones, tablets and other electronic devices can store your Card (such as through a mobile wallet). This means they can be used to make Purchases or other Transactions. Any such Transactions are covered by this Agreement. Apps that use your Card to make Transactions may have separate terms of use. We're not responsible if you violate those terms, or for any consequences resulting from any violation.

*Note: It's important to protect your devices the same way you protect your Card. Anyone who can access your Card using your device also can make charges to your Account using that device.*

## 3

## ANNUAL PERCENTAGE RATES & INTEREST CHARGES

**The following sections explain how we calculate the interest you owe each Billing Period.**

**APRs.** We use APRs to calculate interest charges on your Account. Different APRs may apply to different Transactions. See the listing of your APRs on the **Fact Sheet.**

**Variable APRs.** A variable APR is an APR that can change each Billing Period. We calculate each variable APR first by taking the U.S. Prime Rate from *The Wall Street Journal (WSJ)* two Business Days before the last day of each Billing Period. (If the *WSJ* doesn't publish the U.S. Prime Rate that day, then we'll use another publication.) Then we add to the U.S. Prime Rate a certain percentage amount, which we call the *Margin.* You can find the Margin we use for your Account in the Details About Your Interest Rate section of the **Fact Sheet.**

> **How is a variable APR calculated?**
>
> If the U.S. Prime Rate published in the WSJ two Business Days before the end of a Billing Period is **5%**; and
> If the Margin is **13.99%**; then
> Add the two together to calculate a variable APR:
>
> **5% + 13.99% = 18.99%**

Your variable APRs will increase if the U.S. Prime Rate increases and decrease if the U.S. Prime Rate decreases. If a variable APR increases, then your interest charges and Minimum Payment Due may increase.

If the U.S. Prime Rate changes, we'll apply the new variable APR starting from the first day of the Billing Period when we take the U.S. Prime Rate from the *WSJ*. The new APR will apply to existing balances, as well as balances added to your Account after the change.



**Penalty APR.** If you have a Late or Returned Payment, we may apply a penalty APR to your Account. We determine your penalty APR based on your creditworthiness.

- **Penalty APR for new Transactions (less than 60 days late).** If you make a Late Payment and it's less than 60 days late or you have a Returned Payment, the penalty APR only will apply to new Transactions. We'll review your Account from time to time to determine if a penalty APR should be reduced.

- **Penalty APR for existing balances and new Transactions (60 or more days late).** If we haven't received your Minimum Payment Due within 60 days after its due date, we may apply the penalty APR to both the existing balances and new Transactions. If you make your next six consecutive Minimum Payments Due on time, we'll stop applying the penalty APR to existing balances and new Transactions. If you don't make your next six consecutive Minimum Payments Due on time, the penalty APR may continue to apply indefinitely to existing balances and new Transactions.

**Daily Balance**

We calculate interest on your Account each Billing Period first by calculating your daily balances. The following explains how we do that.

**Here's how and when Transactions, fees and credits are applied to the balances on your Account:**

- We add the amount of a Purchase or Balance Transfer to the Purchase balance as of the post date on your statement.

- We add the amount of a Cash Advance to the Cash Advance balance as of the post date on your statement.

- We add a Balance Transfer fee to the Purchase balance as of the post date on your statement.

- We add the amount of any eligible Transaction under Citi Flex Pay or a Citi Flex Loan to a Citi Flex Plan balance as of the post date on your statement. If you moved an amount from another balance within your Account to a Citi Flex Plan, we will credit the other balance in the amount you added to a Citi Flex Plan in order to avoid double counting that amount.

- We add a Cash Advance fee to the Cash Advance balance as of the post date on your statement. We'll add any other fees to the balance of our choice. If you're charged interest in a Billing Period, but the amount calculated is less than $0.50, we'll add additional interest to the balance(s) of our choice so that you'll be charged $0.50 in interest for that Billing Period.

- We subtract credits and payments as of the post date shown on your statement.

- Each balance may have a different APR. Certain categories of Transactions in a balance may have multiple APRs. For example, you may make a Purchase or Balance Transfer, or create a Citi Flex Plan, that's subject to a promotional APR. Your balances, and their corresponding APRs, are shown on your statement.

**Note:** The post date shown on your statement will usually be the date of the Transaction, but it may be later.

**Here's how we calculate each of the daily Purchase, Cash Advance and Citi Flex Plan balances on your Account:**

- We start with the daily balance from the end of the previous day.
- We add any new Transactions, fees and other charges, including interest accrued on the previous day's balance. This means that interest is compounded daily.
- We subtract any credits or payments credited as of that day.
- We make additional adjustments as appropriate, subject to applicable law (as an example, for a disputed charge).

This gives us the daily balance for that day.

> Daily balance for purchases from the previous day
> \+ New purchases
> \+ Fees and interest accrued on the previous day's Purchase balance
> \- Payments, credits and adjustments posted that day
> **= New daily balance for Purchases**

**Interest Calculation.** Each daily balance may have a different APR. Certain categories of Transactions in a daily balance may have multiple APRs. For example, you may make a Purchase or Balance Transfer that's subject to a promotional APR. If a daily balance on your Account is subject to an APR, we'll charge interest on that daily balance. We use the daily balance method (which includes new Transactions). If interest applies to a balance, it will start applying on the day a charge is added to that balance and continue until that balance is paid in full. We consider a credit balance as a balance of zero when calculating interest on that balance.

- We multiply each daily balance by its applicable daily periodic rates (each applicable APR divided by 365).
- We do this for each day in the Billing Period. This gives us the daily interest amounts.
- Then we total all the daily interest amounts for all the daily balances. This gives us the total interest for the Billing Period.

**Note:** Your balances, and their corresponding APRs, are shown on your statement.

**Calculating the New Balance.** To calculate the New Balance at the end of each Billing Period, we begin with the total Account balance at the start of that Billing Period. Then we add any Transactions that are new to the Account during that Billing Period. Then we subtract any credits applied or payments made during that Billing Period. Then we add any interest charges or fees incurred during that Billing Period and make any other adjustments, as applicable (for example, if you have disputed a charge).

