# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>        Defendants. | Case No. **8:25-cv-02417-KKM-SPF** |

## STIPULATION OF DISMISSAL WITH PREJUDICE
(Pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*)

Plaintiff Logos I. Farrow, Pro Se, and Defendant Trans Union, LLC, through their undersigned counsel, hereby stipulate to the dismissal of this action **with prejudice** as to Defendant Trans Union, LLC **only**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

This dismissal does not affect any claims asserted against any other defendant, and the action shall proceed as to the remaining defendants. Each party shall bear its own attorneys' fees and costs pursuant to the parties' agreement.

Respectfully submitted this 30th day of October 2025.

/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
(813) 781-6308
SonnyF78@yahoo.com

/s/ *Sean Michael Moloney*
Sean Michael Moloney
Quilling Selander Lownds Winslett Moser
Consumer Financial Litigation & Compliance
6900 N. Dallas Pkwy
Suite 800
Plano, TX 75022
Attorney for Trans Union LLC

**Agreed upon by:**

/s/ *Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis
Burr & Forman LLP
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Counsel for Defendant Discover Financial Services

/s/ *Brett Stroze*
Brett Stroze
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Counsel for Defendant Discover Financial Services

/s/ *Rachel Blackmon Cash*
Rachel Blackmon Cash
Burr & Forman LLP

Alabama
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Attorney for Capital One Services, LLC

/s/ *Andrew Charles Wilson*
Andrew Charles Wilson
Adams and Reese LLP
2001 Siesta Drive
Suite 302
Sarasota, FL 34239
Attorney for Citi Bank, N.A.

/s/ *John Emery Springer*
John Emery Springer
Adams & Reese, LLP
100 N. Tampa Street
Suite 4000
Tampa, FL 33602
Attorney for Citi Bank, N.A.

/s/ *Louis M. Ursini, III*
Louis M. Ursini, III
Adams and Reese LLP
100 North Tampa Street
Suite 4000
Tampa, FL 33602
Attorney for Citi Bank, N.A.

/s/ *Timothy Dylan Reeves*
Timothy Dylan Reeves
McGlinchey Stafford
333 Commerce Street
Suite 1425
Nashville, TN 37201
Attorney for Dovenmuehle Mortgage, Inc.

/s/ *Kayleigh Wright*
Kayleigh Wright
McGlinchey Stafford
10375 Centurion Parkway N
Suite 420
Jacksonville, FL 32256
Attorney for Dovenmuehle Mortgage, Inc.

/s/ *Scott D. Feather*
Scott D. Feather
Carlton Fields, PA
4221 W Boy Scout Blvd, Ste. 1000
Tampa, FL 33607
Attorney for JP Morgan Chase Bank, N.A.

/s/ *Robert C. Burgess*
Robert C. Burgess
Holland & Knight LLP
50 N Laura Street
Suite 3900
Jacksonville, FL 32202
Attorney for Santander Consumer USA

/s/ *Kameron Neil Fleming*
Kameron Neil Fleming
Holland & Knight LLP
50 N. Laura Street
Suite 3900
Jacksonville, FL 32202
Attorney for Santander Consumer USA

/s/ *Gary Sonnenfeld*
Gary Sonnenfeld
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
Attorney for Experian Information Solutions, Inc.

/s/ *Paige Vacante*
Paige Vacante
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606-6448
Attorney for Equifax Information Services, LLC

**Certificate of Service**

I certify that on this 30th day of October 2025, I filed the foregoing using USPS mail and the Court's CM/ECF system, which will send notice to all counsel of record who are registered CM/ECF users.

*/s/ Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se