PRESS FIRMLY TO SEAL

LUTZ, FL 33549
OCT 30, 2025

33602   $11.90

RDC 03   0 Lb 4.50 Oz   S2322W501482-10

# UNITED STATES POSTAL SERVICE®

## PRIORITY® MAIL

**FROM:**

L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

Screened by U.S.M.S

**TO:**

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N Florida Ave
Tampa, FL 33602

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



EXPECTED DELIVERY DAY: 11/01/25

USPS TRACKING® #

9505 5156 2491 5303 1598 73



PAPER POUCH

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

<b/>




**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.