IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **LOGOS I. FARROW** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | )    **8:25-CV-2417-KKM-SPF** |
| **DOVENMUEHLE** | ) |
| **MORTGAGE, INC., et al** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## DOVENMUEHLE'S MOTION TO STAY DISCOVERY

Asserting and without waiving any objections to jurisdiction, Defendant Dovenmuehle Mortgage, Inc. ("Dovenmuehle") moves this Court to enter an order staying discovery until this Court resolves threshold jurisdictional questions and Rule 12 motion. In support of this motion, Dovenmuehle states as follows:

1. Dovenmuehle received a copy of the Complaint on September 15, 2025.

2. On October 6, 2025, Dovenmuehle filed a Rule 12 Motion to Dismiss based on lack of personal jurisdiction and failure to state a claim.

3. On October 20, 2025, Plaintiff Logos I. Farrow issued discovery requests to Dovenmuehle.

4. In the Eleventh Circuit, "[f]acial challenges to the legal sufficiency of a claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should, however, be resolved before discovery begins." *Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1367 (11th Cir. 1997).

5. Under *Chudasama,* Dovenmuehle requests that this Court stay discovery until it resolves Dovenmuehle's forthcoming Rule 12 motion.

WHEREFORE, Dovenmuehle Mortgage, Inc. moves this Court to enter an order staying discovery requirements until this Court resolves threshold jurisdictional questions and Rule 12 motion.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Dovenmuehle's counsel conferred with Plaintiff, Logos Farrow, via email on November 4, 2025, regarding the relief sought in this motion. Plaintiff opposes the motion.

Respectfully submitted,

**McGLINCHEY STAFFORD**

/s/ *Kayleigh Wright*
Kayleigh Wright, Esq.
Florida Bar # 1051881

T. Dylan Reeves, Esq.
Florida Bar # 90490
**MCGLINCHEY STAFFORD**
10375 Centurion Parkway N., Suite 420
Jacksonville, FL 32256
Telephone: (904) 224-4484
Facsimile: (904) 212-1464

Primary E-mail:
dreeves@mcglinchey.com;
kwright@mcglinchey.com
Secondary E-mail:
madouglas@mcglinchey.com

Attorney For Dovenmuehle Mortgage, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, including:

Logos I. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544
*Plaintiff*

                                                */s/ Kayleigh Wright*
                                                Kayleigh Wright, Esq.