# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>    Defendants. | Case No. **8:25-cv-02417-KKM-SPF** |

## [PROPOSED] ORDER DENYING DEFENDANT CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION

THIS CAUSE having come before the Court upon Defendant Citibank, N.A.'s *Motion to*

1

*Compel Arbitration and to Stay Proceedings*, and *Plaintiff's Response in Opposition* thereto, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendant Citibank, N.A.'s Motion to Compel Arbitration is hereby **DENIED**. The Court finds that Defendant has not demonstrated the existence of a valid and enforceable agreement to arbitrate applicable to the claims asserted in this action.

This case shall proceed in this Court.

**DONE and ORDERED** in Tampa, Florida, on this ___ day of _____, 2025.

_____
Hon. Kathryn Kimball Mizelle
United States District Judge