33602    $11.90

RDC 03    0 Lb 4.00 Oz    S2322W501482-23

# UNITED STATES POSTAL SERVICE ®

## PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FROM:**

L. Farrow
7542 Avocet Drive.
Wesley Chapel, Florida
33544

**TO:**

Clerk of Court
Sam M. Gibbons U.S. Court
801 N Florida Ave
Tampa, FL 33602

## FLAT RATE ENVELOPE
ONE RATE

To schedule free Package Pickup, scan the QR code.

EXPECTED DELIVERY DAY: 11/07/25

USPS TRACKING® #

**TRAC**



9505 5156 2491 5309 1626 62



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP



PAPER POUCH
how2recycle.info

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL**

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.