**USPS PRIORITY MAIL — Retail**

US POSTAGE PAID: $11.90
Origin: 33618
11/06/25
1189170624-35

PRIORITY MAIL®
0 Lb 6.70 Oz
RDC 03
EXPECTED DELIVERY DAY: 11/08/25
C038

SHIP TO:
801 N FLORIDA AVE
TAMPA FL 33602-3849

USPS TRACKING® #
9505 5147 0494 5310 1857 47

FROM:
L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

TO:
Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N Florida Ave
Tampa, FL 33602

POSTAL SERVICE | MAIL

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS**
ORDER FREE SUPPLIES

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.