# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, <br><br> Defendants. | Case No. **8:25-cv-02417-KKM-SPF** |

## [PROPOSED] ORDER DENYING DEFENDANT DOVENMUEHLE MORTGAGE, INC.'S MOTION TO STAY DISCOVERY

Upon consideration of Defendant Dovenmuehle Mortgage, Inc.'s Motion to Stay Discovery (Doc. 95), and Plaintiff's Response in Opposition thereto, it is hereby:

1

**ORDERED** that Defendant's Motion to Stay Discovery is **DENIED**.

Discovery shall proceed in accordance with the Federal Rules of Civil Procedure and the Court's Scheduling Order.

**DONE and ORDERED** in Tampa, Florida, on this ___ day of _____, 2025.

_____
Hon. Kathryn Kimball Mizelle
United States District Judge