UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOGOS I. FARROW,

    Plaintiff,

v.                                              Case No. 8:25-cv-02417

CITIBANK, N.A., et al.

_____/

**CITIBANK, N.A.'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

    Defendant, CITIBANK N.A. ("Citibank"), by and through its undersigned counsel, respectfully moves this Court for the entry of an order granting Citibank leave to file a reply to Plaintiff's, LOGOS I. FARROW's ("Plaintiff"), Response in Opposition to Citibank's Motion to Compel Arbitration (the "Opposition") [D.E. 98], and in support thereof states as follows:

    1.    On November 3, 2025, Citibank filed its Motion to Compel Arbitration and Stay Proceedings and Incorporated Memorandum of Law in Support (the "Motion"), which the Declaration of Kelly Booth in support thereof [D.E. 91].

    2.    In Plaintiff's Opposition, Plaintiff argues (1) that he "took affirmative and unequivocal action to revoke, terminate, and rescind any alleged agreement to arbitrate prior to the commencement of this lawsuit;" (2) that Citibank has not produced "a signed arbitration agreement;" (3) that Citibank's alleged breach of the Cardmember Agreement and violation of the FCRA "excused [him] from any

further contractual obligations, including any arbitration provision;" and (4) that case law shows that arbitration is improper.

3. Florida courts generally "treat motions to compel arbitration similarly to motions for summary judgment." *Hearn v. Comcast Cable Communications, LLC*, 992 F.3d 1209, 1214 n.3 (11th Cir. 2021). Given that Local Rule 3.01(e) provides parties with an automatic right to file a reply to a response to a motion for summary judgment, Citibank would request that leave to file a reply would be procedurally appropriate in these circumstances, particularly where Plaintiff has raised arguments in his Opposition that are contrary to the Card Agreement and applicable case law.

4. Here, Claimant's arguments are each contradicted by express provisions of the applicable Card Agreements regarding when and how it takes effect, what claims are subject to arbitration, and when and how the arbitration provision may be rejected. Furthermore, none of the arguments advanced by Plaintiff are supported by applicable case law. Citibank therefore respectfully requests leave of court to file a reply to the Opposition to include appropriate record and case law citations and analysis to rebut the arguments asserted by Plaintiff.

5. Accordingly, pursuant to Local Rule 3.01(e), Citibank seeks leave to file a reply brief, not to exceed five (5) pages in length, that will serve to facilitate and expedite the Court's consideration of the issues at bar pertaining to the Motion. If the Court should grant this motion, Citibank would respectfully request

a filing deadline of at least 7 days from the Court's order for counsel to finalize the reply brief.

WHEREFORE, for the foregoing reasons, Citibank respectfully requests leave to file a reply of no more than five (5) pages in length replying to Plaintiff's Opposition.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Citibank has conferred with Plaintiff regarding the relief requested herein and Plaintiff opposes the relief sought in this motion.

Dated:  November 13, 2025

*/s/ Andrew C. Wilson*
Louis M. Ursini, III, Esq.
Florida Bar No. 0355940
Primary: louis.ursini@arlaw.com
Secondary: lisa.stallard@arlaw.com
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
813-402-2880 (Telephone)
813-402-2887 (Facsimile)

Andrew C. Wilson, Esq.
Florida Bar No. 0103203
Primary:  andrew.wilson@arlaw.com
Secondary:  suellen.kerrigan@arlaw.com
ADAMS AND REESE LLP
2001 Siesta Drive, Suite 302
Sarasota, FL  34239
941-316-7600 (Telephone)
*Counsel for Defendant, Citibank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2025, this document was electronically filed with Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ *Andrew C. Wilson*
Andrew C. Wilson
Florida Bar No. 0103203