**PRESS FIRMLY**

Retail



U.S. POSTAGE PAID
PM
LUTZ, FL 33549
NOV 15, 2025

33602

$11.90

RDC 03   0 Lb 2.70 Oz   S2322W501482-10

**PRIORITY MAIL**

MAIL ENVELOPE REQUIRED

FROM:

L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

TO:

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N Florida Ave
Tampa, FL 33602

Screened by USMS

DELIVERY DAY: 11/19/25

TRACKING #



919 1679 09

PAPER POUCH

UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL

ENVELOPE

INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2



VISIT US A
ORDER FREE



For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20