# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>  Defendants. | Case No. **8:25-cv-02417-KKM-SPF** |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO CITIBANK, N.A.'S MOTION TO STAY PENDING ADJUDICATION OF MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND INCORPORATED MEMORANDUM OF LAW**

1

Plaintiff, Logos I. Farrow, proceeding Pro Se, respectfully submits this *Response in Opposition* to Defendant *Citibank, N.A.'s 's Motion to Stay Pending Adjudication of Motion to Compel Arbitration or, in the Alternative, Motion for Extension of Time to Respond to Plaintiff's Discovery Requests and Incorporated Memorandum of Law*, and states:

1. A stay of discovery is not automatic upon the filing of a motion to compel arbitration. Discovery may be stayed only upon a showing of good cause, and Citibank has not demonstrated such cause. The existence of a pending dispositive motion, whether a *Rule 12* motion or a motion to compel arbitration, does not, by itself, warrant halting discovery.

2. The Motion to Compel Arbitration has been fully briefed. Citibank's Motion was filed on November 3, 2025, and Plaintiff filed a timely Opposition on November 6, 2025. The issues presented are legal in nature and do not require a stay of discovery for the Court to resolve them. Further briefing is neither necessary nor pending at this time.

3. Citibank identifies no specific burden or prejudice that would result from complying with its discovery obligations. Instead, Citibank seeks a blanket stay based solely on its arbitration request, which is insufficient under *Rule 26* and the standards applied in this District.

4. A stay would prejudice Plaintiff by delaying the timely exchange of relevant documents and information necessary for the orderly progression of this multi-defendant case. Other defendants remain actively participating, and halting discovery as to one party would disrupt the case schedule and undermine efficient case management.

5. Courts in the Middle District of Florida generally disfavor discovery stays absent a strong showing that the pending motion is likely to fully dispose of the action. Citibank has not made

such a showing, and *Plaintiff's Opposition to the Motion to Compel Arbitration* raises substantial questions regarding contract formation, mutual assent, and Citibank's evidentiary burden.

WHEREFORE, Plaintiff respectfully requests that the Court **DENY** *Citibank, N.A.'s 's Motion to Stay Pending Adjudication of Motion to Compel Arbitration or, in the Alternative, Motion for Extension of Time to Respond to Plaintiff's Discovery Requests and Incorporated Memorandum of Law* and permit discovery to proceed.

Executed on this 15th day of November 2025

Respectfully submitted,

*/s/ Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

### Certification

I HEREBY CERTIFY that on this 15th day of November 2025, I filed the foregoing *Response in Opposition to Defendant Citibank, N.A.'s Motion to Stay Pending Adjudication of Motion to Compel Arbitration or, in the Alternative, Motion for Extension of Time to Respond to Plaintiff's Discovery Requests and Incorporated Memorandum of Law* with the Clerk of Court using USPS certified mail and the CM/ECF system, which will send electronic notification of the same to all counsel of record who are registered CM/ECF users, including:

**Distribution:**

**Andrew Charles Wilson**
Adams and Reese LLP
2001 Siesta Drive
Suite 302
Sarasota, FL 34239

3

941-316-7600
Email: andrew.wilson@arlaw.com
*Attorney for CITI Bank, NA.*

**John Emery Springer**
Adams & Reese, LLP
100 N. Tampa Street
Suite 4000
Tampa, FL 33602
727-501-4471
Fax: 813-402-2887
Email: john.springer@arlaw.com
*Attorney for Citibank, N.A.*

**Louis M. Ursini, III**
Adams and Reese LLP
100 North Tampa Street
Suite 4000
Tampa, FL 33602
813-402-2880
Email: louis.ursini@arlaw.com
*Attorney for Citibank, N.A*