Retail



33602
RDC 03   0 Lb 2.70 Oz

U.S. POSTAGE PAID
PM
LUTZ, FL 33549
NOV 15, 2025
$11.90
S2322W501482-10

PRESS FIRMLY

PRIORITY MAIL

MAIL ENVELOPE REQUIRED

**FROM:**

L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

**TO:**

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N Florida Ave
Tampa, FL 33602

Screened by USMS

DAY: 11/19/25



919 1679 09

PAPER POUCH

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL



ENVELOPE

INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2



- Expe
- Dom
- USPS
- Limit
- Wher

*Insuran
Domesti
** See In

FLA
ONE R

TRA

VISIT US A
ORDER FREE

This package is made from post-consumer waste. Please recycle - again.

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20