# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. **8:25-cv-02417-KKM-SPF** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO CITIBANK, N.A.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION

Plaintiff, Logos I. Farrow, proceeding pro se, respectfully moves for leave under Local Rule 3.01(d) to file a short Sur-Reply in opposition to Citibank, N.A.'s Reply (D.E. 109). In support, Plaintiff states:

1

1. Citibank filed its Motion to Compel Arbitration on November 3, 2025 (D.E. 91).

2. Plaintiff filed his Response in Opposition on November 6, 2025 (D.E. 98).

3. On November 24, 2025, Citibank filed a Reply (D.E. 109) that raises new arguments, new authorities, and new legal theories not presented in its original Motion. These include:

   - A new "untimely revocation" theory based on a 45-day opt-out provision;
   - New reliance on *Jackson v. Discover Financial Services* (M.D. Fla. 2024);
   - A new contract-formation argument under South Dakota Codified Laws; and
   - A new severability argument under *Buckeye Check Cashing, Inc. v. Cardegna*, 546 U.S. 440 (2006).

4. These new matters could not have been addressed in Plaintiff's Opposition. A limited Sur-Reply will assist the Court by responding only to these new issues.

5. Plaintiff's proposed Sur-Reply will be concise and will not exceed five (5) pages.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Plaintiff conferred in good faith with counsel for Citibank regarding the relief requested. Citibank opposes this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file a Sur-Reply not exceeding five (5) pages, limited to the new arguments raised in Citibank's Reply (D.E. 109), and grant such other relief the Court deems appropriate.

Executed on this 1st day of December 2025            Respectfully submitted,

/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

## Certification

I HEREBY CERTIFY that on this 1st day of December 2025, I filed the foregoing *Plaintiff's Motion for Leave to File a Sur-Reply in Opposition to Citibank, N.A.'s Reply in Support of its Motion to Compel Arbitration* with the Clerk of Court using USPS certified mail, which will send electronic notification of the same to all counsel of record who are registered CM/ECF users, including:

**Distribution:**

Andrew Charles Wilson
Adams and Reese LLP
*Attorney for Citibank, NA.*

John Emery Springer
Adams & Reese, LLP
*Attorney for Citibank, N.A.*

Louis M. Ursini, III
Adams and Reese LLP
*Attorney for Citibank, N.A*

3

Case 8:25-cv-02417-KKM-SPF    Document 110    Filed 12/02/25    Page 4 of 5 PageID 795







FROM:
L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

Screened by USMS

TO:
Clerk of Court
Sam M. Gibbons Courthouse
801 N Florida Ave
Tampa, FL 33602

TAMPA, FL 33618
DEC 01, 2025
33602  $11.90
RDC 03  0 Lb 2.00 Oz  S2324Y500577-83

EXPECTED DELIVERY DAY: 12/04/25
USPS TRACKING® #
9505 5147 0492 5335 2155 37




