# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

LOGOS I. FARROW,

      Plaintiff,

v.

CAPITAL ONE SERVICES, LLC;
CITIBANK, N.A.; DISCOVER
FINANCIAL SERVICES;
DOVENMUEHLE MORTGAGE,
INC; JPMORGAN CHASE BANK,
N.A.; SANTANDER CONSUMER
USA INC.; EQUIFAX
INFORMATION SERVICES, LLC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and TRANS
UNION LLC,

      Defendants.

Case No. **8:25-cv-02417-KKM-SPF**

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Logos I. Farrow ("Plaintiff"), pursuant to *Federal Rule of Civil Procedure 56*, respectfully moves this Court for entry of summary judgment in Plaintiff's favor and against Defendant *Experian Information Solutions, Inc.* ("Experian"), and states as follows:

1. There is no genuine dispute of material fact as demonstrated by Plaintiff's Statement of Material Facts filed contemporaneously herewith.

2. The undisputed record establishes that:

(a) Plaintiff submitted written disputes to Experian regarding inaccurate information in Plaintiff's credit file;

(b) Experian received the disputes;

(c) Experian failed to conduct any reinvestigation or provide results;

(d) The inaccurate information remained on Plaintiff's credit file; and

(e) Plaintiff was denied credit as a result.

3. Based on these undisputed facts, Experian is liable as a matter of law under 15 U.S.C. §§ 1681e(b) and 1681i.

4. Pursuant to 15 U.S.C. §§ 1681n and 1681o, Plaintiff is entitled to damages, including actual damages resulting from the denial of credit, statutory damages of $1,000, punitive damages in an amount to be determined by the Court, and costs.

5. Plaintiff files contemporaneously with this Motion the following supporting documents:

- o Plaintiff's Statement of Material Facts;
- o Plaintiff's Declaration pursuant to 28 U.S.C. § 1746; and
- o Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

(a) Granting this Motion;

(b) Entering judgment in favor of Plaintiff and against Experian on liability under 15 U.S.C. §§ 1681e(b) and 1681i;

(c) Awarding actual damages based on Plaintiff's adverse credit denial;

(d) Awarding statutory damages in the amount of $1,000 pursuant to 15 U.S.C. §

1681n(a)(1)(A);

(e) Awarding punitive damages in an amount to be determined by the Court;

(f) Awarding costs as permitted by statute; and

(g) Granting such other and further relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has

conferred with Defendant in good faith and that Defendant opposes this this Motion.

Dated on this 3rd day of December 2025                    Respectfully submitted,

*/s/ Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

## Certification

I HEREBY CERTIFY that on this 3rd day of December 2025, I filed the foregoing *Plaintiff's Motion for Summary Judgement* via USPS mail with the Clerk of Court, which will send electronic notification of the same to all counsel of record who are registered CM/ECF users, including:

**Distribution:**
Gary Sonnenfeld
Troutman Pepper Locke LLP
Attorney for Experian Information Solutions, Inc.

3