

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE PAID

**$11.90**

Origin: 34601
12/03/25
1111250137-13

**P**

**PRIORITY MAIL®**

1 Lb 2.40 Oz

RDC 03

EXPECTED DELIVERY DAY: 12/06/25

C038

SHIP
TO:



801 N FLORIDA AVE
TAMPA FL 33602-3849

**USPS TRACKING® #**

9505 5156 0922 5337 1912 39



**FLAT RAT**
ONE RATE ■ ANY W

**TRACKED**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

■ Expected delivery
■ Domestic shipmen
■ USPS Tracking® se
■ Limited internation
■ When used interna

*Insurance does not cover
Domestic Mail Manual at h
** See International Mail M

FROM:

L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

Screened by
USMS

TO:

Clerk of Court
Sam M. Gibbons U.S. Court
801 N. Florida Ave
Tampa, FL 33602



**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL** ®

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE