## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT of FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW,<br><br>      Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br><br>      Defendants. | Case No. **8:25-cv-02417-KKM-SPF** |

## DECLARATION OF LOGOS I. FARROW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

*(Pursuant to 28 U.S.C. § 1746)*

I, Logos I. Farrow, declare as follows:

1

I am the Plaintiff in this action. I make this declaration of my own personal knowledge in support of my Motion for Summary Judgment against Defendant Experian Information Solutions, Inc. If called as a witness, I could and would testify competently to the matters set forth herein.

**Background**

1.  Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency that compiles and maintains consumer credit files and distributes consumer reports to third parties for lending, credit, and other purposes.

2.  I am, and at all times relevant have been, a resident of Wesley Chapel, Florida, and a "consumer" as defined under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(c). The inaccurate information at issue concerns tradelines and inquiries appearing in my Experian credit file.

**Chronological Statement of Facts**

3.  June 6, 2025: I mailed my first written dispute letter to Experian identifying inaccurate information in my credit file. The dispute challenged multiple tradelines and inquiries appearing on my Experian report.

4.  June 23, 2025: USPS Certified Mail tracking confirmed delivery of my June 6, 2025, dispute at Experian's facility in Allen, Texas.

5.  June 23, 2025 – July 2025: I received no response from Experian to the June 6, 2025, dispute. I did not receive any acknowledgment, investigation results, or correspondence of any kind.

6.  July 24, 2025: I mailed a second written dispute letter to Experian again identifying the same inaccuracies in my Experian credit file and requesting a reinvestigation.

2

7.    July 27, 2025: USPS Certified Mail tracking confirmed delivery of my July 24, 2025, dispute at Experian's facility in Allen, Texas.

8.    July 27, 2025 – August 2025: I again received no correspondence from Experian in regard to providing any re-investigation results, or make any corrections to my credit file.

9.    August 6, 2025: I applied for a $65,650 auto loan through Lexus of Wesley Chapel and was denied credit. The adverse action notice stated that the decision was based in whole or in part on information obtained from Experian. (See Exhibit "B")

10.    August 11, 2025: I obtained a new credit report confirming that the inaccurate information remained unchanged in my Experian credit file.

11.    August 15, 2025: I mailed a Notice of Intent to Sue to Experian regarding its failure to investigate and correct the inaccurate information.

12.    August 19, 2025: USPS Certified Mail tracking confirmed delivery of my Notice of Intent to Sue at Experian's facility in Allen, Texas.

13.    Post August 19, 2025: Experian did not correct, delete, or modify the disputed information, and did not provide any reinvestigation results or disclosures.

**Discovery**

During discovery in this litigation, Experian produced copies of my dispute letters and my Notice of Intent to Sue, confirming that Experian possessed my submitted disputes. *(See Exhibit "A" for Experian's provided Discovery dispute letters from Plaintiff. Dropbox link provided for complete Discovery documents, including relevant inaccurate credit reports.)*

https://www.dropbox.com/scl/fo/beqv1owl86kgelayz33p0/AHRLIPZY8CSiGjjGG4tXnE

3

**Summary**

Experian received multiple written disputes and a Notice of Intent to Sue yet did not

provide any response, reinvestigation results, corrections, or disclosures. The disputed

information remained on my Experian credit file and directly contributed to the denial of credit

within the State of Florida, causing financial harm.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on this 3rd day of December 2025          Respectfully submitted,

/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

.

4