# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT of FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LOGOS I. FARROW, | |
| Plaintiff, | |
| v. | |
| CAPITAL ONE SERVICES, LLC; CITIBANK, N.A.; DISCOVER FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA INC.; EQUIFAX INFORMATION SERVICES, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC, | Case No. **8:25-cv-02417-KKM-SPF** |
| Defendants. | |

DEC 9 2025 AM 11:18
FILED - USDC - FLMD - TPA

## PLAINTIFF'S NOTICE OF GOOD-FAITH CONFERRAL AND REQUEST FOR ADDITIONAL TIME TO FILE THE JOINT STATEMENT OF UNDISPUTED FACTS

Plaintiff, Logos I. Farrow ("Plaintiff"), respectfully submits this Notice pursuant to Paragraph 9 of the Court's Case Management and Scheduling Order (Doc. 102), and states as follows:

1

1. Paragraph 9(b) of the Court's Case Management and Scheduling Order requires the moving party to confer in good faith at least seven (7) days before filing a motion for summary judgment for the purpose of narrowing factual issues and preparing a Joint Statement of Undisputed Facts.

2. Plaintiff did confer with counsel for Experian on November 25, 2025, regarding Plaintiff's intent to file a motion for summary judgment, which is more than seven (7) days prior to Plaintiff's filing on December 5, 2025. Accordingly, the timing requirement of Paragraph 9(b) was satisfied.

3. At the time the Motion for Summary Judgment was filed, the parties had not yet completed the conference necessary to prepare a Joint Statement of Undisputed Facts, and therefore no joint statement accompanied Plaintiff's filing.

4. Plaintiff submits this Notice to advise the Court of the status of the parties' required conference and to respectfully request additional time to confer with Experian in order to prepare and file the Joint Statement of Undisputed Facts contemplated by Paragraph 9(b).

5. Plaintiff remains fully willing to participate in the joint-statement process and will work in good faith with Experian's counsel to complete a Joint Statement for filing as soon as the parties are able to confer and agree on the undisputed portions.

6. Plaintiff files this Notice promptly and respectfully requests that the Court permit the Joint Statement of Undisputed Facts to be filed out of time once the required conference has been completed, so that Plaintiff may remain in compliance with the Court's Scheduling Order without the need for the Court to strike Plaintiff's Motion pursuant to Paragraph 9(f).

Executed on this 9th day of December 2025

Respectfully submitted,
/s/ *Logos I. Farrow*
Logos I. Farrow, Plaintiff, Pro Se
7542 Avocet Drive
Wesley Chapel, FL 33544
SonnyF78@yahoo.com
(813) 781-6308

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2025, I filed the foregoing *Plaintiffs Notice of Good-Faith Conferral and Request for Additional Time to File the Joint Statement of Undisputed Facts* with the Clerk of Court, which will send electronic notification of the same to all counsel of record who are registered CM/ECF users, including:

Gary Sonnenfeld
Troutman Pepper Locke LLP
Gary.Sonnenfeld@troutman.com