

FROM:

L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

TO:

Clerk of Court
Sam M. Gibbons Courthouse
801 N. Florida Ave
Tampa, FL 33602





# PRIORITY® MAIL

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For international shipments, the maximum weight is 20 lbs.

**PRESS FIRMLY TO SEAL**




**PRESS FIRML**



| PRIOR |
| MAIL |

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of cove

This package is made from post-consumer waste. Please recycle - again.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Pa
scan the QR



USPS.COM/P

**TRACKED ■ INSURED**

EXPECTED DELIVERY DAY: 01/09/26

USPS TRACKING® #



9505 5156 2494 6006 6075 07

