## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| LOGOS I FARROW, | |
| Plaintiff, | |
| v. | Case No.:  8:25-cv-2417-SPF |
| CAPITAL ONE SERVICES, LLC; , INC., CITIBANK, N.A.; DISCOVERY FINANCIAL SERVICES; DOVENMUEHLE MORTGAGE, INC.; JPMORGAN CHASE BANK, N.A.; SANTANDER CONSUMER USA, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC, | |
| Defendant. | |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Experian Information Solutions, Inc. (hereinafter "Experian"), by and through the undersigned counsel, responds to the Second Amended Complaint ("Complaint") filed by Plaintiff Logos Farrow ("Plaintiff") as follows.

By adopting the headings set forth in the Complaint for organizational purposes only, Experian does not admit any of the allegations set forth therein.

## INTRODUCTION

In response to the first unnumbered Paragraph of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA"). Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of the first unnumbered Paragraph of the Complaint.

## PRELIMINARY STATEMENT

1.     In response to paragraph 1 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 1 inconsistent therewith.

2.     In response to paragraph 2 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 2 inconsistent therewith.

3.     In response to paragraph 3 of the Complaint, Experian admits that the Complaint seeks damages. Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

4.     In response to paragraph 4 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 4 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 4 of the Complaint.

## JURISDICTION AND VENUE

5.     In response to paragraph 5 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction pursuant to 15 U.S.C. § 1681 et seq., 28 U.S.C. § 1331, and 28 U.S.C. § 1337. Experian states that this is a legal conclusion which is not subject to denial or admission.

6.     In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction pursuant to 15 U.S.C. § 1681(p). Experian states that this is a legal conclusion which is not subject to denial or admission.

7.     In response to paragraph 7 of the Complaint, Experian admits that Plaintiff has alleged personal jurisdiction over the Defendants without citing a statute or case law. Experian states that this is a legal conclusion which is not subject to denial or admission.

8.    In response to paragraph 8 of the Complaint, Experian admits that Plaintiff has alleged venue is proper pursuant to 28 U.S.C. § 1391(b). Experian states that this is a legal conclusion which is not subject to denial or admission.

9.    In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 9 of the Complaint.

10.    In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 10 of the Complaint.

11.    In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 11 of the Complaint.

12.    In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 12 of the Complaint.

13.     In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 13 of the Complaint.

14.     In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 14 of the Complaint.

15.     In response to paragraph 15 of the Complaint, Experian admits that its principal address is in Costa Mesa, CA, its registered agent is in Plantation, FL and is a corporation formed in Ohio.

16.     In response to paragraph 16 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as expressly admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 16 of the Complaint as it pertains to Experian. As to the allegations in paragraph 16 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 16 of the Complaint

17.    In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation of paragraph 17 of the Complaint.

## GENERAL ALLEGATIONS

18.    In response to paragraph 18 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

19.    In response to paragraph 19 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as expressly admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 19 of the Complaint as it pertains to Experian. As to the allegations in paragraph 19 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 19 of the Complaint.

20.    In response to paragraph 20 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"). Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

21.    In response to paragraph 21 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA"). Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 21 of the Complaint.

22.    In response to paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 22 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 22 of the Complaint

23.    In response to paragraph 23 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"). Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

24.    In response to paragraph 24 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA"). Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 24 of the Complaint.

25.    In response to paragraph 25 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA"). Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 25 of the Complaint.

26.    In response to paragraph 26 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA"). Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 26 of the Complaint.

27.    In response to paragraph 27 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 27 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 27 of the Complaint.

## **FACTUAL ALLEGATIONS**

28.    In response to paragraph 28 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

### *A. Plaintiff's Disputes and the USPS Certified Mail Process*

29.    In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.    In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.    In response to paragraph 31 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 31 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 31 of the Complaint.

32.    In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

*B. Adverse Action*

33.    In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.    In response to paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 34 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 34 of the Complaint.

35.    In response to paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 35 of the Complaint that relate to the other defendant[s], Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 35 of the Complaint.

*C. Inaccuracy-Capital One Services LLC*

36.     In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.     In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11

41.     In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**D. Inaccuracy – Citi Bank, NA**

43.     In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.    In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.    In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.    In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.    In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**F. Inaccuracy  – Dovenmuehle Mortgage, Inc.**

50.    In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.    In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.    In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.    In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54. In response to paragraph 54 of the Complaint, Experian states that the allegations relate to another defendant, and Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every allegation therein.

