U.S. POSTAGE PAID
PM
LUTZ, FL 33549
JAN 23, 2026

33602

$11.95

RDC 03      0 Lb 6.40 Oz      S2324K500749-15

UNITED STATES
POSTAL SERVICE®

**FROM:**

L. Farrow
7542 Avocet Drive
Wesley Chapel, FL 33544

**TO:**

Clerk of Court
Sam M. Gibbons U.S. Courthouse
801 N. Florida Ave
Tampa, FL 33602

Screened by USMS

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**

# TRACKED ■ INSURED



PS00001000014

**EP14F October 2023**
**OD: 12 1/2 x 9 1/2**

For Domestic shipments, the maximum wei

PRESS FIRMLY TO



# UNITED STATES POSTAL SERVICE ®

# PRIORITY MAIL

■ Expected delivery date specified for domestic use.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ USPS Tracking® service included for domestic and many international desti

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package scan the QR code



USPS.COM/PICKU

TRACKED ▪ INSURED



EXPECTED DELIVERY DAY: 01/26/26

USPS TRACKING® #

9505 5156 2494 6023 6167 59



PAPER POUCH

how2recycle.info

This package is made from post-consumer waste. Please recycle ▪ again.

# PRIORITY®
## MAIL

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE

0 lbs. For international shipments, the maximum weight is 20 lbs.