

**Department of State: Division of Corporations**

Allowable Characters

HOME

| Entity Details |
| --- |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | **539511** | Incorporation Date / Formation Date: | **7/8/1959** (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Entity Name: | **DOVENMUEHLE MORTGAGE, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **THE CORPORATION TRUST COMPANY** | | |
| --- | --- | --- | --- |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov