# Exhibit B

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 | |
|---|---|---|---|---|---|
| RUN DATE: | 09/25/2025 | ACDV Response: | DOCUMENT VIEWED: | Y | |
| RUN TIME: | 20:39:36 | Auto Response: | | | |

| SUBCODE: | 2990990 | ACCOUNT# 3100025617036 SUBSCRIBER: Dovenmuehle Mortgage Inc | 311982250400 |
|---|---|---|---|

| DISPUTE REASON: | 114 - Disputes Date Opened, Date of Last Payment and/or Date Closed. Verify Date Opened, Date of Last Payment and/or Date Closed. | Office: | 1 |
|---|---|---|---|
| | | Date Sent: | 0 |
| | | Date Due: | 0 |
| REMARKS: | | Resp Date: | 0 |

| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | DNR Date: | 0 |
|---|---|---|---|---|
| Name: | LOGOS I FARROW | | Name Flag: | |
| SSN:   DOB: | ▉▉▉▉   10/28/1978 | | Second Name: | |
| Curr Address: | 7542 AVOCET DR | | Curr Addr Flag: | |
| | WESLEY CHAPEL FL | | Prev Addr Flag: | |
| ZIP: | 33544 | | SSN Flag: | |
| Prev Addr 1: | | | DOB Flag: | |
| Prev Addr 2: | | | Authorized Verifier: | R |
| | | | | ( |
| Account Name: | | | Phone: | 7 |
| RESPONSE: | 12 - Information accurate as of last submission. Updated to reflect latest account activity. | | DF Contact Phone #: | |

| TRADE INFORMATION | **SUBSCRIBER RESPONSE** | | ON PROFILE | | CONSUMER CLAI |
|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | OPEN/ DEL 150 | | |
| Act Status/Rating: | **84** | | | | |
| Payment Rating: | | | | | |
| CII:      ECOA: | | | 1 | | |
| Balance:  Balance Date: | **0** | **08/01/2025** | 107,336 | 07/07/2025 | |
| Amt Past Due: | **0** | | 7,378 | | |
| Orig Delinq Date: | 03/03/2025 | | | | |
| Credit Limit/Orig Amt: | | | | | |
| High Credit Balance: | **308,000** | | 308,000 | | |
| Charge Off Amt: | | | | | |
| Sch Monthly Pay: Act Pay: | | | 1,453 | | |
| Portfolio Name: | | | | | |
| Date Last Pay: | **01/02/2025** | | 01/02/2025 | | |
| Open Date:  Closed Date: | **05/09/2022** | **08/01/2025** | 05/09/2022 | | |
| Spec Comm Code: | **0** | | | | |
| Cons Compl Code: | **XB** | | XB | | |

*1 of 2*

Ex-Farrow00342

**Exhibit B (cont.)**

Type:   Terms:   Freq:      26        030 M          26      030      M

Original Creditor:

Special Payment/Date/Amt:

**Response History Grid:**

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 |     |     |     |     |     | 5   | 4   | 3   | 2   | 1   | 0   | 0   |
| 2024 | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   |
| 2023 | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   |
| 2022 | 0   | 0   | 0   | 0   | 0   | D   | B   |     |     |     |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2020 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2019 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     |     |     |     |     |     |

**On File History Grid:**

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 |     |     |     |     |     |     |     | 4   | 3   | 2   | 1   | 0   |
| 2024 | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   |
| 2023 | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   |
| 2022 | 0   | 0   | 0   | 0   | 0   | 0   | 0   |     |     |     |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2020 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2019 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     |     |     |     |     |     |

2 of 2

Ex-Farrow00343