**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOGOS FARROW, CASE NO: 8:25-cv-02417-KKM

Plaintiff,

v.

JPMORGANCHASE BANK, N.A., et al.,

Defendants,
_______________________________________/

**MEDIATION REPORT**

In accordance with the Notice of Mediation filed by the parties, a ZOOM mediation was conducted with the parties and counsel on Monday, April 20, 2026, beginning at 9:00 a.m. The Plaintiff appeared pro se. The sole remaining Defendant, JPMORGANCHASE BANK, N.A., appeared with the corporate representative and lead trial counsel.

The parties present reached a FULL SETTLEMENT of this matter.

Done April 27, 2026, in Tampa, Florida.

Respectfully submitted,

*/s/ Gregory P. Holder*

Gregory P. Holder, Esq., Mediator
Florida Bar No. 339326
Miles Mediation & Arbitration
5401 W. Kennedy Blvd., Suite 170
Tampa, Florida 33609
Telephone: (813) 820-1114
Email: gholder@milesadr.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that April 27, 2026, I caused the foregoing document to be filed with the CM/ECF system which electronically provides a copy to the plaintiff and defense counsel.

/s/ *Gregory P. Holder*
Gregory P. Holder, Esq., Mediator