**Grace Period on Purchases.** You won't pay any interest on Purchases if you pay the Adjusted New Balance, including any Balance Transfers, plus any Citi Flex Plan Payment Amount, in full by the payment due date shown on your statement each Billing Period. We call this a **grace period on purchases**. If you don't pay your Adjusted New Balance in full, plus any Citi Flex Plan Payment Amount, by the payment due date in a Billing Period, you'll pay interest on your Purchases from the date they're posted to your Account. You also won't have a grace period on Purchases again until you pay the Adjusted New Balance in full, plus any Citi Flex Plan Payment Amount, by the payment due date 2 Billing Periods in a row.

There's no grace period on Balance Transfers and Cash Advances. This means you'll pay interest on Balance Transfers and Cash Advances from the date these Transactions post to your Account.

**_Important Information about Citi Flex Plans:_** _We apply any amount you pay over your Minimum Payment Due first to the balance with the highest APR, then to the balance with the next highest APR, and so on, as described in Section 5, Application of Payments. This means that, if the APR for a Citi Flex Plan balance is higher than an APR that applies to another balance on your Account, we will apply the amount you pay above the Minimum Payment Due to that Citi Flex Plan balance prior to that other balance. This will cause you to pay off that Citi Flex Plan balance before the end of its repayment period and may result in an amount remaining due on your next billing statement for the other balance, increasing your Adjusted New Balance on your next billing statement._



*You can see your balances and their corresponding APRs on your statement.*

*For example, in a sample Billing Period, an Account with no past due or Overlimit Amounts, has:*

*Citi Flex Plan: $5,000 with a repayment period of 24 months at 16.99% APR*

*Citi Flex Plan statement balance in sample Billing Period: $4,090*
*Citi Flex Plan interest charge in sample Billing Period: $56.92*
*Citi Flex Plan Payment Amount per Billing Period: $248*

*and*

*Purchase balance: $5,000*
*Minimum Payment Due for Purchases: $75*

*(Calculations are approximate and for illustrative purposes only.)*

*The New Balance for the Account: is $9,090. The Adjusted New Balance is the New Balance ($9,090) less the Citi Flex Plan Balance ($4,090): $5,000. Your Minimum Payment Due is $323 ($75 + $248). To retain your grace period on purchases, you must pay the Adjusted New Balance ($5,000) plus your Citi Flex Plan Payment Amount ($248): $5,248.*

*If your Purchase APR is equal to or higher than your Citi Flex Plan APR and you make a payment to retain your grace period on purchases ($5,248), your Purchase balance will be reduced to $0. This means that, to retain your grace period on purchases in the next Billing Period, you will be required to pay $248 (your Citi Flex Plan Payment Amount), assuming you do not make any new Transactions.*

**Grace Period for Citi Flex Plan balances.** When you create a Citi Flex Plan, you will be charged interest on the Citi Flex Plan balance from the start of the Billing Period following the Billing Period when you created the Citi Flex Plan. This means that you will not be charged interest on the Citi Flex Plan balance during the Billing Period in which you created the Citi Flex Plan.



5

## FEES & FOREIGN CURRENCY CONVERSION

| Fees | Amount | About the Fee |
|---|---|---|
| **Annual Membership Fee** | None | There is no annual membership fee for this credit card.  We will close your Account if you do not maintain a Costco membership. |
| **Late Fee** | Up to $40 | We have the right to charge you a late fee if you don't pay at least an amount equal to the Minimum Payment Due minus any Overlimit Amount by the payment due date. The late fee is $29 and, if you make another Late Payment within the next 6 Billing Periods the late fee will be $40. The amount of your late fee will never be higher than your Minimum Payment Due. |
| **Returned Payment Fee** | Up to $40 | We have the right to charge you a Returned Payment fee of $29 if your bank doesn't honor your payment. If that happens, we'll resubmit the payment request. If your bank doesn't honor another payment within 6 consecutive Billing Periods, the Returned Payment fee will go up to $40. |
| **Transaction Fee for Balance Transfers** | Either $5 or 3% of the amount of each transfer, whichever is greater. | We charge you a fee for each Balance Transfer. |
| **Transaction Fee for Cash Advances** | Either $10 or 5% of the amount of each cash advance, whichever is greater. | We charge you a fee for each Cash Advance. |

**FOREIGN CURRENCY CONVERSION**

**Foreign Currency Conversion - Purchases.** A Card Network converts the amount of a Purchase in a foreign currency into U.S. dollars. Each Card Network follows its own procedures for conversion. These procedures include how the Card Network chooses an exchange rate and when to do the conversion. For example, Visa chooses either a government-mandated exchange rate or chooses from a range of rates available on wholesale currency markets (and, in either case, the exchange rate that it chooses may be less favorable than the rate that Visa itself receives when it makes foreign currency transactions). Depending on the policies of each Card Network, the exchange rate chosen may be the one in effect on the day the Card Network does the conversion, or on the day before. The exchange rate that a Card Network uses to convert the Purchase to U.S. dollars may differ from the rate in effect on the date you made the Purchase or on the post date for that Purchase shown on your statement. The Card Network's procedures may change without notice.

If a third party, such as a merchant, converts the amount of a Purchase into U.S. dollars before sending the Purchase to a Card Network, the third party chooses the conversion rate instead of the Card Network.

**Foreign Currency Conversion - Cash Advances.** If you take a Cash Advance in a foreign currency at an ATM or branch of a financial institution, it may not be the Card Network in all instances that converts the Transaction into U.S. dollars. Instead, depending on where the Transaction takes place, another third party, such as a financial institution, ATM network, or ATM operator, may do the conversion. We do not control this. However, if you use your Card for a Cash Advance at a Citibank ATM or branch, then we or our affiliates may do the conversion.

The party that converts a Cash Advance to U.S. dollars will choose the exchange rate and when to do the conversion. The exchange rate in effect on the date the Cash Advance is converted to U.S. dollars may differ from the rate in effect on the date you took the Cash Advance or the post date for that Transaction shown on your statement. The exchange rate may also differ from any rate quoted to you when you made the Transaction.