55.     In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.     In response to paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## G.    *Inaccuracy – JPMorgan Chase Bank, NA*

57.     In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.    In response to paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.    In response to paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.    In response to paragraph 62 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.    In response to paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.    In response to paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### J. Inaccuracy – Experian Information Solutions, Inc.

65.    In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.    In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.    In response to paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.    In response to paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

69.    In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.    In response to paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.    In response to paragraph 71 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## CAUSES OF ACTION

### COUNT I
### VIOLATIONS OF 15 U.S.C. § 1681s-2(b) (SUBSTANTIVE) AGAINST CAPITAL ONE SERVICES, N.A.

72.    In response to paragraph 72 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

73.    In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.    In response to paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.    In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.    In response to paragraph 76 of the Complaint Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.    In response to paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT II
## NEGLIGENT NONCOMPLIANCE WITH THE FCRA
## 15 U.S.C. § 1681o – AGAINST CAPITAL ONE SERVICES, N.A.

78.    In response to paragraph 78 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

79.    In response to paragraph 79 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 79 of the Complaint.

80.    In response to paragraph 80 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.    In response to paragraph 81 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.    In response to paragraph 82 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT III
### WILLFUL NONCOMPLIANCE WITH THE FCRA
### 15 U.S.C. § 1681n – AGAINST CAPITAL ONE SERVICES, N.A.

83.    In response to paragraph 83 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

84.    In response to paragraph 84 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 84 of the Complaint.

85.    In response to paragraph 85 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.    In response to paragraph 86 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT IV
## VIOLATIONS OF 15 U.S.C. § 1681s-2(b) (SUBSTANTIVE) AGAINST CITIBANK, N.A.

87.    In response to paragraph 87 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

88.    In response to paragraph 88 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

89.    In response to paragraph 89 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.    In response to paragraph 90 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.    In response to paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.    In response to paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT V
## NEGLIGENT NONCOMPLIANCE WITH THE FCRA
### 15 U.S.C. § 1681o – AGAINST CITIBANK, N.A.

93.    In response to paragraph 93 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

94.    In response to paragraph 94 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 94 of the Complaint.

95.    In response to paragraph 95 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.    In response to paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.    In response to paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT VI
## WILLFUL NONCOMPLIANCE WITH THE FCRA
## 15 U.S.C. § 1681n – AGAINST CITIBANK

98.    In response to paragraph 98 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

99.    In response to paragraph 99 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 137 of the Complaint.

100.   In response to paragraph 100 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

101.   In response to paragraph 101 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT VII
## VIOLATIONS OF 15 U.S.C. § 1681s-2(b) (SUBSTANTIVE) AGAINST DOVENMUEHLE MORTGAGE, INC.

102.   In response to paragraph 102 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

103.   In response to paragraph 103 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104.   In response to paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.   In response to paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106.   In response to paragraph 106 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

107.   In response to paragraph 107 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT VIII
## NEGLIGENT NONCOMPLIANCE WITH THE FCRA
## 15 U.S.C. § 1681o – AGAINST DOVENMUEHLE MORTGAGE, INC.

108.   In response to paragraph 108 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

109.   In response to paragraph 109 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 109 of the Complaint.

110.   In response to paragraph 110 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111.   In response to paragraph 111 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

112.   In response to paragraph 112 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## <u>COUNT IX</u>
**WILLFUL NONCOMPLIANCE WITH THE FCRA**
**15 U.S.C. § 1681n – AGAINST DOVENMUEHLE MORTGAGE, INC.**

113.   In response to paragraph 113 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

114.   In response to paragraph 114 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and
specifically, each and every remaining allegation of paragraph 114 of the Complaint.

115.    In response to paragraph 115 of the Complaint, Experian is without
knowledge or information sufficient to form a belief as to the truth of the allegations
contained therein and, on that basis, denies, generally and specifically, each and
every allegation contained therein.

116.    In response to paragraph 116 of the Complaint, Experian is without
knowledge or information sufficient to form a belief as to the truth of the allegations
contained therein and, on that basis, denies, generally and specifically, each and
every allegation contained therein.