## PAYMENTS

**Minimum Payment Due.** You may pay all or a part of your Account balance at any time. You must pay at least the Minimum Payment Due by the payment due date each Billing Period.

Your *"Minimum Payment Due"* equals:

*   Any amount past due; plus
*   Any Overlimit Amount; plus
*   Any Citi Flex Plan Payment Amount; plus
*   The greater of:
    1.  The Adjusted New Balance, if it's less than $35;
    2.  $35 if the Adjusted New Balance is at least $35;
    3.  1% of the Adjusted New Balance (rounded to the nearest dollar), plus any billed interest or minimum interest charge, plus any late fee; or
    4.  1.5% of the Adjusted New Balance (rounded to the nearest dollar).

The Minimum Payment Due is never more than the New Balance.

> **Note:** Your payment due date is typically the same day of the month, every month. You may request a change to your monthly due date.

### How is the Minimum Payment Due calculated?

*For example, in a sample Billing Period, an Account with no past due, Overlimit or Citi Flex Plan Payment amount has:*

*New Balance: $2,500*

*Interest: $18.54*

*Since the New Balance is more than $35, and there are no past due or Overlimit amounts, the Minimum Payment Due will be the greater of:*

*1% of the New Balance (1.0% x $2,500:* ***$25.00****) + interest ($18.54):* ***$43.54*** *or*
*1.5% of the New Balance (1.5% x $2,500):* ***$37.50***

*Since 1% of the New Balance plus interest ($43.54) is greater than 1.5% of the New Balance ($37.50) the Minimum Payment Due is* ***$43.54.***

**Citi Flex Plan Payment Amount.** The Minimum Payment Due will include any amount due on a Citi Flex Plan balance each Billing Period (the **"Citi Flex Plan Payment Amount"**). You must pay the Citi Flex Plan Payment Amount each Billing Period, calculated as described below, for so long as any balance remains in the Citi Flex Plan. The Citi Flex Plan Payment Amount will never be more than the amount of the Citi Flex Plan balance.

We determine the Citi Flex Plan Payment Amount for each Citi Flex Plan that you will pay in each Billing Period as follows:

*   The Citi Flex Plan balance as of the date you create the Citi Flex Plan, plus
*   The estimated interest charges for the Citi Flex Plan calculated on the daily balance from the start of the next Billing Period following the Billing Period in which you created the Citi Flex Plan through the end of the Citi Flex Plan repayment period (assuming that you pay the Minimum Payment Due on your Account each month on the due date), the sum of which is divided by
*   The number of months in the Citi Flex Plan repayment period.

*   We then round the result up to the nearest dollar.

The formula we use for determining the amount described directly above is:

*   The Citi Flex Plan balance, multiplied by
*   $(IPAPR / 12) / (1-(1 + IPAPR / 12)^N)$, rounded up to the nearest dollar. "IPAPR" equals the specific Citi Flex Plan APR applicable to the Citi Flex Plan balance. "N" equals the number of months in the Citi Flex Plan repayment period.

The actual interest charged on your Plan will be calculated as described in Section 3. Your first Citi Flex Plan Payment Amount will be due in the Billing Period following the Billing Period in which you created the Citi Flex Plan. If you do not pay your Minimum Payment Due in full by the due date, you may owe additional interest on your Citi Flex Plan balance. This will not increase the Citi Flex Plan Payment Amount for subsequent Billing Periods, but you may be required to make additional payments after the end of the Citi Flex Plan repayment period to pay your Citi Flex Plan balance (including any additional interest) in full.

If you have not paid your Minimum Payment Due for any three Billing Periods during the Citi Flex Plan, and the Minimum Payment Due for those three Billing Periods remains outstanding at the end of your current Billing Period, we may cancel any existing Citi Flex Plan from your Account, then add the balance of any canceled Citi Flex Plan to the Purchase balance, retaining the Citi Flex Plan APR that was in effect at time of cancellation. We may also do this if:

*   You file for bankruptcy or some other insolvency proceeding is filed by or against you.
*   You don't honor the terms of this Agreement.
*   You're declared incompetent or mentally incapacitated or in the event of your death.
*   You enter into a hardship assistance program.

If any of the above events occur, we will calculate the Minimum Payment Due as part of the Adjusted New Balance as described in Section 5 and you will no longer pay a monthly Citi Flex Plan Payment Amount. Any canceled Citi Flex Plan balance amount that was added to a Purchase balance will not be added back to a Citi Flex Plan balance, even if you pay your outstanding Minimum Payment Due in full. You will not be eligible to create another Citi Flex Plan until you pay your outstanding Minimum Payment Due in full, and then only if we offer you the opportunity to create another Citi Flex Plan.

*Important Information about Citi Flex Plans and Promotional APRs:**If your Citi Flex Plan APR is higher than any other APR, such as a promotional Balance Transfer APR, we will apply any payment you make above the Minimum Payment Due to that Citi Flex Plan balance prior to the lower APR balances.* ***This means that if you want to pay off a balance with a lower promotional APR before the promotional period expires, you must first pay off all your other balances with higher APRs, including your Citi Flex Plan balance, before you can pay off that promotional balance.***



*For example, in a sample Billing Period, an Account with no past due or Overlimit Amounts, has:*

*Citi Flex Plan: $5,000 with a repayment period of 24 months at 16.99% APR*

*Citi Flex Plan statement balance in sample Billing Period: $4,090*
*Citi Flex Plan interest charge in sample Billing Period: $56.92*
*Citi Flex Plan Payment Amount per Billing Period: $248*

*And*

*Balance Transfer amount: $3,500*
*Balance Transfer promotional APR: 0.00% (increases to standard Purchase APR of 19.99% after the promotion period ends in the next Billing Period)*
*Minimum Payment Due for Balance Transfer amount: $53*

*(Calculations are approximate and for illustrative purposes only.)*

*The New Balance for the Account: is$7,590. The Adjusted New Balance is the New Balance ($7,590) less the Citi Flex Plan Balance ($4,090):$3,500. Your Minimum Payment Due is$301 ($53 + $248).*