## COUNT X
## VIOLATIONS OF 15 U.S.C. § 1681s-2(b) (SUBSTANTIVE) AGAINST
## JPMORGAN CHASE BANK, N.A.

117.    In response to paragraph 117 of the Complaint, Experian incorporates
by reference, as if fully set forth herein, its responses above.

118.    In response to paragraph 118 of the Complaint, Experian is without
knowledge or information sufficient to form a belief as to the truth of the allegations
contained therein and, on that basis, denies, generally and specifically, each and
every allegation contained therein.

119.    In response to paragraph 119 of the Complaint, Experian is without
knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

120.   In response to paragraph 120 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

121.   In response to paragraph 121 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

122.   In response to paragraph 122 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT XI**
**NEGLIGENT NONCOMPLIANCE WITH THE FCRA**
**15 U.S.C. § 1681o – AGAINST JPMORGAN CHASE BANK, N.A.**

123.   In response to paragraph 123 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

124.   In response to paragraph 124 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 124 of the Complaint.

125.  In response to paragraph 125 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

126.  In response to paragraph 126 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

127.  In response to paragraph 127 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## <u>COUNT XII</u>
## WILLFUL NONCOMPLIANCE WITH THE FCRA
## 15 U.S.C. § 1681n – AGAINST JPMORGAN CHASE BANK, N.A.

128.  In response to paragraph 128 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

129.  In response to paragraph 129 of the Complaint, Experian admits that Plaintiff brings this action alleging violation of 15 U.S.C. § 1681 *et seq.* ("FCRA").

Experian denies that it violated the FCRA or any other law and denies, generally and specifically, each and every remaining allegation of paragraph 129 of the Complaint.

130.   In response to paragraph 130 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

131.   In response to paragraph 131 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT XIII**
**VIOLATIONS OF 15 U.S.C. § 1681e(b) (SUBSTANTIVE)**
**AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.**

132.   In response to paragraph 132 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

133.   In response to paragraph 133 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f).

134.   In response to paragraph 134 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

135.   In response to paragraph 135 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

136.   In response to paragraph 136 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

137.   In response to paragraph 137 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT XIV
## NEGLIGENT NONCOMPLIANCE WITH 15 U.S.C. § 1681e(b)
## 15 U.S.C. § 1681o - AGAINST EXPERIAN INFORMATION
## SOLUTIONS, INC.

138.   In response to paragraph 138 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

139.   In response to paragraph 139 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

140.   In response to paragraph 140 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

141.   In response to paragraph 141 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT XV
## WILLFUL NONCOMPLIANCE WITH 15 U.S.C. § 1681e(b)
## 15 U.S.C. § 1681n - AGAINST EXPERIAN INFORMATION
## SOLUTIONS, INC.

142.   In response to paragraph 142 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

143.   In response to paragraph 143 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

144.   In response to paragraph 144 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT XVI
## VIOLATION OF 15 U.S.C. § 1681i (SUBSTANTIVE)
## AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.

145. In response to paragraph 145 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

146.   In response to paragraph 146 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

147.   In response to paragraph 147 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT XVII
## NEGLIGENT NONCOMPLIANCE WITH 15 U.S.C. § 1681i
## 15 U.S.C. § 1681o - AGAINST EXPERIAN INFORMATION
## SOLUTIONS, INC.

148.   In response to paragraph 148 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

149.   In response to paragraph 149 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

150.   In response to paragraph 150 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

151.   In response to paragraph 151 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT XVIII
## WILLFUL NONCOMPLIANCE WITH 15 U.S.C. § 1681i
## 15 U.S.C. § 1681n - AGAINST EXPERIAN INFORMATION SOLUTIONS, INC.

152.   In response to paragraph 152 of the Complaint, Experian incorporates by reference, as if fully set forth herein, its responses above.

153.   In response to paragraph 153 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

154.   In response to paragraph 154 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## JURY DEMAND

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any relief requested therein, or any relief whatsoever, from Experian.

## <u>AFFIRMATIVE DEFENSES</u>

Experian hereby sets forth the following affirmative defenses to the

Complaint.