*You make a payment of$3,748, which includes the Minimum Payment Due ($301) and an additional amount over your Minimum Payment Due ($3,447). Because the Citi Flex Plan APR is higher than the Balance Transfer APR, the amount of your payment over the Minimum Payment Due will be applied to your Citi Flex Plan balance before the Balance Transfer amount, leaving a Balance Transfer amount of $3,447. In the next Billing Period when the Balance Transfer promotional period ends, you will owe interest on this Balance Transfer amount at a 19.99% APR.*

**Application of Payments.** We decide how to apply your payments, up to the Minimum Payment Due, to the balances on your Account. We may apply the Minimum Payment Due first to interest charges, then to the balance with the lowest APR and then to balances with higher APRs. If you pay more than the Minimum Payment Due, we'll apply the amount over the Minimum Payment Due first to the balance with the highest APR, then to the balance with the next highest APR, and so on, except as otherwise required by applicable law.

**Payment Instructions.** You must follow the instructions below when making a payment. If you do, we'll credit the payment to your Account as of the day we receive it.

1. You must pay in U.S. dollars.
2. You must use a check or electronic debit issued by a bank in the United States.
3. You must not send us a check dated after the date that we receive it.
4. You must not enclose more than one check per envelope.
5. You must not include any restrictive endorsements on the check.
6. You must follow the additional payment instructions shown on your statement.

If you don't pay in U.S. dollars and we accept your payment, we'll select the currency conversion rate, and you must pay our costs. If you don't follow our payment instructions, we may not accept your payment, or there may be a delay in crediting your Account. Either may result in late fees and additional interest charges to your Account. If you don't follow the instructions in this Agreement or on your statement, we may accept your payment without losing our rights.

We may reject a payment if it's more than the outstanding Account balance. We also may close your Account.



# AUTHORIZED USERS

**Adding and Removing Authorized Users.** You can ask us to add one or more Authorized Users to your Account. If we approve, use of your Account by an Authorized User is subject to the terms of this Agreement. You must:

- Obtain permission from each Authorized User before naming him or her as an Authorized User on your Account.
- Make a copy of this Agreement available to each Authorized User.

You must notify us to remove an Authorized User from your Account. If we remove an Authorized User, in some cases we may close your Account, open a new Account, and issue you a new Card.

**Your Responsibility for Authorized Users.** You must pay us for:

- Any Transactions made by an Authorized User on your Account.
- Any Transaction made by an Authorized User even if the post date shown on your statement for that Transaction occurs after the date you ask us to remove the Authorized User from your Account.
- Any Transactions made by others if an Authorized User allows them to use your Account.
- Fees and charges resulting from any Transactions made by an Authorized User or others if an Authorized User allows them to use your Account.

**Account Rights for Authorized Users.** You agree that an Authorized User may use and receive information about the Account, such as the Authorized Users Transaction information and history, Account Balance and Minimum Payment Due. You allow us to discuss your Account with an Authorized User. We may also provide you the option to give Authorized Users expanded access to your Account, such as permitting the Authorized Users to set up recurring payments or to obtain your Transaction history. If we provide this expanded access, we will explain the available options. An Authorized User won't be able to add other Authorized Users, adjust the credit limit or close the Account.

**What can Authorized Users do?** All Authorized Users can take certain actions with the Account, including:

- Report lost or stolen Cards
- Make payments
- Obtain certain information about the Account, such as the Authorized User's Transaction history, the Account balance and Minimum Payment Due.

- Initiate billing disputes
- Request refund checks



**Information about Authorized Users.** You agree to give us certain personal information about each Authorized User. You must let each one know that you'll give us that information and you must have his or her permission to do so. You must have permission from each one to allow us to share information about him or her as allowed by applicable law. This includes information we may get from you, any Authorized User and others. It also includes information about their Transactions on the Account.

**Credit Reporting.** We report information about this Account to Consumer Reporting Agencies in the Authorized User's name that may appear on their credit report. This could include information about:

- Late Payments;
- Returned payments;
- Overlimit amounts; and
- Other violations of this Agreement.

You must let each Authorized User know that we report Account information in his or her name. Also, see **Credit Reporting** in Section 8.



## 7

## DEFAULT, CLOSING OR SUSPENDING YOUR ACCOUNT

**Default.** We may require immediate payment of your total Account balance, to the extent allowed by law, if any of the following occurs:

1. You don't pay at least the Minimum Payment Due by the due date.
2. You have a Returned Payment.
3. You file for bankruptcy or some other insolvency proceeding is filed by or against you.
4. You don't honor the terms of this Agreement.
5. You default under any other card agreement you have with us.
6. You're declared incompetent or mentally incapacitated, or in the event of your death.

**Closing or Suspending Your Account.** We may close or suspend your Account if any of the events listed above occur, or for any reason, or for no reason. We may do this at any time, without notifying you, as allowed by law. We may cancel your current Card and issue you a substitute Card at any time. You also may close your Account at any time by notifying us by telephone or in writing. If we close or suspend your Account, or if you close your Account, you must pay us all amounts you owe on the Account (including any amount due on a Citi Flex Plan balance), even if they post to your Account after it's closed or suspended.

**Note:** We will close your Account if you do not maintain a Costco membership.



## 8

## CREDIT REPORTING

You allow us to get information about you. We get it from Consumer Reporting Agencies and other sources that provide consumer financial information. You allow us to use it for:

- Renewal of your Account;
- Credit line increases or decreases;
- Administration or review of your Account, collection and any other servicing;
- All other credit-related purposes connected with this Agreement;
- Offers for other cards, insurance products and other services; and
- Other uses permitted by law.

We report Account information in your name, as well as information about you to Consumer Reporting Agencies, on a monthly basis. The information we provide may appear on your credit reports. This can include information about:

- Late Payments;
- Returned payments;
- Overlimit amounts; and
- Other violations of this Agreement.