### <u>FIRST AFFIRMATIVE DEFENSE</u>
### (Failure To State a Claim)

Plaintiff's claims fail to the extent that the Complaint, and each cause of

action thereof, fails to set forth facts sufficient to state a claim upon which relief

may be granted against Experian and fails to state facts sufficient to entitle Plaintiff

to the relief sought, or to any other relief whatsoever from Experian.

### <u>SECOND AFFIRMATIVE DEFENSE</u>
### (Truth/Accuracy of Information)

Plaintiff's claims fail to the extent that they are barred because the

information Experian communicated to any third person regarding Plaintiff was

true.

### <u>THIRD AFFIRMATIVE DEFENSE</u>
### (Compliance/Good Faith)

Plaintiff's claims fail to the extent that, at all relevant times with respect to

Plaintiff, Experian acted in good faith and complied fully with the FCRA and

relevant state laws.

## FOURTH AFFIRMATIVE DEFENSE
### (Failure To Mitigate Damages)

Plaintiff's claims fail to the extent that they are barred, in whole or in part,

because Plaintiff has failed to mitigate his/her damages.

## FIFTH AFFIRMATIVE DEFENSE
### (Intervening Superseding Cause)

Plaintiff's claims fail to the extent that Plaintiff's purported damages, which

Experian continues to deny, were the results of acts or omissions of third persons

over whom Experian had neither control nor responsibility.

## SIXTH AFFIRMATIVE DEFENSE
### (Proximate Cause)

Plaintiff's claims fail to the extent that Plaintiff's purported damages were

the direct and proximate result of the conduct of Plaintiff or others.

## SEVENTH AFFIRMATIVE DEFENSE
### (Set-Off/Recoupment)

Plaintiff's claims fail to the extent that they are barred or limited, in whole or

in part, under the principle of set-off and recoupment for damages or settlement

amount from others.

## EIGHTH AFFIRMATIVE DEFENSE
### (Punitive Damages)

Plaintiff cannot recover against Experian to the extent that his Complaint fails

to state a claim for relief for punitive damages. Additionally, Plaintiff cannot recover

punitive damages against Experian to the extent that such an award would violate

Experian's constitutional rights under the Constitution of the United States of America and the Constitution of Virginia.

## NINTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

Experian is informed and believes and thereon alleges that all claims for relief [or specific claims] in the Complaint herein may be barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p

## TENTH AFFIRMATIVE DEFENSE
### (Right To Assert Additional Defenses)

Experian reserves the right to assert additional affirmative defenses as such time and to such extent as warranted by discovery and the factual developments in this case.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Indemnification)

Experian is not liable to Plaintiff to the extent that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## TWELFTH AFFIRMATIVE DEFENSE
### (Laches)

Plaintiff cannot recover against Experian to the extent that the Complaint and each claim for relief is barred by laches.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Estoppel)

Plaintiff cannot recover any damages that he/she may have suffered, which Experian continues to deny, to the extent that they were the direct and proximate result of the conduct of Plaintiff. Under such circumstances, Plaintiff would be estopped and barred from recovery of any damages from Experian.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Jurisdiction and Venue)

Plaintiff cannot proceed in this action to the extent that jurisdiction and venue is not proper to hear Plaintiff's claims.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

The Complaint and each claim for relief therein that seeks equitable relief fails to the extent that it violates the doctrine of unclean hands.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Arbitration)

Plaintiff's claims are barred to the extent they are subject to a valid and binding arbitration agreement.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

37

(2)    For costs of suit and attorneys' fees herein incurred; and

(3)    For such other and further relief as the Court may deem just and proper.


Dated: January 21, 2026                    Respectfully submitted,

                                           */s/ Gary Sonnenfeld*
                                           Gary Sonnenfeld, Esq.
                                           Florida Bar No. 53261
                                           TROUTMAN PEPPER LOCKE LLP
                                           777 South Flagler Drive
                                           Suite 215, East Tower
                                           West Palm Beach, FL 33401
                                           Telephone: (305) 712-1572
                                           Facsimile: (561) 655-8719
                                           Email: gary.sonnenfeld@troutman.com
                                           *Counsel for Defendant Experian*
                                           *Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail and/or electronic mail upon:

Logos I. Farrow
7542 Avocet Drive
Wesley Chapel, Florida 33544
SonnyF78@gmail.com
*Pro se plaintiff*

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld, Esq
*Counsel for Experian Information Solutions, Inc.*