If you think we've given incorrect information to a Consumer Reporting Agency about you (or about an Authorized User), please write to us at the Customer Service address on your statement and we'll research it. We'll let you know if we agree or disagree with you. If we agree with you, we'll contact each Consumer Reporting Agency we reported to and request a correction.



## 9

## ACCOUNT INFORMATION, INFORMATION SHARING AND COMMUNICATIONS

**Changes to Account Information.** You provided certain personal information to us when you opened your Account. You agree to notify us if this information changes. If you don't, or if we ask you to verify your Account information and you cannot, we may suspend or close your Account.

**Information Sharing.** You agree to let us share information about you and your Account as allowed by law. This includes information we get from you and others. Our privacy notice, which is enclosed with your new Account materials, describes reasons Citi can share its customers' personal information.

**COMMUNICATIONS**
**Contacting You.** You agree that we (and/or our service providers or anyone we authorize) may contact you at any phone number, email address, or mailing address you provide or we obtain in other ways. This includes communications to mobile, cellular/wireless, or similar devices. We may contact you by live operator, auto-dialer, recorded or artificial voice, text, or email.

You agree to pay any charges from your plan provider for communications we send to you, as well as communications you send to us.



**How We Capture and Use Voiceprints.** We may use voice recognition technology to verify your identity when you call. We may capture and store your voiceprint for this purpose.

**Call Monitoring.** We may monitor and record any calls between you and us.

**Notices.** We send any notices to your billing address or, if you've agreed, by email to the address you gave us. We consider a notice sent as soon as we mail it. We consider an electronic notice sent as soon as we email it, unless we receive notification that the email was undeliverable.

## 10

## TRANSACTIONS

**Merchant Refunds.** A merchant refund to your Account will post to your Account as a credit. We don't control when a merchant sends an Account credit. We'll choose how to apply the credit to your existing Account balances, including whether to apply a credit to a Citi Flex Plan or a different balance. If you believe a merchant credit has not been applied properly, please contact us. If a credit creates a credit balance on your Account, we'll mail you a check for the amount of the credit balance.

**Note: Merchant Surcharges.** Some merchants, including merchants outside of the U.S., may charge you a fee to use your Card for a Purchase. The fee will be either a percentage of the amount of your Purchase, or a flat fee, and will be added to the amount of your Purchase. Usually, a merchant will tell you about this fee before you use your Card, but not always. We don't control these fees, and can't prevent them.

**Recurring Authorized Transactions.** If you authorize a merchant or any other person to charge your Account for recurring Transactions, you must notify the merchant if:

- You want to discontinue these Transactions;
- Your Account is closed;
- Your Account number changes;
- Your Card expiration date changes.

You're responsible for reinstating any recurring authorized Transactions.

**Refusal of the Card.** We don't guarantee approval of Transactions. We are not liable for those that aren't approved, even if you have enough available credit on your Account. We also may limit the number of Transactions approved in a single day. If we detect unusual or suspicious activity, we may suspend credit privileges on the Account or the impacted card.

## 11

## ARBITRATION

PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY.

This section provides that disputes may be resolved by binding arbitration. Arbitration replaces the right to go to court, have a jury trial or initiate or participate in a class action. In arbitration, disputes are resolved by an arbitrator, not a judge or jury. Arbitration procedures are simpler and more limited than in court. This arbitration provision is governed by the Federal Arbitration Act (FAA), and shall be interpreted in the broadest way the law will allow.

### Covered claims

- **You or we may arbitrate** any claim, dispute or controversy between you and us arising out of or related to your Account, a previous related Account or our relationship (called "Claims").
- **If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim.**

Except as stated below, all Claims are subject to arbitration, no matter what legal theory they're based on or what remedy (damages, or injunctive or declaratory relief) they seek, including Claims based on contract, tort (including intentional tort), fraud, agency, your or our negligence, statutory or regulatory provisions, or any other sources of law; Claims made as counterclaims, cross-claims, third-party claims, interpleaders or otherwise; Claims made regarding past, present, or future conduct; and Claims made independently or with other claims. This also includes Claims made by or against anyone connected with us or you or claiming through us or you, or by someone making a claim through us or you, such as a co-applicant, authorized user, employee, agent, representative or an affiliated/parent/ subsidiary company.

### Arbitration limits

- Individual Claims filed in a small claims court are not subject to arbitration, as long as the matter stays in small claims court.

- We won't initiate arbitration to collect a debt from you unless you choose to arbitrate or assert a Claim against us. If you assert a Claim against us, we can choose to arbitrate, including actions to collect a debt from you. You may arbitrate on an individual basis Claims brought against you, including Claims to collect a debt.
- Claims brought as part of a class action, private attorney general or other representative action can be arbitrated only on an individual basis. The arbitrator has no authority to arbitrate any claim on a class or representative basis and may award relief only on an individual basis. If arbitration is chosen by any party, neither you nor we may pursue a Claim as part of a class action or other representative action. Claims of 2 or more persons may not be combined in the same arbitration. However, applicants, co-applicants, authorized users on a single Account and/or related Accounts, or corporate affiliates are here considered as one person.

### How arbitration works

- Arbitration shall be conducted by the American Arbitration Association ("AAA") according to this arbitration provision and the applicable AAA arbitration rules in effect when the claim is filed ("AAA Rules"), except where those rules conflict with this arbitration provision. You can obtain copies of the AAA Rules at the AAA's website (www.adr.org) or by calling 800-778-7879. You or we may choose to have a hearing, appear at any hearing by phone or other electronic means, and/or be represented by counsel. Any in-person hearing will be held in the same city as the U.S. District Court closest to your billing address.
- Arbitration may be requested any time, even where there is a pending lawsuit, unless a trial has begun or a final judgment entered. Neither you nor we waive the right to arbitrate by filing or serving a complaint, answer, counterclaim,



motion, or discovery in a court lawsuit. To choose arbitration, a party may file a motion to compel arbitration in a pending matter and/or commence arbitration by submitting the required AAA forms and requisite filing fees to the AAA.

- The arbitration shall be conducted by a single arbitrator in accord with this arbitration provision and the AAA Rules, which may limit discovery. The arbitrator shall not apply any federal or state rules of civil procedure for discovery, but the arbitrator shall honor claims of privilege recognized at law and shall take reasonable steps to protect Account information and other confidential information of either party if requested to do so. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statute of limitations, and may award damages or other relief under applicable law.

- The arbitrator shall make any award in writing and, if requested by you or us, may provide a brief statement of the reasons for the award. An arbitration award shall decide the rights and obligations only of the parties named in the arbitration, and shall not have any bearing on any other person or dispute.

### Paying for arbitration fees

- We will pay your share of the arbitration fee for an arbitration of Claims of $75,000 or less if they are unrelated to debt collection. Otherwise, arbitration fees will be allocated according to the applicable AAA Rules. If we prevail, we may not recover our arbitration fees, unless the arbitrator decides your Claim was frivolous. All parties are responsible for their own attorney's fees, expert fees and any other expenses, unless the arbitrator awards such fees or expenses to you or us based on applicable law.

### The final award

Any award by an arbitrator is final unless a party appeals it in writing to the AAA within 30 days of notice of the award. The arbitration appeal shall be determined by a panel of 3 arbitrators. The panel will consider all facts and legal issues anew based on the same evidence presented in the prior arbitration, and will make decisions based on a majority vote. Arbitration fees for the arbitration appeal shall be allocated according to the applicable AAA Rules. An award by a panel on appeal is final. A final award is subject to judicial review as provided by applicable law.

### Survival and Severability of Terms

This arbitration provision shall survive changes in this Agreement and termination of the Account or the relationship between you and us, including the bankruptcy of any party and any sale of your Account, or amounts owed on your Account, to another person or entity. If any part of this arbitration provision is deemed invalid or unenforceable, the other terms shall remain in force, except that there can be no arbitration of a class or representative Claim. This arbitration provision may not be amended, severed or waived, except as provided in this Agreement or in a written agreement between you and us.

### Rules for rejecting this arbitration provision

You may reject this arbitration provision by sending a written rejection notice to us at: PO Box 790085; St. Louis, MO 63179-0085. Your rejection notice must be mailed within 45 days of Account opening. Your rejection notice must state that you reject the arbitration provision and include your name, address, Account number and personal signature. No one else may sign the rejection notice. Your rejection notice will not apply to the arbitration provision(s) governing any other account(s) that you have or had with us. Rejection of this arbitration provision won't affect your other rights or responsibilities under this Agreement, including use of the Account.

## 12

### AGREEMENT & BENEFIT CHANGES

**Changes to this Agreement. We may change this Agreement for any reason and at any time, subject to applicable law. This means that we can change rates, and fees that apply to your Account. It also means we can add, replace or remove provisions of this Agreement. If required by applicable law, we'll give you notice of the changes. If you have the right to reject a change, we'll** notify you and tell you how to reject. If we notify you of a change, we may do so on your statement or send you a separate written notice, either of which may be sent electronically if permitted by applicable law.

**Changing Benefits.** Any benefit, reward, service or feature offered may change or be discontinued at any time for any reason. Separate terms and conditions will describe any exceptions.

## 13

### MISCELLANEOUS

**Assignment.** We may assign any or all of our rights and obligations under this Agreement to a third party. You may not sell, assign or transfer your Account or any of your obligations under this Agreement.

**Governing Law.** Federal law and the law of South Dakota govern the terms and enforcement of this Agreement.

**Enforcing this Agreement.** We won't lose our rights under this Agreement because we delay in enforcing them or fail to enforce them. If any provision of this Agreement is found to be unenforceable, all other provisions of the Agreement will remain in effect.

**Collection Costs.** To the extent allowed by law, you're liable to us for our legal costs if we refer collection of your Account to a lawyer who isn't our salaried employee. These costs may include reasonable attorney's fees, as well as costs and expenses of any legal action.

**Unforeseen Circumstances.** From time to time, our services might be unavailable due to circumstances beyond our control (such as fires, floods, natural disasters, system failures or other unpredictable events). When this happens, you might not be able to use your Card or obtain information about your Account. We're not responsible or liable if this happens.



**Lost or Stolen Cards, Account Numbers or Account Checks.** You must try to prevent the unauthorized use of your Account and any Card, including your Account number. You must call us if any Card is lost or stolen. Also, you must call us if you think someone has used or may use these items without permission.

**Headings.** The headings in this Agreement are included as a matter of convenience and do not define, limit or enlarge the scope of this Agreement or any of its provisions.

## 14

## YOUR BILLING RIGHTS

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act. Keep this document for future use.

### What to Do if You Find a Mistake on Your Statement
If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### What Will Happen After We Receive Your Letter

When we receive your letter, we must do 2 things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We also will tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

### While we investigate whether or not there has been an error:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The transaction in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of 2 things will happen:

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

### Your Rights if You're Dissatisfied with Your Credit Card Purchases
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

**To use this right, all of the following must be true:**

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with an Account check do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing inquiries and correspondence shown on the front of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**For Further Information:** Call the Customer Service number shown on the statement or on the back of your Card if you need more information.

# Exhibit "3"

SITE:SD-PR TM:PR-0001 ACID:TP24307
10/23/25    12:28:44

# Citi Double Cash® Card

**LOGOS I FARROW**
Member Since 2021  Account number ending in: 5367
Billing Period: **04/16/21-05/17/21**

**Billing Inquiries and Customer Service**
BOX 6500 SIOUX FALLS, SD 57117
1-855-473-4583, (TTY: 711)
**www.citicards.com**

### MAY  STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$84.00** |
| **New balance as of 05/17/21:** | **$5,588.05** |
| **Payment due date:** | **06/13/21** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40 and your APRs may be increased up to the Penalty APR of 29.99%.

For information about credit counseling services, call 1-877-337-8187.

### Account Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments | -$300.00 |
| Credits | -$0.00 |
| Purchases | +$5,742.21 |
| Cash advances | +$0.00 |
| Fees | +$145.84 |
| Interest | +$0.00 |
| **New balance** | **$5,588.05** |

### Credit Limit

| | |
|---|---|
| Credit limit | $11,400 |
| Includes $3,500 cash advance limit | |
| Available credit | $5,811 |
| Includes $3,500 available for cash advances | |

## Your Cash Rewards:
## $11.81

» **See page 3 for more information about your rewards**

**For Payments, send check to: CITI CARDS, PO BOX 658201, Dallas TX, 75265-8201**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15'** to **MyCiti (692484)** or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$84.00** |
| **New balance** | **$5,588.05** |
| **Payment due date** | **06/13/21** |

**Amount enclosed:**

Account number ending in 5367
**Please make check payable to CITI CARDS.**

LOGOS I FARROW
500 KNIGHTS RUN AVE
UNIT 1015
TAMPA  FL  33602-6010

CITI CARDS
PO BOX 658201
Dallas TX 75265-8201

LOGOS I FARROW

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 05/13 | ONLINE PAYMENT, THANK YOU | -$300.00 |
| | 70 | 0000US          0000 | |
| **Standard Purchases** | | | |
| 04/24 | 04/24 | CHEVRON 0382623     TAMPA     FL | $45.00 |
| NC4SJGS5 | 61 | A5541USA     2222 | |
| 04/25 | 04/25 | BAHAMA BREEZE 0053004  TAMPA     FL | $48.59 |
| 9P4K97M2 | 61 | D5812USA     2222 | |
| 05/01 | 05/01 | 1267 - THE POINTE GARA TAMPA     FL | $10.00 |
| PS3X4H01 | 61 | A7523USA     2222 | |
| 05/02 | 05/02 | AMERICAN SOCIAL TAMPA  TAMPA     FL | $117.00 |
| 7RN40000 | 61 | D5812USA     2222 | |
| 05/05 | 05/05 | PAYPAL *INSTANETSOL    4029357733   CAN | $47.50 |
| DF4WJ*D3 | 61 | A7372CAN     2222 | |
| 05/08 | 05/08 | COPPER SHAKER     SAINT PETERSB FL | $31.75 |
| 82B*Z0JQ | 61 | A5812USA     2222 | |
| 05/08 | 05/08 | SQ *ISLAND HOPPERS ICE Tampa     FL | $10.00 |
| 8JW45HS5 | 61 | A5814USA     2222 | |
| 05/08 | 05/08 | SQ *DONALD STRATTON   Tampa     FL | $23.00 |
| 0Q55ZGS5 | 61 | A5814USA     2222 | |
| 05/08 | 05/08 | MR & MRS CRAB     TAMPA     FL | $55.00 |
| K6L3860L | 61 | A5812USA     2222 | |
| 05/09 | 05/09 | SLOPPY JOE`S BAR & GRI TREASURE ISLA FL | $48.13 |
| B*TGC0CL | 61 | A5812USA     2222 | |
| 05/09 | 05/09 | SLOPPY JOE`S BAR & GRI TREASURE ISLA FL | $103.00 |
| B*TGC0CL | 61 | D5812USA     2222 | |
| 05/14 | 05/14 | RACETRAC684  00006841 TAMPA     FL | $46.31 |
| VPMH3PBW | 61 | A5542USA     2222 | |
| 05/15 | 05/15 | FL PARKING CO.     TREASURE ISLA FL | $10.70 |
| 8XH5D66S | 61 | A7523USA     2222 | |
| 05/15 | 05/15 | SHELL OIL 575424942QPS SAINT PETERSB FL | $43.75 |
| XBWMM9YF | 61 | A5542USA     2222 | |
| 05/15 | 05/15 | TST* BOARDWALK GRILL  MADIERA BEACH FL | $70.00 |
| VZT4RLP8 | 61 | A5812USA     2222 | |
| 05/16 | 05/16 | HULA BAY CLUB     TAMPA     FL | $82.00 |
| KWV36V10 | 61 | A5812USA     2222 | |
| 05/16 | 05/16 | HULA BAY CLUB     TAMPA     FL | $89.00 |
| DNV36V10 | 61 | D5812USA     2222 | |
| **Balance Transfer-Offer 4 (0.000%)** | | | |
| 04/29 | 04/29 | BAL XFR. CAPITAL ONE CARD | $2,057.13 |
| B3602569 | 61 | Q0000US | |
| 04/29 | 04/29 | BAL XFR. DISCOVER CARD | $2,804.35 |
| B3602570 | 61 | Q0000US | |

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 05/17 | MEMBERSHIP FEE MAY 21-APR 22 | $0.00 |
| 00000000 74 | 0000 | |
| 05/17 | BALANCE TRANSFER FEE | $145.84 |

## TOTAL CASH REWARDS BALANCE:

# $11.81

| | |
|---|---|
| Previous Balance: | $0.00 |
| Earned this Period: | $11.81 |
| **Total Earned this Period:** | **$11.81** |
| **Redeemed this Period:** | **$0.00** |
| **Ending Rewards Balance:** | **$11.81** |

### THE TWO WAYS TO EARN!

**Cash Back on Purchases**

| | |
|---|---|
| Eligible Purchases: | $880.73 |
| Cash Back on Purchases Earned: | $8.81 |

**Cash Back on Payments**

| | |
|---|---|
| Eligible Payments: | $300.00 |
| Cash Back on Payments Earned: | $3.00 |

### PURCHASE TRACKER AND HOW CASH BACK ON PAYMENTS WORKS

| | |
|---|---|
| 1. Total Payment Made: | $300.00 |
| *Note: payments are eligible up to the amount in your Purchase Tracker* | |
| 2. Purchase Tracker: | $880.73 |
| 3. Eligible Payment: | $300.00 |
| 4. Cash Back on Payments Earned: | $3.00 |
| 5. Ending Purchase Tracker: | $580.73 |

*Purchase Tracker* - When you make a purchase, that amount goes into your Purchase Tracker. Balance transfers, cash advances, fees and interest are not included. Make an eligible payment and the Purchase Tracker gets reduced by that amount. When the Purchase Tracker reaches $0, you won't earn cash back on payments until more purchases are made. See Terms & Conditions for details.

**Questions? Time to Redeem?**
**Visit citi.com or call 1-855-473-4583**
Bonus cash back may take 1-2 billing periods to appear on your statement.

**LOGOS I FARROW**

## Fees charged, cont'd

| Date | Description | | Amount |
|------|-------------|--|--------|
| 00000000 88 | 0000 | | |

**Total fees charged in this billing period**      **$145.84**

## Interest charged

**Total interest charged in this billing period**      **$0.00**

### 2021 totals year-to-date

| Total fees charged in 2021 | **$145.84** |
|----------------------------|-------------|
| Total interest charged in 2021 | **$0.00** |

### Interest charge calculation      Days in billing cycle: **32**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|--------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 17.99% (V) | $0.00 (D) | $0.00 |
| BalTrnOffer 4 | 0.00% | $2,886.50 (D) | $0.00 |
| (Balance Transfer Rate Expires 11/01/22) | | | |
| ADVANCES | | | |
| Standard Adv | 25.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

# Exhibit "4"

SITE:SD-PR TM:PR-0001 ACID:TP24307
10/23/25    12:28:10

# Costco Anywhere Visa® Card by Citi

**LOGOS FARROW**
Member Since 2021  Account number ending in: 0116
Billing Period: **09/03/21-10/04/21**

**Billing Inquiries and Customer Service**
PO Box 790046 ST. LOUIS, MO 63179-0046
1-855-378-6467,(TTY: 711)
**www.citicards.com**

## OCTOBER  STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$35.00** |
| **New balance as of 10/04/21:** | **$1,718.49** |
| **Payment due date:** | **10/28/21** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40 and your APRs may be increased up to the Penalty APR of 29.99%.

For information about credit counseling services, call 1-877-337-8187.

### Account Summary

| | |
|---|---|
| Previous balance | $0.00 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$1,718.49 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$1,718.49** |

### Credit Limit

| | |
|---|---|
| Credit Limit | $6,800 |
| Includes $2,100.00 cash advance limit | |
| Available Credit Limit | $5,081 |
| Includes $2,100 available for cash advance | |

### Costco Cash Back Rewards Summary
as of 10/04/21

## $34.36

» **See page 3 for more information about your rewards**

**For Payments, send check to: Citi Cards, PO BOX 658234, Dallas TX, 75265-8234**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text 'App15' to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$35.00** |
| **New balance** | **$1,718.49** |
| **Payment due date** | **10/28/21** |

**Amount enclosed:**

Account number ending in 0116
**Please make check payable to Citi Cards.**

LOGOS FARROW
12534 ASTON DR
HUDSON  FL  34669-8529

Citi Cards
PO BOX 658234
Dallas TX 75265-8234

15109 0003500 0171849 0000000 0410039056330011b 0219

LOGOS FARROW

## CARDHOLDER SUMMARY

| | |
|---|---|
| LOGOS FARROW | Card ending in 0116 |
| **New Charges** | **$1,718.49** |

## ACCOUNT SUMMARY

| Sale Date | Post Date | Description | Amount |
|---|---|---|---|

**LOGOS FARROW**

**Standard Purchases**

| | | | | | |
|---|---|---|---|---|---|
| 09/23 | 09/23 | COSTCO WHSE#1262 | TAMPA | FL | $120.00 |
| 76SBH*4S | 61 | Q5300US | ON 0 | | |
| 09/23 | 09/23 | COSTCO WHSE#1262 | TAMPA | FL | $311.73 |
| C381G*4S | 61 | Q5300US | ON 0 | | |
| 09/23 | 09/23 | COSTCO WHSE#1262 | TAMPA | FL | $1,236.23 |
| G8KJF*4S | 61 | Q5300US | ON 0 | | |
| 10/03 | 10/03 | COSTCO WHSE#1262 | TAMPA | FL | $3.21 |
| XK3RH*4S | 61 | A5300US | AE00 | | |
| 10/03 | 10/03 | COSTCO WHSE#1262 | TAMPA | FL | $47.32 |
| XPFFH*4S | 61 | A5300US | AE00 | | |

**Fees Charged**

| | |
|---|---|
| **TOTAL FEES FOR THIS PERIOD** | **$0.00** |

**Interest Charged**

| | |
|---|---|
| **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

### 2021 totals year-to-date

| | |
|---|---|
| Total fees charged in 2021 | **$0.00** |
| Total interest charged in 2021 | **$0.00** |

### Interest charge calculation

Days in billing cycle: **32**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 15.24% (V) | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 25.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

We're pleased to welcome you as a card member of Costco Anywhere Visa® Card by Citi! Many benefits come with your card, including the opportunity to earn cash back on purchases inside and outside of Costco. Visit citi.com/costco to learn more.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Remember, any charges above your credit limit MUST BE PAID IN FULL by your statement's payment due date.

## Costco Cash Rewards Summary

**Total Costco Cash Rewards Balance:**

### $34.36

**Costco Cash Rewards Summary**

| | |
|---|---|
| Costco Cash Rewards balance as of last statement | +$0.00 |
| Earned this period | +$34.36 |
| **Total Costco Cash Rewards Balance Year To Date :** | **$34.36** |

**Costco Cash Rewards Earned This Period**

| | |
|---|---|
| 4% on eligible gas worldwide, including gas at Costco [1] | +$0.00 |
| 3% on restaurants | +$0.00 |
| 3% on eligible travel worldwide | +$0.00 |
| 2% on Costco and Costco.com | +$34.36 |
| 1% on all other purchases | +$0.00 |
| **Total Earned:** | **$34.36** |

**» Visit Citi.com/Costco**

[1] Up to $7,000 per year in purchases, then 1% cash back

**Customer Service 1-855-378-6467
(TTY: 711)**

**LOGOS FARROW**

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 10/21/2021 to allow enough time for regular mail to reach us.

©2021 Citibank, N.A.
Citi, and Citi with Arc Design are registered service marks of Citigroup Inc.
Visa® is a registered trademark of Visa International Service Association and used under license.